UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CLAYTON HOWARD,

*Plaintiff*,

v.

SEAN COMBS et al,

*Defendant(s)*.

Case No.: CV25-6031-AH(JPRX)

FILED
CLERK, U.S. DISTRICT COURT
07/16/2025
CENTRAL DISTRICT OF CALIFORNIA
BY    GSA    DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

DECLARATION OF CLAYTON HOWARD IN SUPPORT OF APPLICATION TO SEAL CASE RECORDS

I, CLAYTON HOWARD, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. PERSONAL KNOWLEDGE

   1. I am the Plaintiff in this action and make this declaration based on my personal knowledge. I am competent to testify to the matters stated herein.

2. NATURE OF THE CASE

   2. This case involves highly sensitive medical information, specifically diagnoses of herpes simplex virus (HSV) affecting myself and potentially other individuals. The case also involves personal identifying information that, if disclosed publicly, would cause severe and irreparable harm.

3. MEDICAL PRIVACY CONCERNS

   a. I have been diagnosed with herpes simplex virus, a medical condition that carries significant social stigma and discrimination.

b. Public disclosure of this diagnosis would cause me severe emotional distress, psychological trauma, and potential harm to my personal and professional relationships.

c. The medical information is not relevant to the public's understanding of the legal issues in this case.

4. PROTECTION OF THIRD PARTIES

a. Based on my knowledge and belief, Defendants have engaged in similar conduct with other individuals who may also have been affected by HSV transmission.

b. Public disclosure could lead to identification of these individuals, causing them additional trauma and violating their privacy rights.

c. These individuals did not consent to public disclosure of their medical information.

5. LACK OF PUBLIC INTEREST

a. The specific medical diagnoses and intimate details of the alleged conduct serve no legitimate public interest.

b. The public can be adequately informed about the legal issues without disclosure of these sensitive medical details.

6. PRO SE STATUS

a. I am representing myself in this litigation without the assistance of counsel.

b. As a pro se litigant, I lack the resources and expertise to protect against potential misuse of personal information if made public.

7. NARROW SCOPE OF SEALING REQUEST

a. I am only requesting that the Court seal:

b. Medical records and diagnoses related to HSV

c. Personal identifying information of all parties

d. Details that could identify other potential victims

    c. Specific intimate details of alleged conduct

    d. I am not seeking to seal general case information, legal arguments, or procedural matters.

8. COMPELLING REASONS

    a. The combination of highly sensitive medical information, potential for severe psychological harm, protection of third-party victims, and the significant social stigma associated with HSV diagnosis creates compelling reasons that outweigh the presumption of public access.

9. GOOD CAUSE

    a. Good cause exists for sealing because:

    b. The information is highly sensitive and private

    c. Disclosure would cause irreparable harm to multiple individuals

    d. The privacy interests significantly outweigh any public interest in disclosure

    c. Less restrictive alternatives would not adequately protect the affected parties

    d. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 16, 2025

*Clayton Howard*
Clayton Howard
Declarant