NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Clayton Howard
24 Orchard Street
Carteret, New Jersey 07008
(929)781-7791
itsclaytonhoward@gmail.com

ATTORNEY(S) FOR:

FILED
CLERK, U.S. DISTRICT COURT

6/30/25

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CS___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CLAYTON HOWARD

Plaintiff(s),

v.

SEAN COMBS, CASSANDRA VENTURA,
BAD BOY RECORDS, EPIC RECORDS,
, COMBS ENTERPRISES, LLC,
and DOE CORPORATIONS 1-10

Defendant(s).

CASE NUMBER:
**CV25-6031-AH(JPRx)**

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Clayton Howard
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| CLAYTON HOWARD | PLAINTIFF |
| SEAN COMBS | DEFENDANT |
| CASSANDRA VENTURA | DEFENDANT |
| BAD BOY RECORDS | DEFENDANT |
| EPIC RECORDS | DEFENDANT |
| COMBS ENTERPRISES, LLC | DEFENDANTS |
| DOE CORPORATIONS 1-10 | DEFENDANTS |

June 29, 2025

Date

_[signature]_

Signature

Attorney of record for (or name of party appearing in pro per):

Clayton  Howard

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES