UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | **CV 25-6031-AH(JPRx)** | Date | JULY 28, 2025 |
|---|---|---|---|

| Title | Clayton Howard v. Sean Combs et al |
|---|---|

Present: The Honorable    ANNE HWANG, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**    **IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, the Letter from plaintiff [16],  and the Urgent request for immediate remedial action [17], both filed on July 23, 2025 are hereby ordered to be filed under seal.

IT IS SO ORDERED.

cc: all parties

CV-90                                **CIVIL MINUTES - GENERAL**                    Initials of Deputy Clerk ys