John H. Gomez, Esq. (SBN 171485)
Patrick J. Hughes, Esq. (SBN 337291)
Madison L. Henry, Esq. (SBN 353076)
**GOMEZ TRIAL ATTORNEYS**
755 Front Street
San Diego, CA 92101
Telephone: (619) 237-3490
Fax: (619) 237-3496
E-Service: madison@getgomez.com; patrick@getgomez.com


Attorneys for Plaintiff
CLAYTON HOWARD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON HOWARD,<br><br>              Plaintiff,<br><br>      vs.<br><br>SEAN COMBS, et al.<br><br>              Defendant(s). | Case No.: 2:25-cv-06031-AH-JPR**x**<br><br><br>ORDER GRANTING PLAINITFF'S REQUEST TO WITHDRAW THE APPLICATION FOR LEAVE TO FILE CASE UNDER SEAL [20] |

The Court, having reviewed the Request to Withdraw the Application for Leave to File Case Under Seal, and good cause appearing.

IT IS HEREBY ORDERED that:

1. The Request to Withdraw the Application for Leave to File Case Under Seal is GRANTED.

2. The previously filed Application for Leave to File Case Under Seal is deemed WITHDRAWN.

3. The Clerk is directed to update the docket accordingly.

IT IS SO ORDERED.

Dated: AUGUST 15, 2025

_____
Hon. Anne Hwang
United States District Judge