| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Clayton Howard<br>24 Orchard Street<br>Carteret, New Jersey 07008<br>(929)781-7791<br>itsclaytonhoward@gmail.com | FILED<br>CLERK, U.S. DISTRICT COURT<br>09/11/2025<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY   GSA   DEPUTY<br>DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM |
| ATTORNEY(S) FOR: | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLAYTON HOWARD<br><br>Plaintiff(s),<br>v.<br>SEAN COMBS, CASSANDRA VENTURA,<br>BAD BOY RECORDS, EPIC RECORDS,<br>, COMBS ENTERPRISES, LLC,<br>and DOE CORPORATIONS 1-10<br><br>Defendant(s) | CASE NUMBER:<br>2:25-cv-06031<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Clayton Howard
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| CLAYTON HOWARD | PLAINTIFF |
| SEAN COMBS | DEFENDANT |
| CASSANDRA VENTURA | DEFENDANT |
| BAD BOY RECORDS | DEFENDANT |
| EPIC RECORDS | DEFENDANT |
| COMBS ENTERPRISES, LLC | DEFENDANTS |
| DOE CORPORATIONS 1-10 | DEFENDANTS |

| June 29, 2025 | *[signature]* |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Clayton  Howard

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## CENTRAL DISTRICT OF CALIFORNIA

| | ) | |
|---|---|---|
| CLAYTON HOWARD | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  2:25-cv-06031 |
| SEAN COMBS, CASSANDRA VENTURA, BAD BOY RECORDS, EPIC RECORDS, , COMBS ENTERPRISES, LLC, and DOE CORPORATIONS 1-10 | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *Sean Comlto - 2 West Star Island Drive., Miami Beach FL 33139*

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Clayton Howard
24 Orchard Street
Carteret, New Jersey 07008
(929)781-7791
itsclaytonhoward@gmail.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____           _____

*Signature of Clerk or Deputy Clerk*