```
FILED
CLERK, U.S. DISTRICT COURT
09/17/2025
CENTRAL DISTRICT OF CALIFORNIA
BY    gsa    DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
----------------------------------------------------------------x
CLAYTON HOWARD,

      *Plaintiff*,

v.

SEAN COMBS, et al.,

      *Defendant(s)*,
----------------------------------------------------------------x

MOTION FOR EXTENSION OF TIME TO SERVE PROCESS

Case No. 2:25-cv-06031

TO THE HONORABLE COURT:

Plaintiff Clayton Howard respectfully moves this Court for an order extending the time to serve process on Defendants for an additional ninety (90) days pursuant to Federal Rule of Civil Procedure 4(m). This Motion is made on the grounds set forth below.

I. PROCEDURAL BACKGROUND

1. Plaintiff filed the instant Complaint on June 29, 2025.
2. Under Federal Rule of Civil Procedure 4(m), service of process must be completed within ninety (90) days of filing, making the current deadline September 27, 2025.
3. Plaintiff has not yet completed service on Defendants.
4. Plaintiff hereby notifies this Court of his intent to proceed pro se on all future filings in this matter

II. GOOD CAUSE EXISTS FOR EXTENSION

Federal Rule of Civil Procedure 4(m) provides that if a plaintiff shows good cause for failure to serve within the prescribed time, "the court must extend the time for service for an appropriate period." Good cause exists here based on the following circumstances:

A. Counsel's Failure to Obtain Signed Summons
5. Despite repeated promises and requests, Plaintiff's former counsel failed to obtain a signed summons from the Clerk of Court, which is a prerequisite for effectuating service of process.
6. This delay was not caused by any action or inaction on Plaintiff's part, but resulted from counsel's failure to complete this basic procedural requirement.

B. Transition from Represented to Pro Se Status

7. Plaintiff requires additional time to transition from represented to pro se status, including familiarizing himself with court procedures, service requirements, and case management responsibilities.
8. As a pro se litigant, Plaintiff needs adequate time to ensure proper compliance with all applicable rules and procedures for service of process.

  C. Case Organization and Preparation

9. Plaintiff requires time to organize the case materials, review the Complaint and supporting documentation, and prepare for proper service on multiple defendants.
10. The transition period necessitates careful review of all case documents to ensure accuracy and completeness before service.
11. Preparation for Proper Service
12. Plaintiff needs adequate time to research and arrange for proper methods of service on the various defendants, which may include different service requirements depending on the nature and location of each defendant.
13. As a pro se litigant, Plaintiff requires additional time to ensure compliance with all applicable service rules and procedures.

## III. EXTENSION WILL NOT PREJUDICE DEFENDANTS

14. The requested extension will not prejudice Defendants, as they have not yet been served and therefore have no knowledge of the pending litigation requiring immediate response.
15. The additional time requested is reasonable and necessary under the circumstances.
16. Granting this extension serves the interests of justice by ensuring that Plaintiff, proceeding pro se, has adequate opportunity to effectuate proper service.

## IV. CONCLUSION AND PRAYER FOR RELIEF

Based on the foregoing, good cause exists for extending the time to serve process. The circumstances leading to this request were largely beyond Plaintiff's control and resulted from counsel's failure to perform basic procedural tasks.

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Grant this Motion for Extension of Time to Serve Process;
2. Extend the deadline for service of process by ninety (90) days, through December 26, 2025;
3. Consent to the Plaintiff proceeding Pro Se on all filings and submissions.
4. Grant such other and further relief as this Court deems just and proper.

Respectfully submitted,

*Clayton Howard*
CLAYTON HOWARD
Plaintiff, Pro Se
(908)718-2943
itsclaytonhoward@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Extension of Time to Serve Process was served on all parties by the method(s) indicated below:

[X] By electronic filing through the Court's CM/ECF system

[ ] By U.S. Mail, postage prepaid

[ ] By hand delivery

[ ] Other: _____

Date: September 17, 2025

*Clayton Howard*

CLAYTON HOWARD

Plaintiff, Pro Se