UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
-----------------------------------------------------------------x
CLAYTON HOWARD,

      *Plaintiff*,

v.

SEAN COMBS, et al.,

      *Defendant(s)*,
-----------------------------------------------------------------x

NOTICE OF MOTION AND MOTION FOR EXTENSION OF TIME TO SERVE PROCESS

Case No. 2:25-cv-06031(AH)(JPR)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that on September 17, 2025, at 10:00 am, in Courtroom 9C of the above-entitled Court, located at 350 W. 1st Street, Los Angeles, CA 90012, Plaintiff Clayton Howard will move this Court for an order extending the time to serve process on Defendants for an additional ninety (90) days pursuant to Federal Rule of Civil Procedure 4(m).

This Motion is based on this Notice of Motion, the Motion set forth below, the files and records in this action, and such oral and documentary evidence as may be presented at the hearing. If no such hearing is required then the Plaintiff seeks the relief the motion sets forth.

Dated: September 17, 2025

      Respectfully

      *Clayton Howard*
      Clayton Howard
      Plaintiff
      Pro Se
      (908)718-7943
      itsclaytonhoward@gmail.com