FILED
CLERK, U.S. DISTRICT COURT
09/17/205
CENTRAL DISTRICT OF CALIFORNIA
BY ___gsa___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
----------------------------------------------------------x
CLAYTON HOWARD,

       *Plaintiff*,   AFFIDAVIT OF CLAYTON HOWARD IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO SERVE PROCESS

v.

       Case No. 2:25-cv-06031(AH)(JPR)

SEAN COMBS, et al.,

       *Defendant(s)*,
----------------------------------------------------------x

STATE OF NEW JERSEY)

) ss.

COUNTY OF MIDDLESEX)

    I, Clayton Howard, declare under penalty of perjury under the laws of the United States that the following is true and correct:

I. PERSONAL KNOWLEDGE AND STANDING
  1. I am the Plaintiff in the above-captioned action. I have personal knowledge of the facts set forth in this Affidavit and am competent to testify thereto.
  2. I am over the age of eighteen (18) years and am not under any legal disability that would prevent me from making this declaration.

II. CASE FILING AND SERVICE DEADLINE
  1. I filed the Complaint in this action on June 29, 2025.
  2. Under Federal Rule of Civil Procedure 4(m), I am required to serve all Defendants within ninety (90) days of filing, making the current deadline September 27, 2025.
  3. As of the date of this Affidavit, I have not completed service of process on any of the Defendants.

III. COUNSEL'S FAILURE TO OBTAIN SUMMONS
  1. Following the filing of the Complaint, I repeatedly requested that my then-counsel obtain a signed summons from the Clerk of Court to enable service of process on Defendants.

2. Despite multiple promises and assurances from counsel that this would be completed promptly, counsel failed to obtain the signed summons necessary for service.
3. On multiple occasions, counsel represented to me that the summons would be obtained "shortly" or "within the next few days," but these representations proved to be inaccurate.
4. This failure by counsel was not due to any action or inaction on my part. I was ready and willing to proceed with service once the proper documents were obtained.
5. The delay in obtaining the summons has consumed a significant portion of the ninety (90) day service period through no fault of my own.

IV. DECISION TO PROCEED PRO SE

6. Due to the delays and issues with my former counsel's representation, I have made the decision to terminate the attorney-client relationship and proceed pro se in this matter.
7. I hereby declare my intention to proceed pro se on all future filings and proceedings in this case.
8. I understand and acknowledge that by proceeding pro se, I am expected to comply with all applicable rules, procedures, and deadlines of this Court, and that I will be held to the same standards as licensed attorneys.
9. I understand that the Court will not provide me with legal advice, and that I am responsible for learning and following all applicable procedural and substantive legal requirements.
10. I understand that my decision to proceed pro se does not excuse any failure to comply with Court rules, deadlines, or procedures.

V. NEED FOR ADDITIONAL TIME

11. I require additional time to transition from represented to pro se status, which includes familiarizing myself with the Court's procedures, local rules, and requirements for proper service of process.
12. I need time to organize my case materials, review all documents for accuracy, and ensure that I understand the procedural requirements for serving each Defendant properly.
13. Different Defendants may require different methods of service, and I need adequate time as a pro se litigant to research and understand these requirements to ensure compliance.
14. I need time to arrange for proper service of process, including identifying appropriate process servers and ensuring all procedural requirements are met.

15. The requested ninety (90) day extension will provide me with sufficient time to complete these necessary preparations and effectuate proper service on all Defendants.

VI. NO INTENT TO DELAY

16. I am not seeking this extension for the purpose of delay or to avoid prosecution of this action.
17. I am committed to moving forward with this litigation in a timely manner once I have had adequate time to prepare for pro se representation.
18. I believe the requested extension is reasonable under the circumstances and will allow me to proceed with this case in an organized and proper manner.

VII. LACK OF PREJUDICE TO DEFENDANTS

19. The Defendants have not yet been served and therefore have no knowledge of this litigation requiring immediate response.
20. Granting the requested extension will not prejudice Defendants' ability to defend against the claims in this action.

VIII. CONCLUSION

1. Good cause exists for the requested extension based on the circumstances described above, which were largely beyond my control.
2. I respectfully request that this Court grant the Motion for Extension of Time to Serve Process to allow me adequate time to transition to pro se representation and effectuate proper service on all Defendants.
3. 

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 17, 2025, at Middlesex County, New Jersey.

*Clayton Howard*
CLAYTON HOWARD
Plaintiff, Pro Se
(908)718-7943
itsclaytonhoward@gmail.com

VERIFICATION

STATE OF NEW JERSEY)

) ss.

COUNTY OF MIDDLESEX)

I, Clayton Howard, am the Plaintiff in the above-entitled action. I have read the foregoing Affidavit and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein stated on information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 17, 2025, at Middlesex, New Jersey.

*Clayton Howard*

CLAYTON HOWARD

Plaintiff, Pro Se