UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:25-cv-06031-AH-(JPRx) | Date September 30, 2025 |
| Title *Clayton Howard v. Sean Combs et al.* | |

Present: The Honorable  Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** ORDER GRANTING MOTION FOR EXTENSION OF TIME TO SERVE PROCESS (DKT. NO. 23)

Before the Court is Plaintiff Clayton Howard's ("Plaintiff") Motion for Extension of Time to Serve Process ("Mot." or "Motion"), Dkt. No. 23. For the reasons below, the Motion is GRANTED.

## I.   BACKGROUND

Plaintiff filed suit against Sean Combs, Cassandra Ventura, and multiple corporate defendants (collectively "Defendants"). Amended Compl., Dkt. No. 3. Plaintiff initiated this action on June 30, 2025, and has not yet served Defendants. Compl., Dkt. No. 1; Mot., Dkt. No. 23.

## II.   LEGAL STANDARD

A defendant must be served within 90 days after a complaint is filed. Fed. R. Civ. P. 4(m). But if a plaintiff "shows good cause for the failure [to serve a defendant within that time frame], the court must extend the time for service for an

appropriate period." *Id.*  District Courts retain broad discretion to permit extensions under Rule 4(m).  *See Mann v. American Airlines*, 324 F.3d 1088, 1090 (9th Cir. 2003).

### III.    DISCUSSION

On September 17, 2025, Plaintiff requested additional time to effect service and asked the Court to extend the service deadline to December 26, 2025.[1]  Mot., Dkt. No. 23.  Plaintiff referred to a "transition from represented to pro se status" among the reasons for an extension.  *Id.*

Finding that Plaintiff made the request before the original deadline expired and has demonstrated "good cause," the Court GRANTS the Motion and extends the time to serve the defendants up to and including December 26, 2025.  *See* Fed. R. Civ. P. 4(m).

### IV.    CONCLUSION

Plaintiff's Motion is GRANTED.  The service deadline is extended up to and including December 26, 2025.

**IT IS SO ORDERED.**

---

[1] The Motion did not include a motion hearing date.  *See* Mot., Dkt. No. 23.  Plaintiff filed a second motion which noticed the hearing for the same date that the motion was filed.  Dkt. No. 24.  The Court directs Plaintiff's attention to Local Rule 6-1, which requires parties to designate a motion hearing date no sooner than 28 days after the motion filing.  While a hearing will be unnecessary for this Motion, any future motions must comply with all applicable rules.