# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:25-cv-06031-AH-JPRx | Date October 3, 2025 |
| Title *Clayton Howard v. Sean Combs et al* | |

**Present: The Honorable** Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT (DKT. NO. 29)

Before the Court is Plaintiff Clayton Howard's ("Plaintiff") Motion for Leave to Amend Complaint ("Mot." or "Motion"), Dkt. No. 29.[1]  For the reasons set forth below, the Court GRANTS Plaintiff's Motion.

## I.   BACKGROUND

Plaintiff initiated this action on June 30, 2025.  Compl., Dkt. No. 1. Plaintiff filed an Amended Complaint on July 3, 2025.  Amended Compl., Dkt. No. 3.  Plaintiff has not yet served Defendants Sean Combs, Cassandra Ventura, and

---

[1] The Motion was filed on September 25, 2025, and set a motion hearing date of October 10, 2025.  Mot. at 1.  The Court directs Plaintiff's attention to Local Rule 6-1, which requires parties to designate a motion hearing date no sooner than 28 days after the motion filing.  While a hearing will be unnecessary for this Motion, any future motions must comply with all applicable rules.

multiple corporate entities (collectively "Defendants").  Memo. in Support of Mot., Dkt. No. 31.  Plaintiff now moves to file a Second Amended Complaint.[2]

## II.     LEGAL STANDARD

"A party may amend its pleading once as a matter of course within: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier."  Fed. R. Civ. P. 15(a).  "In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave."  *Id.*  "The court should freely give leave when justice so requires."  *Id.*; *see Morongo Band of Mission Indians v. Rose*, 893 F.2d 1074, 1079 (9th Cir. 1990) (requiring that policy favoring amendment be applied with "extreme liberality").

Courts weigh five factors in determining whether to grant leave to amend: (1) undue delay; (2) bad faith or dilatory motive; (3) repeated failure to cure deficiencies by amendments previously allowed; (4) undue prejudice to the opposing party; and (5) futility of amendment.  *Foman v. Davis*, 371 U.S. 178, 182 (1962).  The consideration of prejudice to the opposing party "carries the greatest weight."  *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1052 (9th Cir. 2003).

## III.    DISCUSSION

Plaintiff requires the court's leave to amend his Complaint because he has already amended it once before.  *See* Amended Compl.  Plaintiff seeks to add two new causes of action: "a. Civil RICO Violation under 18 U.S.C. § 1962(c) for conducting an enterprise through a pattern of racketeering activity, and b. New York Services for Victims of Human Trafficking under N.Y. Services Law § 483-BB."  Mot. at 1.

Plaintiff requests leave to amend before he has served Defendants.  There is therefore no indication that he unduly delayed the amendment or acted with bad

---

[2] Plaintiff refers to the instant Motion as for leave to file a "Third Amended Complaint."  *See generally* Mot.  Given that Plaintiff has filed only one prior amended complaint, Amended Compl., the Court instead refers to this Motion as for leave to file a Second Amended Complaint.

faith or dilatory motive. Defendants will not be prejudiced by amendment if they have not yet been served. The Court expresses no view of the merits of the causes of action, but nevertheless concludes that leave to amend should be granted based on the policy favoring amendment, in light of the procedural posture of this case.

## IV.   CONCLUSION

For the foregoing reasons, Plaintiff's Motion is GRANTED. Plaintiff has **seven (7) days** to file a Second Amended Complaint.

**IT IS SO ORDERED.**