Clayton Howard
24 Orchard Street
Carteret, New Jersey 07008
(908)718-7943
itsclaytonhoward@gmail.com

FILED
CLERK, U.S. DISTRICT COURT
10/8/2025
CENTRAL DISTRICT OF CALIFORNIA
BY ____GSA____ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

October 8, 2025

The Honorable Anne Hwang
United States District Court
Central District of California
[Court Address]

Re: Clayton Howard v. Sean Combs et al

Case No. 2:25-cv-06031-AH-JPR

Dear Judge Hwang:

Pursuant to the Court's Order filed October 3, 2025 (Dkt. No. 34), granting Plaintiff's Motion for Leave to Amend Complaint, Plaintiff Clayton Howard respectfully submits the enclosed Second Amended Complaint for filing.

This Second Amended Complaint is being filed within the seven (7) day deadline set forth in the Court's Order. As indicated in Plaintiff's Motion, the Second Amended Complaint adds two new causes of action: (1) Civil RICO Violation under 18 U.S.C. § 1962(c) for conducting an enterprise through a pattern of racketeering activity, and (2) New York Services for Victims of Human Trafficking under N.Y. Services Law § 483-BB.

Also enclosed for the Court's consideration is Plaintiff's request for issuance of summons for all named Defendants. As the Defendants have not yet been served in this action, Plaintiff respectfully requests that the Court issue a summons so that proper service may be effectuated upon all Defendants.

Thank you for the Court's attention to this matter.

Respectfully submitted,

*Clayton Howard*

Clayton Howard
Plaintiff Pro Se

Enclosures:

1. Second Amended Complaint
2. Summons Request