AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Central District of California

| | |
|---|---|
| CLAYTON HOWARD <br><br><br> _____ <br> *Plaintiff(s)* <br><br> v. <br><br> SEAN COMBS, CASSANDRA VENTURA <br> BAD BOY RECORDS,          : <br> COMBS ENTERPRISES, The BEVERLY HILLS <br> HOTEL <br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Civil Action No.  2:25-cv-06031 (AH)(JPRx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mr. Sean Combs
                              Registration No. 37452-054
                              80 29TH STREET
                              BROOKLYN, NY 11232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Clayton Howard
                              245 Mill Road 4a
                              Staten Island, New York 10306
                              (929)781-7791
                              itsclaytonhoward@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    October 21, 2025                      E. Synagogue
     _____           _____
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:25-cv-06031 (AH)(JPRx)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

```
-------------------------------------------------------X
CLAYTON HOWARD                        :
                                      :      Civil Case No: CV25-06031-AH(JPRx)
                 Plaintiff,           :
                                      :
                                      :
                                      :
      v.                              :      SECOND AMENDED COMPLAINT
                                      :
SEAN COMBS, CASSANDRA VENTURA ,:             JURY TRIAL DEMAND
BAD BOY RECORDS,                      :
COMBS ENTERPRISES,                    :
BEVERLY HILLS HOTEL Corp              :
                                      :
                 Defendants,          :
-------------------------------------------------------X
```

> **TRIGGER WARNING:**
> THIS DOCUMENT CONTAINS HIGHLY GRAPHIC INFORMATION OF A
> SEXUAL NATURE, INCLUDING SEXUAL ASSAULT

Plaintiff Clayton Howard (a.k.a "Dave" and "Mr. Howard") hereby alleges, as and for his Complaint against Defendant Sean Combs ("Mr. Combs"), Cassandra Ventura ("Ms. Ventura"), Bad Boy Entertainment, Bad Boy Records, , Combs Enterprises, LLC, and Doe Corporations 1-10 (together, "Defendant Corporations," and together with Mr. Combs, "Defendants") as follows:

**PRELIMINARY STATEMENT**

1. Plaintiff Mr. Howard brings this civil action against Defendants Sean Combs, Cassandra Ventura, The Beverly Hills Hotel, and DOE CORPORATIONS 1-10, arising from an eight-year period of systematic sexual exploitation, trafficking, and abuse that occurred between approximately 2009 and 2019. This case exposes the darker truth behind the widely publicized narrative surrounding Defendant Ventura's recent civil settlement and the ongoing criminal prosecution of Defendant Combs.

1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ATTACHMENT #2

CLAYTON HOWARD v. SEAN COMBS, CASANDRA VENTURA, BAD BOY RECORDS,
COMBS ENTERPRISES, BEVERLY HILLS HOTEL Corp 2:25-cv-06031-AH(JP)


TO SUMMONS DEFENDANTS TO BE SERVED:

SEAN COMBS
Registration No. 37452-054
80 29TH STREET
BROOKLYN, NY   11232

CASANDRA VENTURA
36 Cedar Grove Ave
New London, CT 06320

BAD BOY RECORDS
(Service Upon Defendant Combs)
SEAN COMBS
Registration No. 37452-054
80 29TH STREET
BROOKLYN, NY   11232

COMBS ENTERPRISES,
(Service Upon Defendant Combs)
SEAN COMBS
Registration No. 37452-054
80 29TH STREET
BROOKLYN, NY   11232

The Beverly Hills Hotel
9641 Sunset Boulevard
Beverly Hills
CA 90210
USA