UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-06031-AH-(JPRx) | Date | November 13, 2025 |
| Title | *Clayton Howard v. Sean Combs et al.* | | |

Present: The Honorable   Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present   None Present

**Proceedings:** **(IN CHAMBERS) ORDER DENYING PLAINTIFF'S MOTION FOR ORDER AUTHORIZING ALTERNATE SERVICE (DKT. NO. 44)**

Before the Court is Plaintiff Clayton Howard's ("Plaintiff") motion for an order authorizing alternate service upon Defendant Casandra Ventura ("Motion"). Dkt. No. 44. Plaintiff filed the Motion and notice of Motion on November 7, 2025, and set the matter for hearing on November 20, 2025. Mot. at 1. This district's Local Rule 6-1 provides that the "notice of motion shall be filed with the Clerk not later than twenty-eight (28) days before the date set for hearing." Plaintiff's Motion did not set a hearing date that complies with Local Rule 6-1, and the Court notes it has already counseled Plaintiff to comply with this rule in two prior orders. *See* Dkt. No. 33 at 2 n.1 ("The Court directs Plaintiff's attention to Local Rule 6-1 . . . . While a hearing will be unnecessary for this Motion, any future motions must comply with all applicable rules."); Dkt. No. 34 at 1 n.1 (same). This Court's Standing Order also requires compliance with the Local Rules. *See* Standing Order at Section F(1), Dkt. No. 8.

The Court therefore DENIES this Motion without prejudice.

**IT IS SO ORDERED.**