Civil Action No. 2:25-cv-06031 (AH)(JPRx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED
CLERK, U.S. DISTRICT COURT
11/16/2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___GSA___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

This summons for *(name of individual and title, if any)* **Sean Combs**

was received by me on *(date)* **10-31-25**.

☒ I personally served the summons on the individual at *(place)* **5756 Hartford & Pointville Rd. Fort Dix, NJ 08640** on *(date)* **11-6-25**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ **4.80** for travel and $ **27** for services, for a total of $ **31.80** ~~0.00~~

I declare under penalty of perjury that this information is true.

Date: **11-7-25**

_____
Server's signature

**Sheriff Officer**
**S/O Purdy #35205**
Printed name and title

**49 Rancocas Rd. Mt. Holly, NJ 08060**
Server's address

Additional information regarding attempted service, etc:

RECEIVED
BURLINGTON COUNTY SHERIFF
2025 OCT 31 A 9:49

| **Report of Service** | Sheriff's No. 25002143 | Book: 477 |
|---|---|---|
| Attorney: CLAYTON HOWARD | Doc # 2:25-cv-06031 (AH)(JPRx) | Page: |
| County of Venue: UNITED STATE DISTRICT COURT FOR T | $31.80 | |

**Superior Court**
(State of New Jersey) I James H. Kostoplis, Sheriff of Burlington County, Do Hereby Authorize a Duly
(Burlington County) Sworn Sheriff's Officer, To Execute and Return the Documents According to Law.

_[signature]_                          _[signature]_
James H. Kostoplis, Sheriff            Odise A. Carr, Undersheriff

Witness My Hand and Seal, This Day of 11/7/2025

**Defendant's Name/Address:**
SEAN COMBS
5756 HARTFORD & POINTVILLE ROAD
FORT DIX, NJ 08640

**Date Served:** 11/6/2025

**Time Served:** 2:15 PM

**Service Address:**
5756 HARTFORD & POINTVILLE ROAD
FORT DIX, NJ 08640

Attempted Dates/Times prior to service:

**Type of Service:** O/S Personal Service (SELF)

**Description of the Out of State Documents served:** SUMMONS, COMPLAINT, NOTICE OF INTEREST PARTIES, CIVIL COVER SHEET, CERTIFICATION AND NOTICE, CONSENT TO PROCEED, STANDING ORDER, JUDGE ASSIGNMENT, CV-021, DR-001

I Served the within Documents, and/or A True Copy Thereof.

_[signature]_
S/O Purdy #35205

**Officer's Notes:**

**Out of State:**

| Age | Sex | Weight | Height | Skin | Hair | Military Service |
|---|---|---|---|---|---|---|
| 56 | Male | 212 | 6'0" | Dark | Black | No |

Case: CLAYTON HOWARD vs SEAN COMBS, CASSANDRA VENTURA BAD BOY RECORDS, COMBS ENTERPRISES, THE BEVERLY HILLS HOTEL

Case 2:25-cv-06031-AH-JPR   Document 42   Filed 10/21/25   Page 1 of 4   Page ID #:336

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

CLAYTON HOWARD )
)
)
Plaintiff(s) )
)
v. ) Civil Action No. 2:25-cv-06031 (AH)(JPRx)
)
SEAN COMBS, CASSANDRA VENTURA, )
BAD BOY RECORDS, )
COMBS ENTERPRISES, The BEVERLY HILLS )
HOTEL )
Defendant(s) )

BURLINGTON COUNTY SHERIFF RECEIVED 2025 OCT 31 A 4:48

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mr. Sean Combs
Registration No. 37452-054
80 29TH STREET
BROOKLYN, NY 11232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Clayton Howard
245 Mill Road 4a
Staten Island, New York 10306
(929)781-7791
itsclaytonhoward@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.



CLERK OF COURT

E. Synagogue

Date: October 21, 2025

Signature of Clerk or Deputy Clerk