UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

------------------------------------------------------X

| | | |
|---|---|---|
| CLAYTON HOWARD, | : | |
| | : | Civil Case No: CV25-06031-AH(JPRx) |
| *Plaintiff*, | : | |
| | : | |
| v. | : | AFFIDAVIT OF CLAYTON HOWARD |
| | : | IN SUPPORT OF MOTION FOR LEAVE |
| SEAN COMBS, CASSANDRA VENTURA,: | | TO FILE THIRD AMENDED COMPLAINT |
| BAD BOY RECORDS, | : | |
| COMBS ENTERPRISES, | : | |
| *Defendants*, | : | |

------------------------------------------------------X

STATE OF NEW YORK)

) ss.:

COUNTY OF RICHMOND)

I, CLAYTON HOWARD, being duly sworn, depose and state as follows:

1. I am the Plaintiff in the above-captioned action and make this affidavit based upon my personal knowledge, except where stated to be upon information and belief, and if called as a witness, I could and would competently testify to the matters set forth herein.

2. I submit this affidavit in support of my Motion for Leave to File a Third Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

BACKGROUND

3. I filed my initial Complaint in this action on or about June 29, 2025, alleging federal and state law violations arising from systematic sex trafficking, exploitation, and abuse perpetrated by Defendants from approximately 2009 through 2019.

4. I filed a First Amended Complaint on or about July 2, 2025, and a Second Amended Complaint on or about October 8, 2025.

5. I am appearing pro se in this matter. While I have extensive experience in the construction industry and have educated myself regarding legal procedures through my

involvement in multiple civil rights cases, I am not an attorney and do not have formal legal training.

6. Since filing the Second Amended Complaint, I have undertaken substantial efforts to improve the quality and professional presentation of my pleadings, including researching the Central District of California's Local Rules and studying comparable civil rights complaints filed in this district.

## RECENT DEVELOPMENTS REQUIRING AMENDMENT

7. On or about July 2, 2025, Defendant Sean Combs was convicted by jury verdict in the United States District Court for the Southern District of New York on COUNT III: INTERSTATE TRANSPORTATION FOR PROSTITUTION in violation of 18 U.S.C. § 2421 et seq., in the criminal case captioned United States v. Sean Combs, No. 24-cr-00542 (S.D.N.Y.).

8. I recently obtained a copy of the Government's Sentencing Memorandum filed in United States v. Sean Combs, which specifically names me, Clayton Howard, as a VICTIM of COUNT III.

9. This federal victim designation was not included with sufficient prominence or detail in the Second Amended Complaint. The victim designation is critical to my claims because it: (a) establishes federal judicial recognition of my victim status; (b) provides collateral estoppel effect against Defendants' denials of trafficking; (c) confirms the credibility of my allegations after extensive federal investigation; and (d) entitles me to rights under the Crime Victims' Rights Act, 18 U.S.C. § 3771.

10. I did not deliberately omit this information from the Second Amended Complaint. Rather, I only recently came to fully understand its legal significance and the need to prominently plead this fact with supporting detail.

## IMPROVEMENTS IN THIRD AMENDED COMPLAINT

11. After receiving informal feedback regarding the length and organization of the Second Amended Complaint, I undertook a comprehensive review and redraft of my pleading.

12. The proposed Third Amended Complaint represents substantial improvements over the Second Amended Complaint in the following respects:

    a. LENGTH REDUCTION: The Third Amended Complaint is approximately 53 pages and 266 numbered paragraphs, compared to approximately 88 pages and 716

numbered paragraphs in the Second Amended Complaint; a reduction of approximately 40% in length.

b. ELIMINATION OF REPETITION: I reviewed the Second Amended Complaint and identified substantial repetition of factual allegations and legal standards across multiple causes of action. The Third Amended Complaint eliminates this repetition by:

   i. Creating a single Consolidated Damages section (paragraphs 215-246) that is incorporated by reference into each cause of action, rather than repeating harm allegations eight separate times;

   ii. Referencing factual allegations by paragraph number rather than re-narrating the same facts in each count;

   iii. Streamlining legal element recitations;

c. CONSOLIDATION OF CLAIMS: The Third Amended Complaint consolidates overlapping causes of action from eight counts to five counts:

   i. Count 1 merges 18 U.S.C. § 1591 and § 1595 into a single Federal Sex Trafficking claim (as § 1595 is merely the civil remedy for § 1591 violations);

   ii. Eliminates the Florida trafficking claim as redundant with the California claim;

   iii. Eliminates the New York Penal Law § 230.34 claim as redundant with the New York Services Law § 483-BB claim;

