LODGED
CLERK, U.S. DISTRICT COURT
NOV 29 2025
CENTRAL DISTRICT OF CALIFORNIA
BY ____rsm____ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

---------------------------------------------------------X

| | | |
|---|---|---|
| CLAYTON HOWARD, | : | |
| | : | Civil Case No: CV25-06031-AH(JPRx) |
| Plaintiff, | : | |
| | : | |
| v. | : | [PROPOSED] ORDER GRANTING |
| | : | LEAVE TO FILE THIRD AMENDED |
| SEAN COMBS, CASSANDRA VENTURA,: | | COMPLAINT |
| BAD BOY RECORDS, | : | |
| COMBS ENTERPRISES, | : | |
| Defendants, | : | |

---------------------------------------------------------X

Before the Court is Plaintiff Clayton Howard's Motion for Leave to File Third Amended Complaint, filed pursuant to Federal Rule of Civil Procedure 15(a)(2). The Court has reviewed the Motion, the Affidavit of Clayton Howard, the Memorandum of Law in Support, the proposed Third Amended Complaint, the Consent of Defense Counsel, and all papers filed in this action. Federal Rule of Civil Procedure 15(a)(2) provides that "the court should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2). Leave to amend should be denied only upon a showing of "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc." *Foman v. Davis, 371 U.S. 178, 182 (1962).*

The Court finds that:

1. Defense counsel has consented to this Motion, as evidenced by the written consent filed with the Court;

2. There is no undue delay, as this Motion is filed almost sixty (60) days after the Second Amended Complaint, Defendants have replied, before substantial discovery has occurred, and before any trial date has been set;

3. The Motion is brought in good faith to: (a) incorporate recently confirmed facts regarding Plaintiff's federal victim designation in United States v. Sean Combs, No. 24-cr-00542 (S.D.N.Y.); (b) improve the organization, length, and professional presentation of the pleading; (c) eliminate repetitive allegations; and (d) comply with Central District Local Rules;

4. Defendants will not be prejudiced by the amendment, as: (a) the proposed Third Amended Complaint does not add new defendants or expand the temporal scope of claims; (b) the amendment does not add substantively new factual allegations requiring additional discovery; (c) no trial date has been set; and (d) defense counsel has consented, confirming the absence of prejudice;

5. The proposed amendments are not futile, as Plaintiff's claims are supported by: (a) extensive documentary evidence; (b) federal victim designation; (c) Defendant Combs's criminal conviction on COUNT III involving interstate transportation; (d) corroboration by federal investigators; and (e) sworn testimony by Defendant Ventura during the criminal trial;

6. The proposed Third Amended Complaint substantially improves the pleading by: (a) reducing length from approximately 88 pages to 53 pages; (b) consolidating eight causes of action into five; (c) eliminating repetitive allegations; (d) creating a Consolidated Damages section; and (e) enhancing RICO allegations with more detailed pleading;

7. As a pro se litigant, Plaintiff is entitled to particular liberality in seeking to amend, and Plaintiff has demonstrated good faith efforts to improve his pleading despite lack of formal legal training;

8. The amendment serves judicial economy by providing a more concise, better organized, and more professionally presented complaint that will facilitate efficient case management;

9. All factors set forth in *Foman v. Davis, 371 U.S. 178, 182 (1962)*, weigh in favor of granting leave to amend; and

10. Justice requires granting this Motion so that Plaintiff's claims may be adjudicated on their merits with the benefit of improved presentation and incorporation of recently confirmed facts regarding federal victim designation.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Leave to File Third Amended Complaint is **GRANTED**;
2. Plaintiff shall file the Third Amended Complaint in the form attached as Exhibit A to the Motion within seven (7) days of the date of this Order, or such other time as the parties may stipulate;
3. The Third Amended Complaint shall be deemed filed as of the date it is electronically filed with the Court;
4. The Second Amended Complaint is hereby superseded by the Third Amended Complaint and shall have no further force or effect;
5. Defendants shall file their responsive pleading to the Third Amended Complaint within sixty (60) days after the Third Amended Complaint is filed, or within such other time as the parties may stipulate or the Court may order;
6. All previously filed motions directed to the Second Amended Complaint are hereby MOOT and shall be terminated without prejudice to refiling as to the Third Amended Complaint, if appropriate;
7. All other prior Orders of this Court shall remain in full force and effect unless modified by this Order.

IT IS SO ORDERED.

Dated: _____, 2025

_____
HONORABLE JUDGE ANNE HWANG
UNITED STATES MAGISTRATE JUDGE