1  Clayton Howard

2  245 Mill Road 4A

3  Staten Island, New York 10306

4  (929)781-7791

5  itsclaytonhoward@gmail.com

6  Plaintiff, Pro Se

7

8

9  UNITED STATES DISTRICT COURT

10  CENTRAL DISTRICT OF CALIFORNIA

11  WESTERN DIVISION

12

13  CLAYTON HOWARD,                           Case No. CV25-06031-AH(JPRx)

14  *Plaintiff,*

15

16  v.                                        NOTICE OF WITHDRAWAL OF JOINT

17                                            STIPULATION AND PLAINTIFF'S

18  SEAN COMBS, et al                         CONSENT TO EXTENDED RESPONSE

19  *Defendant(s),*                           DEADLINE

20

21

22

23

24  TO THE COURT AND ALL PARTIES:

25

26  Plaintiff CLAYTON HOWARD, hereby provides notice of the following:

27      1. Withdrawal of Joint Stipulation

28      2. On December 15, 2025, this Court granted Plaintiff's Motion for Leave to File a Third

29         Amended Complaint (the "Motion"). Prior to the Court's ruling, Plaintiff and Defendants

30         were in the process of preparing a joint stipulation to permit the filing of a Third

FILED

CLERK, U.S. DISTRICT COURT

12/16/2025

CENTRAL DISTRICT OF CALIFORNIA

BY _____ DC _____ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

1   Amended Complaint. However, because the Court has now authorized the amendment

2   through its order, the proposed joint stipulation has become moot and legally redundant.

3   3.   Accordingly, Plaintiff hereby withdraws the joint stipulation from consideration and

4   notifies the Court that it will not be filed. The Court's order granting leave to amend

5   fully addresses and resolves the matter.

6   Plaintiff's Consent to Extended Response Deadline

7   4.   The joint stipulation discussions contemplated a 60-day response period for Defendants

8   to respond to the Third Amended Complaint. In recognition of Defendants' good faith

9   cooperation in agreeing to allow the amendment, and in the interest of judicial

10   efficiency and professional courtesy, Plaintiff consents to grant Defendants sixty (60)

11   days from the date of service of the Third Amended Complaint to file their responsive

12   pleading.

13   5.   This extended deadline is offered voluntarily by Plaintiff and supersedes any shorter

14   deadline that might otherwise apply under the Federal Rules of Civil Procedure, Local

15   Rules, or the Court's order.

16   Filing of Third Amended Complaint

17   6.   Plaintiff will file the Third Amended Complaint in accordance with the Court's order

18   dated December 16, 2025 and will serve it upon Defendants promptly thereafter.

19

20

21   Dated: December 16, 2025

22

23   Respectfully submitted,

24

25   *Clayton Howard*

26   Clayton Howard

27   Plaintiff, Pro Se

28

29

30

31