1  Clayton Howard
2  245 Mill Road 4A
3  Staten Island, New York 10306
4  (929) 781-7791
5  itsclaytonhoward@gmail.com
6  Plaintiff, Pro Se

FILED
CLERK, U.S. DISTRICT COURT
12/16/2025
CENTRAL DISTRICT OF CALIFORNIA
BY    asi    DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| CLAYTON HOWARD, | Case No. CV25-06031-AH(JPRx) |
|---|---|
| Plaintiff, | |
| v. | AFFIDAVIT OF SERVICE OF THIRD AMENDED COMPLAINT |
| SEAN COMBS, et al., | |
| Defendant(s). | |

I, CLAYTON HOWARD, being duly sworn, hereby depose and state as follows:

1. I am the Plaintiff in the above-captioned action and am over the age of eighteen (18) years.
2. I am not a party to this action for purposes of service and make this affidavit based upon my personal knowledge.
3. On December 16, 2025, I served a true and correct copy of the Third Amended Complaint upon all counsel of record for the Defendants by electronic mail transmission.
4. Service was effectuated by sending the Third Amended Complaint via email to the following counsel:

Counsel for Defendant Sean Combs:

Michael Schonbuch, Esq.

Lilah N. Cook, Esq.

SCHONBUCH HALLISSY LLP

Email: cook@schonbuchhallissy.com

schonbuch@schonbuchhallissy.com

Counsel for Corporate Defendants

David Russell

Jonathan Davis

JOHNATHAN D. DAVIS P.C.

Email: dcr@jddavispc.com

jdd@jddavispc.vom

Counsel for Defendant Casandra Ventura:

Melodie Han, Esq.

WIGDOR LLP

Email: dwigdor@wigdorlaw.com

Email: mfiretog@wigdorlaw.com

Email: mhan@wigdorlaw.com

5. The emails were successfully transmitted on December 16, 2025, and I did not receive any notification of delivery failure.

6. This service was made in accordance with the Court's Order dated December 15, 2025, granting Plaintiff's Motion for Leave to File a Third Amended Complaint.

CERTIFICATION

I hereby certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on December 16, 2025, at Staten Island, New York.

*Clayton Howard*

Clayton Howard

Plaintiff, Pro Se