# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CLAYTON HOWARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SEAN COMBS, CASANDRA VENTURA, BAD BOY RECORDS, COMBS ENTERPRISES,<br><br>　　　　Defendants. | Case No. 2:25-cv-6031-AH-JPRx<br><br>**[PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO THIRD AMENDED COMPLAINT** |

1    FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the Joint Stipulation extending the time for Defendants Sean Combs, Casandra Ventura, and CeOpco, LLC d/b/a Combs Global and f/k/a Combs Enterprises, LLC to respond to Plaintiff Clayton Howard's Third Amended Complaint to 60 days after service of the Third Amended Complaint on all other Defendants is APPROVED. Defendants Sean Combs, Casandra Ventura, and CeOpco, LLC must answer, move, or otherwise respond to Plaintiff's Complaint by **60 days after service of the Third Amended Complaint on all other Defendants in the Action**.

IT IS SO ORDERED.

Dated:

_____
Hon. Anne Hwang
United States District Judge