UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CLAYTON HOWARD, <br><br> Plaintiff, <br><br> v. <br><br> SEAN COMBS, CASANDRA VENTURA, BAD BOY RECORDS, COMBS ENTERPRISES, <br><br> Defendants. | Case No. 2:25-cv-6031-AH-JPRx <br><br> **ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO THIRD AMENDED COMPLAINT [63]** <br><br> NOTE CHANGES MADE BY COURT |

1   FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the Joint Stipulation extending the time for Defendants Sean Combs, Casandra Ventura, and CeOpco, LLC d/b/a Combs Global and f/k/a Combs Enterprises, LLC to respond to Plaintiff Clayton Howard's Third Amended Complaint to 60 days after service of the Third Amended Complaint on all other Defendants is granted in part.

Plaintiff shall serve the Third Amended Complaint on all Defendants by **January 21, 2026**.

Defendants Sean Combs, Casandra Ventura, and CeOpco, LLC must answer, move, or otherwise respond to Plaintiff's Complaint by **March 25, 2026**.

There shall be no further request for extension absent sufficient good cause.

IT IS SO ORDERED.

Dated:  DECEMBER 31 2025

_____
Hon. Anne Hwang
United States District Judge