Clayton Howard, Pro Se

24 Orchard Street

Carteret, New Jersey 07008

(929) 781-7791

itsclaytonhoward@gmail.com



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON HOWARD,<br>    *Plaintiff*,<br>v.<br><br>SEAN COMBS, et al,<br>    *Defendants*, | Case No. 2:25-cv-6031-AH-JPRx<br><br>NOTICE OF MOTION FOR JUDICIAL NOTICE OF PLAINTIFF'S VICTIM STATUS |

Date: March 25, 2026

Time: 1:30 P.M.

Dept: Courtroom 10

Judge: Hon. Anne Hwang.

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   PLEASE TAKE NOTICE That on March 25, 2026 at 1:30 p.m, or as soon thereafter this matter can be heard, Plaintiff Clayton Howard will move this Court for an order, pursuant to Federal Rule of Evidence 201, taking judicial notice of the following facts:

1. That Plaintiff Clayton Howard is the individual identified as 'Victim-2' in Count III of the indictment in *United States v. Sean Combs*, Case No. 24-cr-542 (AS) (S.D.N.Y.);

2. That the Honorable Arun Subramanian, United States District Judge for the Southern District of New York, expressly recognized Plaintiff's victim status in a written order dated January 28, 2026 (Docket 638), stating: 'The Court recognizes that testimony and

    other evidence at trial may have supported that Clayton Howard was contacted via Backpage.com to travel across state lines to engage in prostitution';

3. That Defendant Sean Combs was convicted by jury verdict of violations of 18 U.S.C. § 2421 (the Mann Act) and is currently serving a federal prison sentence for trafficking Plaintiff across state lines for commercial sex acts;

4. That Defendant Casandra Ventura testified under oath at the Combs criminal trial that Plaintiff was one of her 'more frequently used men,' that she arranged his interstate travel, financed flights and hotels, and coordinated commercial sex acts over approximately eight years;

5. That Plaintiff is a documented victim of sex trafficking under federal law and is entitled to protections under the Crime Victims' Rights Act, 18 U.S.C. § 3771.

   This Motion is based upon this Notice of Motion, the Memorandum of Law filed concurrently herewith, the Declaration of Clayton Howard, all papers and pleadings on file in this action, and such oral and documentary evidence as may be presented at the hearing on this Motion.

   Plaintiff respectfully requests that the Court enter the proposed order submitted herewith.

Dated: January 31, 2026

                                      Respectfully submitted,

                                      *Clayton Howard*
                                    CLAYTON HOWARD
                                    Plaintiff Pro Se

Cc: Melanie Han, Esq.
    Counsel Defendant Casandra Ventura
    Wigdor L.L.P
    mhan@wigdorlaw.com

    Lilah Cook, Esq
    Counsel Defendant Sean Combs, Bad Body Entertainment
    Schonbuch Hallissey L.L.P
    cook@schonbuchhallissey.com

    David Russell
    Counsel for CeOpco, LLC f/k/a Combs Enterprises, L.L.C.
    Johnathan D. Davis, P.C.
    dcr@jddavispc.com