1 Clayton Howard
2 24 Orchard Street
3 Carteret, New Jersey 07008
4 Telephone: (929)781-7791
5 Email: itsclaytonhoward@gmail.com
6 Plaintiff, Pro se
7
8         UNITED STATES DISTRICT COURT
9         CENTRAL DISTRICT OF CALIFORNIA
10        WESTERN DIVISION

| | |
|---|---|
| CLAYTON HOWARD, | Case No. 2:25-cv-6031-AH-JPRx |
| *Plaintiff*, | |
| v. | CERTIFICATION OF SERVICE |
| SEAN COMBS, et al, | |
| *Defendants*, | |

21    I, Clayton Howard, declare:
22    1. I am the Plaintiff in this action and am over the age of 18 years.
23    2. On February 5, 2026, I served the following document(s) in this action:
24        Notice of Motion
25        Declaration of Clayton Howard
26        Memorandum of Law in Support of Motion for Judicial Notice of Plaintiffs'
27        Victim Status
28        Proposed Order
29        Exhibit A; Sentencing Memorandum Dkt. 516 United States v. Sean Combs
30        Exhibit B: Order of Hon Arun Subramanian Jan 28, 2026
31        Exhibit C: Pro Bono Attorney Misconduct

| | | |
|---|---|---|
| 1 | | Exhibit D: Termination of Tyrone Blackburn |
| 2 | | Exhibit E: Dkt 602: Government Reply |
| 3 | | Exhibit F: Plaintiff Supplemental Reply |
| 4 | | Exhibit G: Pro Bono Counsel emails regard victim status |
| 5 | | Exhibit H: Analysis of Sworn Statements Casandra Ventura |
| 6 | 3. | Service was accomplished by filing the above-listed document(s) electronically |
| 7 | | through the Court's CM/ECF system, which caused the Notice of Electronic Filing |
| 8 | | (NEF) to be transmitted to the following registered CM/ECF participants: |
| 9 | | |
| 10 | | Michael Schonburch, Esq |
| 11 | | Lilah Cooke, Esq |
| 12 | | SCHONBUCH HALLISSY LLP |
| 13 | | cook@schonbuchhallissy.com |
| 14 | | michael@schonbuchhallissy.com |
| 15 | | Counsel for Sean Combs |
| 16 | | |
| 17 | | Melodie Han, Esq. |
| 18 | | Meredith Firetog, Esq. |
| 19 | | Douglas Wigdor, Esq. |
| 20 | | Wigdor Law LLP |
| 21 | | Counsel for Defendant Casandra Ventura |
| 22 | | dwigdor@wigdorlaw.com |
| 23 | | mfiretog@wigdorlaw.com |
| 24 | | mhan@wigdorlaw.com |
| 25 | | |
| 26 | | David Russel, Esq. |
| 27 | | JOHNATHAN D. DAVIS P.C |
| 28 | | Counsel for Combs Enterprises, LLC |
| 29 | | Counsel for Bad Boy Records |
| 30 | | dcr@jddavispc.com |
| 31 | | |

Certification of Service by Clayton Howard

4. In addition to service via CM/ECF, I also served true and correct copies of the above-listed document(s) by electronic mail to the email addresses listed above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 5, 2026, at Carteret, New Jersey.

*Clayton Howard*
_____
CLAYTON HOWARD

Plaintiff, Pro Se