UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:25-cv-06031-AH-(JPRx) | Date March 3, 2026 |
| Title *Clayton Howard v. Sean Combs et al.* | |

Present: The Honorable   Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER DISCHARGING ORDER TO SHOW CAUSE (DKT. NO. 68) AND GRANTING LEAVE TO AMEND TO CORRECT DEFENDANT NAME (DKT. NO. 71)

The Court is in receipt of Plaintiff Clayton Howard's ("Plaintiff") response to the Court's Order to Show Cause re Dismissal for Lack of Prosecution as to Defendant "Bad Boy Records." Response, Dkt. No. 71. Plaintiff represents that he made a clerical error regarding the defendant's name, which is actually "Bad Boy Entertainment LLC." Response at 1. Plaintiff requests leave to amend the complaint to substitute the correct name for Defendant Bad Boy Entertainment LLC ("Defendant"). *Id.*

The Court admonishes Plaintiff for the delay in informing the Court of the incorrectly named Defendant, given that Plaintiff appears to have had notice of Defendant's correct name as early as December 9, 2025. Response at 2. However, given that Defendant has not yet been served or appeared in this action, the Court grants leave to amend only the name of Defendant. The Court also admonishes Plaintiff for not filing a proper motion to amend the complaint. Any future requests must be made as a properly noticed motion that complies with the Local Rules and this Court's Standing Order, or they will be denied.

     In conclusion, the Order to Show Cause is hereby DISCHARGED. Plaintiff must file an amended complaint that corrects Defendant's name within **fourteen (14) days** of this Order and must file proof of service as to Defendant within **thirty (30) days** of the filing of the amended complaint. Failure to timely comply may result in dismissal of this action as to Defendant without further notice.

**IT IS SO ORDERED.**