```
FILED
CLERK, U.S. DISTRICT COURT
2/24/2026
CENTRAL DISTRICT OF CALIFORNIA
BY     GSA     DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM
```

Clayton Howard

24 Orchard Street

Carteret, New Jersey 07008

(929)781-7791

itsclaytonhoward@gmail.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON HOWARD,<br>*Plaintiff*,<br><br>v.<br><br>SEAN COMBS, et al,<br>*Defendants*, | Civil Case No: CV25-06031-AH(JPRx)<br><br>NOTICE OF MOTION AND MOTION FOR:<br><br>(1) APPLICATION TO PROCEED IN FORMA PAUPERIS; AND<br><br>(2) MOTION FOR APPOINTMENT OF COUNSEL<br><br>Date: March 25, 2026<br>Time: 1:30 P.M.<br>Courtroom: 9C<br>Hon. Anne Hwang |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 25, 2025, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 9C of the United States District Court for the Central District of California, located at 350 West 1st Street, Los Angeles, California 90012, before the Honorable Anne Hwang, Plaintiff Clayton Howard will move the Court for an order:

1. Granting Plaintiff's Application to Proceed In Forma Pauperis pursuant to 28 U.S.C. § 1915, waiving all filing fees and court costs; and
2. Appointing pro bono counsel to represent Plaintiff in this action pursuant to 28 U.S.C. § 1915(e)(1) and 18 U.S.C. § 3771.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Clayton Howard filed concurrently herewith, the exhibits attached thereto, and all pleadings and papers on file in this action.

MEET AND CONFER STATEMENT

Pursuant to Local Rule 7-3, Plaintiff attempted to meet and confer with counsel for Defendants regarding this motion. As Defendants have appeared in this action and are to reply to the TAC by March 25, 2026, Plaintiff request this motion be heard on an expedited basis to protect his rights and claims against both Defendant Combs and Defendant Ventura as a federally designated trafficking victim. Plaintiff is proceeding pro se without ability to retain counsel, a meet and confer was not practicable considering the urgency of the matter and delays in the response time of defense counsel. Plaintiff attempted to meet and confer only meeting with Counsel Lilah Cook on behalf of Defendant Combs and connect Defendants. Counsel for Defendant Ventura did not respond to my meet and confer attempts. This Motion seeks relief that is not opposed in substance—the appointment of counsel to represent an indigent, federally recognized trafficking victim—and does not prejudice Defendants' rights.

Dated: February 24, 2026

Respectfully submitted,

*Clayton Howard*

CLAYTON HOWARD
Plaintiff Pro Se