Clayton Howard
24 Orchard Street
Carteret, New Jersey 07008
(929)781-7791
itsclaytonhoward@gmail.com

FILED
CLERK, U.S. DISTRICT COURT
2/24/2026
CENTRAL DISTRICT OF CALIFORNIA
BY    GSA    DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON HOWARD,<br>*Plaintiff*,<br><br>v.<br><br>SEAN COMBS, et al.,<br>*Defendants*. | Civil Case No: CV25-06031-AH(JPRx)<br><br>SUPPLEMENTAL DECLARATION OF CLAYTON HOWARD RE: MEET AND CONFER EFFORTS |

I, CLAYTON HOWARD, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Plaintiff in this action and submit this supplemental declaration to document my meet and confer efforts pursuant to Local Rule 7-3.

2. On February 13, 2026, I sent an email to counselors for all appearing Defendants requesting to meet and confer regarding my intent to file an Ex Parte Application for Expedited Consideration of my Application to Proceed In Forma Pauperis and Motion for Appointment of Counsel. A true and correct copy of that email is attached as Exhibit A.

3. In that email, I provided draft copies of all proposed motions for counsel's review and requested a response by Tuesday, February 17, 2026, at 5:00 PM PST—allowing counsel [3/4] business days to respond.

4. I specifically requested that counsel indicate whether they oppose, do not oppose, or take no position on the requested relief.
5. As of the filing of this declaration, I have received a response from counsel for Defendants Combs and CeOpco, LLC to my meet and confer request.
6. I met with Counsel Lilah Cook on February 17, 2026, 5 p.m. est, who spoke for all Defendants in connection to Defendant Combs. Ms Cook took no position as to my intended filing before this court seeking counsel and the wavier of fees.
7. I received no reply from Wigdor, LLP and/or counsel Melodie Han who represents Defendant Ventura.
8. I made good faith efforts to meet and confer by:
    a. Sending detailed written correspondence explaining the nature of the motions and relief sought;
    b. Providing draft copies of all proposed filings for counsel's review;
    c. Allowing reasonable time for counsel to respond given the time constraints; and
    d. Expressing willingness to discuss the matter if counsel had concerns.
9. I am proceeding pro se as an indigent, federally recognized trafficking victim. I do not have the resources to make multiple follow-up attempts or to delay filing while awaiting a response, particularly given that Defendants' response to the Complaint is due March 25, 2025.
10. The relief I seek—permission to proceed without paying fees due to indigence and appointment of counsel for a judicially-recognized federal crime victim—does not prejudice Defendants' substantive rights and is the type of relief courts routinely grant in exceptional circumstances.
11. I believe I have satisfied the meet and confer requirement of Local Rule 7-3 by making good faith efforts to obtain Defendants' position prior to filing, even though I did not receive a response.
12. If counsel for Defendant Ventura wishes to respond after the filing of these motions, I am willing to participate in any further meet and confer process the Court deems appropriate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1    Executed on February 24, 2026, at Carteret, New Jersey.
2
3                                           *Clayton Howard*
4                                           CLAYTON HOWARD
5                                           Plaintiff Pro Se
6
7    EXHIBIT A: Email to Defendants' Counsel dated February 18, 2025
8    EXHIIBIT B: Email response from Lilah Cook on behalf of all Defendants with connection to
9    Defendant Combs

# EXHIBIT A:

Email to Defendants' Counsel dated February 13, 2025

2/24/26, 2:24 PM  Case 2:25-cv-06031-AH-JPR   Document 78   Filed 02/24/26   Page 5 of 10   Page ID
#:1298
Gmail - (no subject)



Clayton Howard <itsclaytonhoward@gmail.com>

## (no subject)

**Clayton Howard** <itsclaytonhoward@gmail.com>  Fri, Feb 13, 2026 at 1:00 PM
To: Lilah Cook <cook@schonbuchhallissy.com>
Cc: Kinji Hithe Baker <Baker@schonbuchhallissy.com>, "Adam R. Rahman" <arr@jddavispc.com>, Yvett Espinoza <espinoza@schonbuchhallissy.com>, David Russell <dcr@jddavispc.com>, Jonathan Davis <jdd@jddavispc.com>, Michael Schonbuch <schonbuch@schonbuchhallissy.com>, Melodie Han <mhan@wigdorlaw.com>

