Clayton Howard

24 Orchard Street

Carteret, New Jersey 07008

(929)781-7791

itsclaytonhoward@gmail.com

FILED
CLERK, U.S. DISTRICT COURT
3/7/26
CENTRAL DISTRICT OF CALIFORNIA
BY ___CS___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON HOWARD,<br>*Plaintiff,*<br><br>v.<br><br>SEAN COMBS,<br>CASSANDRA VENTURA,<br>BAD BOY ENTERTAINMENT LLC, and<br>CEOP CO, LLC (f/k/a Combs Enterprises LLC),<br>*Defendants.* | Case No.: 2:25-cv-06031-AH(JPRx)<br><br>PLAINTIFF'S NOTICE OF FILING FOURTH AMENDED COMPLAINT PURSUANT TO COURT ORDER (DKT. NO. 72)<br><br>Hon. Anne Hwang, U.S. District Judge<br>Magistrate Judge: Hon. Jean P. Rosenbluth |

TO THE COURT, ALL PARTIES, AND THE CLERK OF COURT:

PLEASE TAKE NOTICE that Plaintiff Clayton Howard, proceeding pro se, hereby files his Fourth Amended Complaint ("4AC") pursuant to the Court's Order dated March 3, 2026 (Dkt. No. 72), which discharged the Order to Show Cause (Dkt. No. 68) and granted Plaintiff leave to amend solely to correct the name of Defendant "Bad Boy Records" to its proper legal name, "Bad Boy Entertainment LLC." Concurrently with this Notice and the 4AC, Plaintiff is also

filing a RICO Case Statement in support of his civil RICO claim alleged under 18 U.S.C. § 1962(c), which was not filed at the time of prior amended complaints. Plaintiff submits the RICO Case Statement proactively and in the interest of full compliance with this Court's standing orders and the procedural requirements governing civil RICO actions in this District, and to ensure that no deficiency on that issue arises as this litigation proceeds.

## I. CORRECTIONS MADE IN THE FOURTH AMENDED COMPLAINT

In accordance with the Court's Order (Dkt. No. 72), Plaintiff has made the following corrections in the Fourth Amended Complaint:

1. Defendant Name Correction (Court-Ordered).  All references to "Bad Boy Records" throughout the complaint have been corrected to "Bad Boy Entertainment LLC," consistent with the entity's proper legal name as acknowledged in Plaintiff's Response (Dkt. No. 71) and authorized by the Court's Order (Dkt. No. 72).
2. Caption Correction.  The caption on the face of the complaint now reflects the corrected defendant name "Bad Boy Entertainment LLC" in all locations where the prior name appeared.
3. Typographical Correction.  Plaintiff has also corrected an incomplete sentence in paragraph 62, which previously terminated without substantive content due to a clerical drafting error. No new claims, causes of action, parties, or factual allegations beyond those previously pleaded have been added. The 4AC does not expand the scope of the action beyond the amendments expressly authorized by the Court.

## II. PLAINTIFF'S RESPONSE TO THE COURT'S ADMONISHMENT AND COMMITMENT TO COMPLIANCE WITH LOCAL RULES AND COURT DIRECTIVES

Plaintiff respectfully acknowledges the Court's admonishment regarding (1) the delay in informing the Court of the incorrectly named Defendant, and (2) the failure to seek leave to amend through a properly noticed motion under Local Rule 7 and this Court's Standing Order. Plaintiff does not take the Court's admonishment lightly and submits the following in the interest of candor and full transparency.

Plaintiff Clayton Howard appears in this action pro se — without the assistance of licensed counsel and without a law degree. Plaintiff is currently enrolled in a legal studies program within

the State of New Jersey in pursuit of a JD, but has not yet completed that program and does not hold a juris doctor or any professional legal credential. Plaintiff's legal knowledge has been developed through self-study, practical experience as a pro se litigant across multiple jurisdictions, and coursework in progress. While Plaintiff has endeavored to conduct himself in compliance with the Federal Rules of Civil Procedure and the Local Rules of this Court, he respectfully acknowledges that, as a non-attorney litigant without formal legal training, procedural missteps may at times occur despite his good-faith efforts to avoid them.

With respect to the delay in reporting the defendant name error: Plaintiff became aware that the correct entity name was "Bad Boy Entertainment LLC" as early as December 9, 2025. The delay in notifying the Court was not a deliberate act of concealment or neglect, but rather a reflection of Plaintiff's limited familiarity at the time with the procedural obligation to promptly notify the Court of clerical errors of this nature. Plaintiff understands from the Court's Order that such notification — and any accompanying request for leave — must be made promptly and through proper motion practice, and commits to doing so in all future filings.

