| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | FILED |
|---|---|
| Clayton Howard<br>24 Orchard Street<br>Carteret, New Jersey 07008<br>(929)781-7791<br>itsclaytonhoward@gmail.com | CLERK, U.S. DISTRICT COURT<br>3/7/26<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY____CS____DEPUTY<br>DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM |

ATTORNEY(S) FOR: Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CLAYTON HOWARD | CASE NUMBER: |
|---|---|
| Plaintiff(s), | CV25-06031-AH(JPRx) |
| v. | |
| SEAN COMBS, et al., | CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
| Defendant(s) | |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for     CLAYTON HOWARD
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| SEAN COMBS | DEFENDANT |
| CASANDRA VENTURA | DEFENDANT |
| BAD BOY ENTERTAINMENT, L.L.C. | DEFENDANT |
| CEOPCO, L.L.C | DEFENDANT |

March 9, 2026                                           *Clayton Howard*
Date                                                    Signature

Attorney of record for (or name of party appearing in pro per):

Clayton Howard

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES