Michael Schonbuch (Bar No. 150884)
schonbuch@schonbuchhallissy.com
Lilah N. Cook (Bar No. 350775)
cook@schonbuchhallissy.com
SCHONBUCH HALLISSY LLP
11999 San Vicente Boulevard
Suite 300
Los Angeles, CA 90049
Tel.: (310) 556-7900
*Attorneys for Defendant Sean Combs,
CeOpco, LLC, and Bad Boy Entertainment
LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| CLAYTON HOWARD,<br><br>    Plaintiff,<br><br>  v.<br><br>SEAN COMBS, CASANDRA VENTURA, BAD BOY ENTERTAINMENT LLC, and CEOPCO, LLC,<br><br>    Defendants. | Case No. 2:25-cv-6031-AH-JPRx<br><br>**DECLARATION OF LILAH N. COOK IN SUPPORT OF JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FOURTH AMENDED COMPLAINT**<br><br>Fourth Amended Complaint Served: March 7, 2026 (for Defendants Sean Combs, Casandra Ventura, and CeOpco, LLC)<br>March 17, 2026 (for Defendant Bad Boy Entertainment LLC)<br><br>Current Response Date:<br>March 25, 2026 (for Defendants Sean Combs, Casandra Ventura, and CeOpco, LLC)<br>May 18, 2026 (for Defendant Bad Boy Entertainment LLC)<br><br>New Response Date:<br>May 1, 2026 (for all Defendants) |

DECLARATION OF LILAH N. COOK IN SUPPORT OF JOINT STIPULATION TO
EXTEND TIME TO RESPOND TO FOURTH AMENDED COMPLAINT

**<u>DECLARATION OF LILAH N. COOK</u>**

I, Lilah N. Cook, hereby declare as follows:

1.  I am an attorney duly licensed to practice before this Court and all the courts in the State of California and am an associate with the law firm of Schonbuch Hallissy LLP, attorneys of record herein for Defendants Sean Combs ("<u>Mr. Combs</u>"), CeOpco, LLC d/b/a Combs Global and f/k/a Combs Enterprises, LLC ("<u>CeOpco</u>"), and Bad Boy Entertainment LLC ("<u>BBE</u>").

2.  I am sufficiently familiar with the facts set forth herein to competently testify to them if required to do so.

3.  This Declaration is made in support of the joint stipulation between Plaintiff Clayton Howard ("<u>Plaintiff</u>"), Mr. Combs, CeOpco, BBE, and Defendant Casandra Ventura ("<u>Ms. Ventura</u>," and collectively with Mr. Combs, CeOpco, and BBE, "<u>Defendants</u>") seeking an order to extend Mr. Combs, Ms. Ventura, and CeOpco's time to respond to the Fourth Amended Complaint, and reducing BBE's time to respond to the Fourth Amended Complaint so that all Defendants' response deadlines align.

4.  On June 30, 2025, Plaintiff commenced an action in this Court, captioned *Howard v. Combs*, Case No. 25-cv-6031 (the "<u>Action</u>").

5.  Plaintiff filed the First Amended Complaint on June 30, 2025 and the Second Amended Complaint on October 8, 2025.

6.  On December 15, 2025, the Court granted Plaintiff leave to file the Third Amended Complaint, which Plaintiff did on December 16, 2025.

7.  On February 6, 2026, the Court issued an order to show cause to Plaintiff as to why the Action should not be dismissed as to Defendant Bad Boy Records, who had yet to be served in the Action.

DECLARATION OF LILAH N. COOK IN SUPPORT OF JOINT STIPULATION TO
EXTEND TIME TO RESPOND TO FOURTH AMENDED COMPLAINT

8. On February 19, 2026, Plaintiff responded to the order to show cause, asserting that he made a clerical error in naming Bad Boy Records as a Defendant and requesting leave to substitute Bad Boy Records with BBE.

9. On March 3, 2026, the Court discharged its order to show cause and granted Plaintiff leave to file an amended complaint substituting BEE for Bad Boy Records as a Defendant in the Action.

10. On March 7, 2026, Plaintiff filed the Fourth Amended Complaint.

11. On March 16, 2026, counsel for Mr. Combs and CeOpco contacted Plaintiff and counsel for Ms. Ventura to request from Plaintiff that, in return for BBE waiving service of the Fourth Amended Complaint, he agree to align Mr. Combs and CeOpco's deadlines to respond to the Fourth Amended Complaint with BBE's for purposes of efficiency and to avoid duplicative briefing.

12. After further discussions between Plaintiff, counsel for Mr. Combs and CeOpco, and counsel for Ms. Ventura, Plaintiff agreed that, in return for BBE's waiver of service, he would consent to extending Mr. Combs, Ms. Ventura, and CeOpco's deadlines to respond to the Fourth Amended Complaint to May 1, 2026.

13. On March 17, 2026, BBE waived service of the Fourth Amended Complaint by executing a waiver of service.

14. Mr. Combs, Ms. Ventura, and CeOpco's current deadline to respond to the Fourth Amended Complaint is March 25, 2026. BBE's current deadline to respond to the Fourth Amended Complaint is May 18, 2026.

15. Should the Court deny the joint stipulation, Defendants will be forced to respond to the Fourth Amended Complaint at different times, which, especially for Mr. Combs, CeOpco, and BBE—who are all represented by the same counsel—will duplicate the Parties' costs in briefing more motions to dismiss than necessary, impede Defendants' ability to coordinate their litigation, and reduce the efficiency with which this Action proceeds.

DECLARATION OF LILAH N. COOK IN SUPPORT OF JOINT STIPULATION TO
EXTEND TIME TO RESPOND TO FOURTH AMENDED COMPLAINT

16. The request of Mr. Combs, CeOpco, and BBE, joined by Plaintiff and Ms. Ventura, is not for purposes of delay or any other improper purpose, but to move the Action forward efficiently, while preserving the resources of the Court and all Parties.

17. Mr. Combs and CeOpco have made efforts to meet their existing deadlines and, if necessary, are prepared to respond to the Fourth Amended Complaint by March 25, 2026. These efforts highlight that Plaintiff and Defendants' request is not for purposes of delay, but instead driven from a genuine desire to streamline the Action.

18. The joint stipulation is the first request by Plaintiff, Mr. Combs, Ms. Ventura, and CeOpco to extend the time to respond to the Fourth Amended Complaint. They previously requested an extension of time to respond to the Third Amended Complaint for similar reasons of efficiency and reduction of costs.

19. The joint stipulation is BBE's first request for an adjustment of its time to respond to any operative complaint.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated: March 18, 2026

SCHONBUCH HALLISSY LLP

*/s/ Lilah N. Cook*

_____

Lilah N. Cook

*Attorneys for Defendants Sean Combs, CeOpco, LLC, and Bad Boy Entertainment LLC*

DECLARATION OF LILAH N. COOK IN SUPPORT OF JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FOURTH AMENDED COMPLAINT