UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CLAYTON HOWARD,<br><br>        Plaintiff,<br><br>        v.<br><br>SEAN COMBS, CASANDRA VENTURA, BAD BOY ENTERTAINMENT LLC, and CEOPCO, LLC,<br><br>        Defendants. | Case No. 2:25-cv-6031-AH-JPRx<br><br>**ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO FOURTH AMENDED COMPLAINT   [83]** |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the Joint Stipulation extending the time for Defendants Sean Combs, Casandra Ventura, and CeOpco, LLC d/b/a Combs Global and f/k/a Combs Enterprises, LLC to respond to Plaintiff Clayton Howard's Fourth Amended Complaint, and reducing Defendant Bad Boy Entertainment LLC's time to respond to the Fourth Amended Complaint, is APPROVED. Defendants must answer, move, or otherwise respond to Plaintiff's Complaint by **May 1, 2026**.

IT IS SO ORDERED.

Dated: MARCH 19, 2026

_____
Hon. Anne Hwang
United States District Judge

ORDER EXTENDING DEFENDANTS' TIME TO
RESPOND TO FOURTH AMENDED COMPLAINT