## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CLAYTON HOWARD

PLAINTIFF(S),

v.

SEAN COMBS, et al.

DEFENDANT(S).

CASE NUMBER:

2:25−cv−06031−AH−JPR

### NOTICE OF REASSIGNMENT
### OF CASE DUE TO UNAVAILABILITY
### OF JUDICIAL OFFICER

To:  All Counsel Appearing of Record

The Magistrate Judge to whom the above−entitled case was previously assigned is no longer available.

YOU ARE HEREBY NOTIFIED that, pursuant to directive of the Chief U. S. District Judge/Magistrate Judge and in accordance with the rules of this Court, the above−entitled case has been returned to the Clerk for direct reassignment.

Accordingly, this case has been reassigned to:

Hon. ___Diana M. Kwok___, Magistrate Judge for:

any discovery and/or post−judgment matters that may be referred

Please substitute the initials of the newly assigned Magistrate Judge so that the new case number will read: ___2:25−cv−06031−AH(DMKx)___. This is very important because documents are routed by the initials.

Clerk, U.S. District Court

_March 24, 2026_
Date

By: _/s/ Nancy Hackney_
Deputy Clerk

G−74 (04/14) NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER