Michael Schonbuch (Bar No. 150884)
schonbuch@schonbuchhallissy.com
Lilah N. Cook (Bar No. 350775)
cook@schonbuchhallissy.com
SCHONBUCH HALLISSY LLP
11999 San Vicente Boulevard, Suite 300
Los Angeles, CA 90049
Tel.: (310) 556-7900
*Attorneys for Defendants Sean Combs,
CeOpco, LLC, and
Bad Boy Entertainment LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| CLAYTON HOWARD,<br><br>                    Plaintiff,<br><br>        v.<br><br>SEAN COMBS, CASANDRA VENTURA, BAD BOY ENTERTAINMENT, LLC, and CEOPCO, LLC,<br><br>                    Defendants. | Case No. 2:25-cv-6031-AH-DMKx<br><br>**DECLARATION OF LILAH N. COOK IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Hearing Date: July 15, 2026<br>Time: 1:30 p.m.<br>Judge: Hon. Anne Hwang<br>Courtroom: 9C |

DECLARATION OF LILAH N. COOK IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS THE FOURTH AMENDED COMPLAINT

I, Lilah N. Cook, declare as follows:

1.  I am an attorney duly licensed to practice before this Court and all other courts of the State of California.  I am an associate with the law firm SCHONBUCH HALLISSY LLP, attorneys of records for Defendants ("Mr. Combs"), CeOpco, LLC f/k/a Combs Enterprises LLC and d/b/a Combs Global ("CeOpco"), and Bad Boy Entertainment LLC ("BBE," and together with CeOpco, the "Corporate Defendants").

2.  I make this declaration in support of Defendants' Motion to Dismiss ("Motion") the Fourth Amended Complaint ("FAC").  I am aware of the facts stated herein of my own knowledge and, if called to testify thereto, I could and would competently so testify.

3.  Pursuant to L.R. 7-3, on April 24, 2026, I participated in a Zoom call in which I met with Plaintiff Clayton Howard ("Plaintiff") and conferred regarding Defendants' planned Motion, including the inability of Plaintiff to assert claims under criminal statutes, the untimeliness of certain claims, BBE's lack of liability because it does not own or otherwise control Bad Boy Records, and the general failure of the FAC to assert any claims against Defendants.

4.  Mr. Howard and I further met and conferred to discuss our positions regarding the legal propriety of the FAC via Zoom and telephone calls on April 30, 2026.  We were unable to reach an agreement regarding the legal propriety of the FAC.

I declare under penalty of perjury according to the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated:  May 1, 2026                                   */s/ Lilah N. Cook*

                                                      _____
                                                                  Lilah N. Cook

1
DECLARATION OF LILAH N. COOK IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS THE FOURTH AMENDED COMPLAINT