**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLAYTON HOWARD,<br><br>                Plaintiff,<br><br>    v.<br><br>SEAN COMBS, CASANDRA VENTURA, BAD BOY ENTERTAINMENT, LLC, and CEOPCO, LLC,<br><br>                Defendants. | Case No.: 2:25-cv-6031-AH-DMKx<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS [DKT. NO. 88]** |

On May 1, 2026, Sean Combs, CeOpco, LLC f/k/a Combs Enterprises LLC and d/b/a Combs Global, and Bad Boy Entertainment LLC  moved to dismiss Plaintiff Clayton Howard's Fourth Amended Complaint for the following reasons: (1) expiration of the applicable statutes of limitations; and (2) failure to state a claim upon which relief can be granted.

The Court, having considered Defendants' Motion to Dismiss and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1. Plaintiff's Fourth Amended Complaint is dismissed with prejudice.

IT IS SO ORDERED.

Dated: _____          _____

ANNE HWANG

United States District Judge