Melodie Han
Douglas H. Wigdor (*pro hac vice forthcoming*)
Meredith A. Firetog (*pro hac vice forthcoming*)
mhan@wigdorlaw.com
dwigdor@wigdorlaw.com
mfiretog@wigdorlaw.com
WIGDOR LLP
85 Fifth Avenue, Floor 5
New York, NY 10003
Tel. (212) 257-6800
Fax. (212) 257-6845

*Counsel for Defendant Casandra Ventura*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CLAYTON HOWARD,<br><br>Plaintiff,<br><br>v.<br><br>SEAN COMBS, CASANDRA VENTURA, BAD BOY ENTERTAINMENT, L.L.C., CEOPCO, L.L.C.<br><br>Defendants. | **Case No. 2:25-cv-6031-AH-JPR**<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S FOURTH AMENDED COMPLAINT OR, IN THE ALTERNATIVE, TO TRANSFER VENUE**<br><br>Action Filed: 6/30/2025<br><br>Hearing: 07/15/2026<br>Time: 10:00 am |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** that on July 15, 2026 at 1:30 P.M., or as soon thereafter as this matter may be heard, Defendant Casandra Ventura ("Ms. Ventura") will respectfully move for an order dismissing Plaintiff's Fourth Amended Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

This Motion will be heard in the Courtroom of the Honorable Anne Hwang for the United States District Court in the Central District of California, located at First Street U.S. Courthouse, Courtroom 9C, Los Angeles, CA 90012. This Motion is based on this Notice of Motion, the Memorandum of Law in Support, the Declaration of Casandra Ventura and the Proposed Order.

Dated: May 1, 2026                    Respectfully submitted,


By: _____

Melodie Han
Douglas Wigdor (*pro hac vice forthcoming*)
Meredith Firetog (*pro hac vice forthcoming*)
WIGDOR LLP
85 Fifth Avenue, Fifth Floor
New York, NY 10003
Telephone: (212) 257-6800
mhan@wigdorlaw.com
dwigdor@wigdorlaw.com
mfiretog@wigdorlaw.com

*Counsel for Defendant Casandra Ventura*

NOTICE OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE