Melodie Han
Douglas H. Wigdor (*pro hac vice forthcoming*)
Meredith A. Firetog (*pro hac vice forthcoming*)
mhan@wigdorlaw.com
dwigdor@wigdorlaw.com
mfiretog@wigdorlaw.com
WIGDOR LLP
85 Fifth Avenue, Floor 5
New York, NY 10003
Tel. (212) 257-6800
Fax. (212) 257-6845

*Counsel for Defendant Casandra Ventura*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CLAYTON HOWARD,<br><br>Plaintiff,<br><br>v.<br><br>SEAN COMBS, CASANDRA VENTURA, BAD BOY ENTERTAINMENT, L.L.C., CEOPCO, L.L.C.<br><br>Defendants. | **Case No. 2:25-cv-6031-AH-JPR**<br><br>**DECLARATION OF CASANDRA VENTURA IN SUPPORT OF HER MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO <u>TRANSFER VENUE</u>**<br><br>Action Filed: 6/30/2025 |

I, **Casandra Ventura,** pursuant to 28 U.S.C. 1746, declare and state as follows:

1.    I am one of the defendants named in the above reference action.

2.    I am a citizen of the United States.

3.    I am not a resident of the State of California.

4.    I reside outside of the United States.

5.    I do not intend to move back to the United States.

6.    If this case were to proceed, it would be significantly more convenient for purposes of participation in the case to travel to New York, where my lawyers are, than to California, where no parties to this action reside.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: May 1, 2026                          Respectfully submitted,

DocuSigned by:

_____
E426G7A7B6F54EE...

Casandra Ventura

- 2 -
DECLARATION OF CASANDRA VENTURA