Melodie Han
Douglas H. Wigdor (*pro hac vice forthcoming*)
Meredith A. Firetog (*pro hac vice forthcoming*)
mhan@wigdorlaw.com
dwigdor@wigdorlaw.com
mfiretog@wigdorlaw.com
WIGDOR LLP
85 Fifth Avenue, Floor 5
New York, NY 10003
Tel. (212) 257-6800
Fax. (212) 257-6845

*Counsel for Defendant Casandra Ventura*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CLAYTON HOWARD,<br><br>Plaintiff,<br><br>v.<br><br>SEAN COMBS, CASANDRA VENTURA, BAD BOY ENTERTAINMENT, L.L.C., CEOPCO, L.L.C.<br><br>Defendants. | **Case No. 2:25-cv-6031-AH-JPR**<br><br>**[PROPOSED] ORDER DISMISSING PLAINTIFF'S FOURTH AMENDED COMPLAINT**<br><br>Action Filed: 6/30/2025<br><br>Hearing: 07/15/2026<br>Time: 10:00 am |

On May 1, 2026, Defendant Casandra Ventura ("Ms. Ventura") moved to dismiss Plaintiff's Fourth Amended Complaint pursuant to Fed. R. Civ. Proc. 12(b)(6).

The Court, having considered Ms. Ventura's Motion to Dismiss and finding good cause therefor, hereby GRANTS the Motion and **ORDERS** as follows:

1. Plaintiff's Fourth Amended Complaint is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated: _____

Hon. Anne Hwang

[PROPOSED] ORDER