Michael Schonbuch (Bar No. 150884)
schonbuch@schonbuchhallissy.com
Lilah N. Cook (Bar No. 350775)
cook@schonbuchhallissy.com
SCHONBUCH HALLISSY LLP
11999 San Vicente Boulevard, Suite 300
Los Angeles, CA 90049
Tel.: (310) 556-7900
*Attorneys for Defendants Sean Combs,
CeOpco, LLC, and
Bad Boy Entertainment LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CLAYTON HOWARD,<br><br>             Plaintiff,<br><br>    v.<br><br>SEAN COMBS, CASANDRA VENTURA, BAD BOY ENTERTAINMENT, LLC, and CEOPCO, LLC,<br><br>             Defendants. | Case No. 2:25-cv-6031-AH-DMKx<br><br>**DEMAND FOR JURY TRIAL BY DEFENDANTS SEAN COMBS, CEOPCO, LLC, AND BAD BOY ENTERTAINMENT LLC** |

Pursuant to Fed. R. Civ. P. 38 and 81, and L.R. 38-2, Defendants Sean Combs, CeOpco, LLC, and Bad Boy Entertainment LLC hereby demand a jury trial in this action.

Dated:  May 14, 2026

SCHONBUCH HALLISSY LLP

*/s/ Lilah N. Cook*

_____

Michael Schonbuch
Lilah N. Cook
*Attorneys for Defendants Sean Combs, CeOpco, LLC, and*
*Bad Boy Entertainment LLC*

DEMAND FOR JURY TRIAL BY DEFENDANTS SEAN COMBS, CEOPCO, LLC, AND BAD BOY ENTERTAINMENT LLC