d. REMOVAL OF DEFENDANT: The Third Amended Complaint removes Beverly Hills Hotel as a defendant, focusing claims on the primary wrongdoers who directly perpetrated the trafficking and abuse;

e. ENHANCED RICO PLEADING: The Third Amended Complaint provides more detailed and focused allegations regarding the RICO enterprise, including:

   i. Clearer identification of the enterprise structure and participants;

   ii. More specific predicate act allegations with temporal details;

   iii. Enhanced proximate causation showing, particularly regarding the December 2012 incident and resulting economic injury;

   iv. Better demonstration of pattern continuity and relatedness;

    f.  PROMINENT VICTIM DESIGNATION: The Third Amended Complaint prominently pleads my federal victim designation in COUNT III of United States v. Sean Combs, including:

        i.  Specific reference to the Government's Sentencing Memorandum;

        ii.  Explanation of the legal significance of this designation;

        iii.  Integration of this fact throughout the complaint to support standing and credibility;

    g.  COMPLIANCE WITH LOCAL RULES: The Third Amended Complaint complies with Central District of California Local Rule 11-3.1.1's requirement for a "short and plain statement of the claim," achieving a length consistent with other complex civil rights complaints filed in this district.

13. A true and correct copy of the proposed Third Amended Complaint is attached hereto as Exhibit A.

## CONSENT OF DEFENSE COUNSEL

14. On or about November 25, 2025, I contacted defense Liyah Cook, Esq of Schonbuch Hallissy, LLP, counsel on behalf of Defendant Sean Comb, to request consent to file the Third Amended Complaint.

15. Defense counsel consented to the amendment, recognizing that: (a) the amendment serves judicial economy by creating a more manageable pleading; (b) Defendants will not be prejudiced by the amendment; and (c) the amendment is sought in good faith to improve the quality of pleadings before this Court.

16. I agreed to allow Defense counsel sixty (60) days to respond to the amendment as requested in response to my request seeking to amend my civil complaint.

17. A true and correct copy of defense counsel's written consent via email is attached as Exhibit B.

## NO UNDUE DELAY OR PREJUDICE

18. This Motion is filed promptly after I completed the redraft and obtained defense counsel's consent. Discovery in this action has not yet commenced.

19. No trial date has been set in this matter.

20. The proposed amendments will not require Defendants to conduct additional discovery beyond what would already be necessary to defend against the claims alleged in the

Second Amended Complaint. The Third Amended Complaint does not add new defendants, new time periods, or substantively new factual allegations. Rather, it reorganizes, streamlines, and better presents the claims already asserted.

21. Defendants will not be prejudiced by this amendment. To the contrary, Defendants will benefit from responding to a more concise, better organized, and more professionally presented complaint.

22. Granting this Motion will serve judicial economy by: (a) providing the Court with a more manageable pleading to evaluate; (b) reducing unnecessary motion practice regarding the complaint's length or organization; (c) focusing the litigation on the substantive merits of the claims; and (d) facilitating more efficient case management going forward.

## GOOD FAITH

23. I bring this Motion in good faith and not for purposes of delay, harassment, or any improper purpose.

24. I have worked diligently to improve my legal pleadings and to present my claims in a professional manner consistent with the standards of this Court.

25. As a pro se litigant, I have made substantial efforts to educate myself regarding proper pleading standards and to comply with applicable rules. The proposed Third Amended Complaint represents the culmination of these efforts.

26. I seek leave to amend so that my claims may be fairly and efficiently adjudicated on their merits, with the benefit of professional presentation and organization.

## AMENDMENTS ARE NOT FUTILE

27. The claims asserted in the Third Amended Complaint state viable causes of action upon which relief can be granted.

28. My allegations are supported by: (a) extensive documentary evidence including flight records, hotel records, and text messages; (b) corroboration by federal investigators who verified my allegations during the criminal prosecution of Sean Combs; (c) federal victim designation confirming my status as a victim of Defendant Combs's criminal conduct; (d) testimony by Defendant Ventura during the criminal trial confirming that she personally trafficked multiple male victims, including myself; and (e) Defendant Combs's conviction on COUNT III involving interstate transportation for prostitution.

29. The proposed amendments enhance rather than diminish the viability of my claims by improving their presentation and organization.

## CONCLUSION

30. For the reasons set forth above and in the accompanying Memorandum of Law, I respectfully request that this Court grant leave to file the Third Amended Complaint.

31. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: November 26, 2025

Location: Middlesex, New Jersey

*Clayton Howard*

CLAYTON HOWARD

Plaintiff, Pro Se

CERTIFICATION PURSUANT TO 28 U.S.C. § 1746

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 25, 2025, at Carteret, New Jersey.

*Clayton Howard*

CLAYTON HOWARD