Dear Counsel for Defendants:

I write pursuant to Local Rule 7-3 to meet and confer regarding my intent to file an Ex Parte Application for Expedited Consideration of: (1) an Application to Proceed In Forma Pauperis; and (2) a Motion for Appointment of Counsel.

BACKGROUND

As you are aware, I am the plaintiff in the above-captioned matter, proceeding pro se. I am a federally recognized victim of sex trafficking, identified as Victim-2 in *United States v. Sean Comb*s, Case No. 24-cr-542 (AS) (S.D.N.Y.). My victim status has been expressly recognized by United States District Judge Arun Subramanian, who presided over the criminal trial that resulted in Mr. Combs's conviction. See Dkt. 638 at 1 (S.D.N.Y. Jan. 28, 2026).

REQUESTED RELIEF

I intend to seek the following relief from the Court:

1. Permission to proceed in forma pauperis under 28 U.S.C. § 1915, with waiver of all filing fees and costs; and

2. Appointment of pro bono counsel under 28 U.S.C. § 1915(e)(1) and 18 U.S.C. § 3771 (Crime Victims' Rights Act).

REASON FOR EXPEDITED CONSIDERATION

I respectfully request expedited consideration because your clients' response to the Complaint is due March 25, 2025—the same date as the Court's next regular motion calendar. Without counsel appointed before that deadline, I will be required to respond pro se to what I anticipate will be sophisticated motions to dismiss raising complex legal defenses.

As a federally recognized trafficking victim under the CVRA, I have a statutory right to "proceedings free from unreasonable delay." 18 U.S.C. § 3771(a)(8). I am a full-time law student but am not yet a lawyer, and the complexity of federal RICO and trafficking litigation exceeds my ability to competently represent myself, particularly against well-resourced defense teams.

MEET AND CONFER REQUEST

Pursuant to Local Rule 7-3, I respectfully request your position on these motions. I recognize that:

1. The IFP application is a ministerial matter between the Court and me based on my financial circumstances;

2. Appointment of counsel for an indigent, judicially-recognized trafficking victim does not prejudice your clients' substantive rights;

3. Federal policy under the CVRA and TVPA strongly favors providing legal assistance to trafficking victims; and

4. Courts routinely grant such relief in exceptional circumstances, which clearly exist here given Judge Subramanian's express judicial recognition of my victim status.

I do not anticipate you will oppose these motions, but I am required to meet and confer before filing. If you do not oppose or take no position, please confirm by reply email. If you do oppose, please provide your reasons so I may address them in my moving papers.

REQUESTED RESPONSE TIMELINE

Given the time constraints created by the March 25 deadline, I respectfully request your response by Tuesday, February 17, 2026, 5:00 PM PST. If I do not receive a response by that time, I will proceed with filing the motions and will represent to the Court that I made good faith efforts to meet and confer but did not receive a timely response.

I have attached draft copies of the proposed motions with intended exhibit for your review.

CONCLUSION

I hope we can resolve this matter cooperatively. Appointing counsel will ensure more efficient litigation for all parties and is consistent with federal policy protecting trafficking victims. I appreciate your prompt attention to this request.

Please feel free to contact me at the phone number or email address below if you wish to discuss this matter.