With respect to the motion practice admonishment: Plaintiff acknowledges that his request for leave to amend was presented informally rather than through a properly noticed motion complying with Local Rule 7 and the Court's Standing Order. Plaintiff is actively studying those requirements and has reviewed this Court's Standing Order in preparation for this filing. Going forward, Plaintiff will present all requests for Court relief by properly noticed motion, filed and served in the time and manner required by the Local Rules and this Court's Standing Order. Plaintiff respectfully asks the Court to consider his pro se status and good-faith commitment to compliance in evaluating any future procedural imperfections, consistent with the liberal construction afforded to pro se filings. See *Haines v. Kerner*, 404 U.S. 519, 520 (1972); *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

Plaintiff is diligently prosecuting this action to the best of his current abilities and is committed to complying fully with all Court directives, Local Rules, and standing orders as this litigation proceeds.

### III.  CONCURRENT FILING OF RICO CASE STATEMENT

Plaintiff further notifies the Court that, concurrently with this Notice and the Fourth Amended Complaint, Plaintiff is filing a RICO Case Statement addressing his claim under 18 U.S.C. § 1962(c). Plaintiff acknowledges that no RICO Case Statement was filed at the time of prior

amended complaints in this action. That omission was not intentional, but reflects Plaintiff's status as a pro se litigant without a law degree who was not aware, at the time of earlier filings, that civil RICO actions in this District — and before many individual judges in this Court — are governed by standing orders and local practice requiring the submission of a RICO Case Statement concurrent with or shortly after the filing of the complaint.

Upon reviewing this Court's procedures and the standard practice for civil RICO pleading in the Central District of California in connection with the preparation of the Fourth Amended Complaint, Plaintiff identified this omission and determined that proactive correction was warranted. Rather than wait for the Court or opposing parties to raise the absence of a RICO Case Statement as a deficiency — which could result in further motion practice, additional delay, or grounds for dismissal of the RICO count — Plaintiff has prepared and is filing a RICO Case Statement simultaneously with the 4AC.

The RICO Case Statement addresses all elements required under standard Central District civil RICO practice, including: (1) the statutory provision alleged (18 U.S.C. § 1962(c)); (2) the identity and alleged misconduct of each defendant; (3) the alleged victims and their injuries; (4) the predicate acts constituting the pattern of racketeering activity, with dates, participants, and descriptions; (5) the nature and structure of the alleged enterprise; (6) the enterprise's effect on interstate commerce; (7) the causal relationship between the RICO violation and Plaintiff's injury; and (8) the damages sought. Plaintiff respectfully submits that concurrent filing of the RICO Case Statement with the 4AC constitutes full compliance with applicable practice requirements and cures the prior omission.

Plaintiff requests that the Court accept the RICO Case Statement as properly and timely filed in connection with the Fourth Amended Complaint, which is the operative pleading, and that the Court take note of Plaintiff's good-faith effort to identify and correct this procedural gap without prompting.

## IV.   COMPLIANCE WITH COURT'S DEADLINES

a. This Notice and the Fourth Amended Complaint are filed within fourteen (14) days of the Court's March 3, 2026 Order, in strict compliance with the deadline established by Dkt. No. 72.

      b. Proof of service as to Defendant Bad Boy Entertainment LLC will be filed within thirty (30) days of the filing of this Fourth Amended Complaint, consistent with the Court's Order.

## V. SERVICE STATUS OF ALL DEFENDANTS

For the Court's reference, the current service status of all defendants as of the date of this filing is as follows:

(1) Sean Combs — Previously served. Awaiting appearance or further Court direction.

(2) Cassandra Ventura — Previously served. Awaiting appearance or further Court direction.

(3) Bad Boy Entertainment LLC — Not yet served under the corrected name. Plaintiff will effect service and file proof of service within thirty (30) days of this filing pursuant to Dkt. No. 72.

(4) CeOpco, LLC (f/k/a Combs Enterprises LLC) — Previously served. Awaiting appearance or further Court direction.

## VI. CONCLUSION

Plaintiff respectfully requests that the Court accept the Fourth Amended Complaint and the concurrently filed RICO Case Statement as the operative pleading and required supplemental statement in this action. Plaintiff remains committed to the diligent and good-faith prosecution of this matter and to compliance with all applicable rules and Court directives to the fullest extent of his ability as a pro se litigant.

Dated: March 9, 2026

Respectfully submitted,

*Clayton Howard*
_____
Clayton Howard,
Plaintiff Pro Se
24 Orchard Street
Carteret, New Jersey 07008
Telephone: (929) 781-7791
Email: itsclaytonhoward@gmail.com

CERTIFICATE OF SERVICE

I, Clayton Howard, hereby certify pursuant to 28 U.S.C. § 1746 that on March 9, 2026, I served a true and correct copy of the foregoing Notice of Filing Fourth Amended Complaint, together with the Fourth Amended Complaint, upon all parties who have appeared in this action via electronic mail and by electronic service through the Court's CM/ECF system to all registered users.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Clayton Howard*

Clayton Howard

Dated: March 9, 2026

Carteret, New Jersey