Respectfully,

Clayton Howard
Plaintiff Pro Se
 (929) 781-7791
itsclaytonhoward@gmail.com


ATTACHMENTS:
- Ex Parte Application for Expedited Consideration (DRAFT)
- Notice of Motion (DRAFT)
- Memorandum of Points and Authorities (DRAFT)
- Declaration in Support
- proposed Order
-Sentencing memorandum Dkt 516 24-cr-542(AS) USA v Sean Combs
-Order of Hon Arun Subramanian Jan 28, 2026 Dkt 638
- Pro bono and Prosecutor misconduct timeline
- Termination of Tyrone A Blackburn
- Bank records

**11 attachments**

2/24/26, 2:24 PM                                    Gmail - (no subject)
Case 2:25-cv-06031-AH-JPR    Document 78    Filed 02/24/26    Page 7 of 10    Page ID
                                           #:1300

- 📄 **00_Ex_Parte_Application_Expedited_Consideration (1).docx**
  19K
- 📄 **01_Notice_of_Motion.docx**
  15K
- 📄 **02_Memorandum_Points_Authorities.docx**
  27K
- 📄 **04_Declaration_Clayton_Howard.docx**
  47K
- 📄 **03_Proposed_Order.docx**
  15K
- 📄 **Exhibit A Sentencing Memorandum Dkt 516.pdf**
  1451K
- 📄 **Exhbit B Order Subramanian 1 30 2026.pdf**
  244K
- 📄 **Exhibit C Pro Bono Attorney Misconduct Timeline.pdf**
  188K
- 📄 **Exhibit D Termination of Blackburn.pdf**
  209K
- 📄 **Exhibit E Navy Fed Statements.pdf**
  18715K
- 📄 **CV-060 Fee wavier Complete.pdf**
  88K

# EXHIIBIT B:

Email response from Lilah Cook on behalf of all Defendants with connection to Defendant Combs



Clayton Howard <itsclaytonhoward@gmail.com>

## 3324.018 - Howard vs. Combs, et al. - 2:25-cv-06031-AH-JPR

**Lilah Cook** <Cook@schonbuchhallissy.com>  Tue, Feb 17, 2026 at 10:05 PM
To: Clayton Howard <itsclaytonhoward@gmail.com>
Cc: Michael Schonbuch <schonbuch@schonbuchhallissy.com>, Yvett Espinoza <espinoza@schonbuchhallissy.com>, Kinji Hithe Baker <Baker@schonbuchhallissy.com>, Jonathan Davis <jdd@jddavispc.com>, David Russell <dcr@jddavispc.com>, "Adam R. Rahman" <arr@jddavispc.com>

Dear Mr. Howard:

It was a pleasure speaking with you via Zoom today to clarify some of the issues in this matter. I appreciate your time.

As discussed on our call, this email confirms that we do not represent Bad Boy Records LLC and, therefore, cannot accept service on its behalf nor can we sign any document (such as a stipulation) on its behalf.

This email also confirms that we take no position on your proposed motion for *in forma pauperis* status and/or the appointment of counsel.

We also discussed our respective positions on other topics, including Bad Boy Entertainment, as well as the potential for dismissal of my clients after you have time to think it through. We agreed that you will follow up with me at a later time. Thank you again for taking the time to speak with me and for helping to address the parties' concerns.

If you have any questions or concerns, please do not hesitate to contact us.

Thank you and I hope you have a great rest of your week.

Sincerely,

Lilah Cook



**Lilah N. Cook, Esq.**

Associate Attorney

**SCHONBUCH HALLISSY LLP**

11999 San Vicente Boulevard, Suite 300

Los Angeles, California 90049
Phone:
Direct:

Web: https://schonbuchhallissy.com

Case 2:25-cv-06031-AH-JPR   Document 78   Filed 02/24/26   Page 10 of 10   Page ID #:1303

2/24/26, 2:22 PM                Gmail - 3324.018 - Howard vs. Combs, et al. - 2:25-cv-06031-AH-JPR

**PLEASE NOTE OUR NEW FIRM NAME AND CONTACT INFORMATION**

PRIVILEGE AND CONFIDENTIALITY NOTICE: This email may contain confidential and privileged information. If you are not the intended recipient, any unauthorized review, use, dissemination, distribution, downloading, forwarding, and/or copying of this email and its attachments is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify me by calling (310) 556-7900. Thank you.



image001.jpg
22K