**Clayton Howard**

24 Orchard Street

Carteret, New Jersey 07008

(929) 781-7791

itsclaytonhoward@gmail.com

FILED

CLERK, U.S. DISTRICT COURT

5/21/2026

CENTRAL DISTRICT OF CALIFORNIA

BY _____ jji _____ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

|  |  |
|---|---|
| CLAYTON HOWARD, | **Case No. 2:25-cv-06031-AH-DMKx** |
| Plaintiff, | |
| v. | |
| SEAN COMBS; | |
| CASANDRA VENTURA; | |
| BAD BOY ENTERTAINMENT LLC; | |
| CEOPCO LLC, | |
| Defendants. | |

**PLAINTIFF'S NOTICE TO THE COURT OF ALL DEFENDANTS' CONSENT TO AN EIGHT-DAY EXTENSION OF TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS; NOTICE OF FORTHCOMING JOINT STIPULATION AND PROPOSED ORDER**

**TO THE HONORABLE ANNE HWANG, UNITED STATES DISTRICT JUDGE:**

Plaintiff Clayton Howard, appearing pro se, respectfully submits this Notice to advise the Court that **all Defendants in this action have consented, via email correspondence dated May 21, 2026, to an eight-day extension of time for Plaintiff to file his oppositions to Defendants' Motions to Dismiss**. A formal Joint Stipulation and Proposed Order memorializing this agreement is being prepared and will be filed with the Court within forty-eight (48) hours of this Notice, pending receipt of the countersignatures of defense counsel.

In support of this Notice, Plaintiff states as follows:

**1.  Pending Motions to Dismiss.**  On May 1, 2026, Defendant Casandra Ventura filed her Motion to Dismiss Plaintiff's Fourth Amended Complaint, or in the Alternative, to Transfer Venue (ECF No. 89). On the same date, Defendant Sean Combs filed his Motion to Dismiss (ECF No. 88). Defendants Bad Boy Entertainment LLC and CeOpco LLC are represented by the same counsel as Defendant Combs in this motion practice.

**2.  Current Opposition Deadline.**  Pursuant to the Local Rules of this Court, Plaintiff's opposition briefs are currently due on **May 21, 2026**.

**3.  Plaintiff's Extension Request.**  On May 20, 2026 at 5:39 p.m., Plaintiff transmitted a written request to all counsel of record by email, seeking agreement to an eight-day stipulated extension of the opposition deadline, from May 21, 2026 to **May 29, 2026**. The request identified the basis for the extension — Plaintiff's pro se status, the volume and complexity of Defendants' motions (including a 31-page Memorandum of Law by Defendant Ventura raising multiple issues of federal law including TVPA liability, civil RICO, statute of limitations tolling, and venue transfer under 28 U.S.C. § 1404(a)) — and confirmed that this is Plaintiff's *first* request for any extension of this deadline.

**4.  Consent of Defendant Casandra Ventura.**  On May 21, 2026 at 9:06 a.m., Meredith Firetog, Esq. of Wigdor LLP, counsel for Defendant Casandra Ventura, responded by email on behalf of Ms. Ventura: *"Ms. Ventura does not oppose this request, and requests for 21*

*days from the filing of your opposition to file her reply brief."* Counsel confirmed she would "look out for a draft stipulation to that effect."

**5.  Consent of Defendants Sean Combs, Bad Boy Entertainment LLC, and CeOpco LLC.**  On May 21, 2026 at 10:30 a.m., Lilah N. Cook, Esq. of Schonbuch Hallissy LLP, counsel for Defendant Sean Combs and both corporate defendants, responded by email: *"My firm represents Mr. Combs and the two corporate entities. We do not oppose your request of May 29, 2026, provided we also receive the 21 days after your opposition to file our reply."*

**6.  Plaintiff's Acceptance of Reply Period.**  On May 21, 2026 at 10:55 a.m., Plaintiff confirmed his consent to the Defendants' counter-request for a 21-day reply period, stating: *"I consent to the counter request of 21 days. I will set up the e-sign and send for signatures."*

**7.  Agreement of All Parties — Summary of Agreed Deadlines.**  The agreed-upon schedule, as confirmed by the email correspondence of all parties, is as follows:

> **Plaintiff's Opposition Deadline (Extended):**  May 29, 2026
> **Defendants' Reply Brief Deadline:**  June 20, 2026 (21 days after May 29, 2026)

**8.  Status of Joint Stipulation.**  Plaintiff has prepared a Joint Stipulation and Proposed Order reflecting the foregoing agreement (a copy of which is attached hereto as **Exhibit A**) and transmitted it to all defense counsel for signature on May 21, 2026. Plaintiff is awaiting the countersignatures of defense counsel. The executed Joint Stipulation and Proposed Order will be filed with the Court within **forty-eight (48) hours** of this Notice.

**9.  Copies of Consent Communications.**  Attached hereto as **Exhibit B** is a true and correct copy of the email chain between Plaintiff and all defense counsel reflecting the foregoing agreements, dated May 20–21, 2026.

**10.  Good Faith and No Prejudice.**  This extension request is sought in good faith. The eight-day extension will not delay trial or any other scheduled proceeding in this matter, will

not prejudice any party, and is the product of agreement by all counsel of record. The hearing on Defendants' Motions to Dismiss is currently scheduled for July 15, 2026 at 1:30 p.m. before this Court. The proposed extended schedule preserves ample time for the Court's consideration of fully briefed motions in advance of that hearing.

For the foregoing reasons, Plaintiff respectfully notifies the Court that all Defendants have consented to an eight-day extension of Plaintiff's opposition deadline to May 29, 2026, with Defendants' replies due no later than June 20, 2026. Plaintiff will file the executed Joint Stipulation and Proposed Order within forty-eight (48) hours.

Dated:  May 21, 2026

Respectfully submitted,

*Clayton Howard*

**Clayton Howard**

Plaintiff, Pro Se

24 Orchard Street

Carteret, New Jersey 07008

(929) 781-7791

itsclaytonhoward@gmail.com

---

**EXHIBITS**

**Exhibit A:**  Joint Stipulation and [Proposed] Order Extending Time for Plaintiff to File Opposition to Defendants' Motions to Dismiss (Unsigned — Pending Defense Counsel Signatures)

**Exhibit B:**  Email Chain — Clayton Howard v. Sean Combs, et al., Case No. 2:25-cv-06031-AH-DMK — Stipulation Request: 8-Day Extension to File Opposition Brief (May 20–21, 2026)

CERTIFICATE OF SERVICE

I, Clayton Howard, appearing pro se, hereby certify that on May 21, 2026, I served a true and correct copy of the foregoing Plaintiff's Notice to the Court of All Defendants' Consent to an Eight-Day Extension of Time for Plaintiff to File Opposition to Defendants' Motions to Dismiss; Notice of Forthcoming Joint Stipulation and Proposed Order, together with all exhibits attached thereto (Exhibit A — Joint Stipulation and [Proposed] Order; Exhibit B — Email Chain of Consent), upon all counsel of record by the following methods:

1. Electronic Mail (Email)

A copy of this Notice and all exhibits was transmitted by electronic mail to all counsel of record at the email addresses listed below, which are the same addresses used for all prior communications in this matter and confirmed as active through the correspondence of May 20–21, 2026 attached as Exhibit B:

Counsel for Defendant Casandra Ventura:

Melodie Han, Esq. | mhan@wigdorlaw.com

Meredith Firetog, Esq. | mfiretog@wigdorlaw.com

Douglas Wigdor, Esq. | dwigdor@wigdorlaw.com

Wigdor LLP | 85 Fifth Avenue, Floor 5, New York, NY 10003

Counsel for Defendant Sean Combs, Bad Boy Entertainment LLC, and CeOpco LLC:

Lilah N. Cook, Esq. | cook@schonbuchhallissy.com

Michael Schonbuch, Esq. | schonbuch@schonbuchhallissy.com

Kinji Hithe Baker, Esq. | baker@schonbuchhallissy.com

Yvett Espinoza | espinoza@schonbuchhallissy.com

Schonbuch Hallissy LLP | 11999 San Vicente Boulevard, Suite 300, Los Angeles, CA 90049

Counsel for Defendants Bad Boy Entertainment LLC and CeOpco LLC (Additional Counsel):

Jonathan D. Davis, Esq. | jdd@jddavispc.com

David Russell, Esq. | dcr@jddavispc.com

Jonathan D. Davis, P.C. | 1 Rockefeller Plaza, Suite 1712, New York, NY 10020

2. Electronic Filing via CM/ECF

This Notice and all attached exhibits have been filed with the Court through the Court's Electronic Case Filing system (CM/ECF) for Case No. 2:25-cv-06031-AH-DMK (C.D. Cal.). Upon filing, the CM/ECF system will automatically generate and transmit a Notice of Electronic Filing (NEF) to all registered counsel of record at the email addresses on file with the Court, constituting service upon all parties who have appeared and registered for electronic service in this action pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Rule 5-3.2.1.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 21, 2026, at Carteret, New Jersey.

*Clayton Howard*

Clayton Howard

Plaintiff, Pro Se

24 Orchard Street, Carteret, New Jersey 07008

(929) 781-7791 | itsclaytonhoward@gmail.com

# Exhibit A

Jiont Stipulation pending defense counsel signatures

Clayton Howard

24 Orchard Street

Carteret, New Jersey 07008

(929)781-7791

itsclaytonhoward@gmail.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

CLAYTON HOWARD                          Case No. 2:25-cv-06031-AH-DMK

   Plaintiff,

V.

             JOINT STIPULATION AND

SEAN COMBS,                             [PROPOSED] ORDER EXTENDING

CASANDRA VENTURA,                       TIME FOR PLAINTIFF TO FILE

BAD BOY ENTERTAINMENT, L.L.C.,          OPPOSITION TO DEFENDANTS'

CEOPCO, L.L.C.,                         MOTIONS TO DISMISS

   Defendant(s),

JOINT STIPULATION

Plaintiff Clayton Howard, appearing pro se, and counsel for Defendant Casandra Ventura (Wigdor LLP), and counsel for Defendant Sean Combs ([COMBS COUNSEL FIRM]), hereby stipulate and agree as follows:

1. Defendant Casandra Ventura filed her Motion to Dismiss Plaintiff's Fourth Amended Complaint, or in the Alternative, to Transfer Venue on May 1, 2026 (ECF No. 89).

2. Defendant Sean Combs filed his Motion to Dismiss on May 1, 2026 (ECF No. 88).

3. Pursuant to the Local Rules of this Court, Plaintiff's opposition briefs are currently due on May 21, 2026.

Page 1 of 5

4. Plaintiff has requested, and Defendants have agreed to, an 8-day extension of time for Plaintiff to file his opposition briefs.

5. The parties therefore agree that Plaintiff's deadline to file his opposition(s) to Defendants' Motions to Dismiss is extended by eight (8) days, to May 29, 2026.

6. Defendants' deadline to file any reply briefs shall be extended twenty-one day as per counter request by counsel for all defendants. All parties agree defendant replies due no later than June 20, 2026, consistent with the twenty-one-day response deadline agreed up by all parties.

7. This stipulation is entered in good faith and will not unduly delay the proceedings or prejudice any party.


IT IS SO STIPULATED.


Dated: May 21, 2026                    _Clayton Howard_____

Clayton Howard

Plaintiff, Pro Se


Dated: _____                    _____

Melodie Han, Esq

Miradeth Firetog, Esq

WIGDOR LLP

Counsel for Defendant Casandra Ventura


Dated: _____                    _____

Lilah Cooke, Esq.

Michael Schbouch, Esq

Schonbuch Hallissy LLP

11999 San Vicente Boulevard, Ste 300

Los Angeles, CA 90049

Counsel for Defendant Sean Combs


Dated: _____                    _____

David Russell |

Jonathan D. Davis, P.C.

1 Rockefeller Plaza, Suite 1712

New York, New York 10020

Counsel For Defendant Bad Boy Ent LLC,

CEOPCO, L.L.C

Clayton Howard

24 Orchard Street

Carteret, New Jersey 07008

(929)781-7791

itsclaytonhoward@gmail.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

CLAYTON HOWARD                                  Case No. 2:25-cv-06031-AH-DMK

       Plaintiff,

V.

SEAN COMBS,                                     [PROPOSED] ORDER EXTENDING

CASANDRA VENTURA,                               TIME FOR PLAINTIFF TO FILE

BAD BOY ENTERTAINMENT, L.L.C.,                  OPPOSITION TO DEFENDANTS'

CEOPCO, L.L.C.,                                 MOTIONS TO DISMISS

       Defendant(s),

[PROPOSED] ORDER

Pursuant to the Joint Stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that Plaintiff Clayton Howard shall have through and including _____ to file his opposition(s) to Defendants' Motions to Dismiss. Defendants shall file any reply briefs no later than _____.

IT IS SO ORDERED.

Dated: _____

                                _____

                                HON. ANNE HWANG

                                United States District Judge

                                Central District of California

AI DISCLOSURE CERTIFICATION

Generative artificial intelligence (Prosei AI powered by Claude Opus 4.6) was used in the preparation of this filing. The undersigned certifies that all factual assertions, legal authority, and citations have been independently reviewed and verified for accuracy.

*Clayton Howard*
Clayton Howard

Plaintiff, Pro Se

# Exhibit B

**Plaintiff content and consent by counsel of opposing parties**

 **Gmail**

## Clayton Howard v. Sean Combs, et al., Case No. 2:25-cv-06031-AH-DMK — Stipulation Request: 8-Day Extension to File Opposition Brief

5 messages

**Clayton Howard** <████████████████████████████████>     Wed, May 20, 2026 at 5:39 PM
To: Lilah Cook <████████████████████████>, Michael Schonbuch <████████████████████████>, Jonathan Davis <████████████>, David Russell <████████████████████>, Melodie Han <████████████████████>, Douglas Wigdor <████████████████████████>, Meredith Firetog <████████████████████>

Dear Counsel:

I am writing as the pro se plaintiff in the above-referenced matter to respectfully request your agreement to an 8-day stipulated extension of time for me to file my opposition to Defendant Casandra Ventura's Motion to Dismiss Plaintiff's Fourth Amended Complaint, or in the Alternative, to Transfer Venue (ECF No. 89-1, filed May 1, 2026), and to any corresponding motion filed on behalf of Defendant Sean Combs (ECF Dkt 88)

REQUESTED EXTENSION

Current Opposition Deadline: May 21, 2026
Proposed Extended Deadline: May 29, 2026

BASIS FOR REQUEST

I am appearing in this matter pro se. As a self-represented litigant managing the demands of this litigation without the assistance of a legal team, I require a brief additional period to prepare a thorough and responsive opposition to the arguments raised in Defendant Ventura's 31-page Memorandum of Law, which raises multiple complex issues of federal law including TVPA liability, civil RICO, statute of limitations tolling, and venue transfer under 28 U.S.C. § 1404(a).

The requested 8-day extension is brief, will not prejudice any party, will not delay trial or any other scheduled proceeding, and is sought in good faith solely to ensure that the Court receives a complete and well-reasoned opposition brief. This is my first request for an extension of this deadline.

PROPOSED STIPULATION TERMS

The parties agree that Plaintiff Clayton Howard shall have through and including May 29, 3036  to file his Opposition to Defendant Ventura's Motion to Dismiss (ECF No. 89), and to any motion to dismiss filed by Defendant Sean Combs. Defendant(s) shall have [14 or 21] days thereafter to file any reply brief, consistent with the Court's Local Rules and any standing orders.

If the parties reach agreement on this stipulation, I am prepared to promptly prepare a joint Stipulation and Proposed Order for your review and signature and file it with the Court in accordance with Local Rule 7-1.

CONTACT INFORMATION

Clayton Howard
Plaintiff, Pro Se

Case 2:25-cv-06031-AH-DMK   Document 92   Filed 05/21/26   Page 16 of 19   Page ID #:1518

itsclaytonhoward@gmail.com

COUNSEL ADDRESSED

This email is directed to:

For Defendant Casandra Ventura:
Melodie Han, Esq.
Douglas H. Wigdor, Esq. (pro hac vice forthcoming)
Meredith A. Firetog, Esq. (pro hac vice forthcoming)
WIGDOR LLP
85 Fifth Avenue, Floor 5
New York, NY 10003
Tel: (212) 257-6800
mhan@wigdorlaw.com
dwigdor@wigdorlaw.com
mfiretog@wigdorlaw.com

For Defendant Sean Combs:
Lilah Cooke, Esq.
Michael Schonbuch, Esq.
Schonbuch Hallissy LLP
11999 San Vicente Boulevard, Ste 300
Los Angeles, CA 90049
cook@schonbuchhallissy.com
schonbuch@schonbuchhallissy.com

For Defendant Bad Boy Ent. LLC and CEOPCO, L.L.C
Johnathan Davis, Esq.
David Russell, Esq.
Jonathan D. Davis, P.C.
1 Rockefeller Plaza, Suite 1712
New York, New York 10020
jdd@jddavispc.com
dcr@jddavispc.com

**RESPONSE REQUESTED**

Please advise whether your client(s) agree to the proposed stipulation at your earliest convenience, but no later than 8 P.M. May 21, 2026. Given the proximity to my opposition deadline, your prompt response would be greatly appreciated.

If you are unable to agree to the stipulation, I intend to file an ex parte application with the Court seeking the extension, and will inform the Court of my good-faith efforts to obtain a stipulation.

Thank you for your professional courtesy.

Respectfully,

Clayton Howard
Plaintiff, Pro Se

itsclaytonhoward@gmail.com

---

 **Stipulation Email — 8-Day Extension to File Opposition to Motions to Dismiss.docx**
22K

---

**Meredith Firetog** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                    Thu, May 21, 2026 at 9:06 AM
To: Clayton Howard ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>, Lilah Cook ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Michael ▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Jonathan Davis ▮▮▮▮▮▮▮▮▮▮▮▮>, David Russell ▮▮▮▮▮▮▮▮▮▮>, Melodie
Han ▮▮▮▮▮▮▮▮▮▮▮▮▮, Douglas Wigdor ▮▮▮▮▮▮▮▮▮>

Mr. Howard:

Ms. Ventura does not oppose this request, and requests for 21 days from the filing of your opposition to file her reply brief.

We will look out for a draft stipulation to that effect.

Thanks,

Meredith

**Meredith Firetog**
Partner


85 Fifth Avenue
New York, NY 10003

**wigdorlaw.com**





This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail or phone. Thank you.
[Quoted text hidden]

---

**Lilah Cook** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                          Thu, May 21, 2026 at 10:30 AM
To: Meredith Firetog <▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Clayton Howard ▮▮▮▮▮▮▮▮▮▮▮▮▮>, Michael Schonbuch
▮▮▮▮▮▮▮▮▮▮com>, Jonathan Davis ▮▮▮▮▮▮▮▮▮▮>, David Russell ▮▮▮▮▮▮▮▮▮▮>, Melodie

5/21/26, 10... Gmail - Clayton Howard v. Sean Combs, et al., Case No. 2:25-cv-06031-AH-DMK — Stipulation Request: 8-Day Extension to File …

Case 2:25-cv-06031-AH-DMK   Document 92   Filed 05/21/26   Page 18 of 19   Page ID #:1520

Han ████████████████, Douglas Wigdor <████████████████ Yvett Espinoza
████████████████████████com>, Kinji Hithe Baker ████████████

Good morning, Mr. Howard:

My firm represents Mr. Combs and the two corporate entities. We do not oppose your request of May 29, 2026, provided we also receive the 21 days after your opposition to file our reply. Thank you.

Sincerely,
Lilah Cook

 Lilah N. Cook, Esq.

Associate Attorney
**SCHONBUCH HALLISSY LLP**
11999 San Vicente Boulevard, Suite 300
Los Angeles, California 90049

██████████████
██████████████
████ cook@schonbuchhallissy.com
████ https://schonbuchhallissy.com

**PLEASE NOTE OUR NEW FIRM NAME AND CONTACT INFORMATION**

PRIVILEGE AND CONFIDENTIALITY NOTICE:  This email may contain confidential and privileged information.  If you are not the intended recipient, any unauthorized review, use, dissemination, distribution, downloading, forwarding, and/or copying of this email and its attachments is prohibited.  If you are not the intended recipient and have received this communication in error, please immediately notify me by calling ██(310) 556-7900██.  Thank you.

---

**From:** Meredith Firetog <██mfiretog@wigdorlaw.com██
**Sent:** Thursday, May 21, 2026 6:06 AM
**To:** Clayton Howard <██tsclaytonhoward@gmail.com██ Lilah Cook <██cook@schonbuchhallissy.com██>; Michael Schonbuch <██schonbuch@schonbuchhallissy.com██ Jonathan Davis <██jdd@jddavispc.com██ David Russell <██dcr@jddavispc.com██>; Melodie Han <██mhan@wigdorlaw.com██ Douglas Wigdor <██dwigdor@wigdorlaw.com██
**Subject:** RE: Clayton Howard v. Sean Combs, et al., Case No. 2:25-cv-06031-AH-DMK — Stipulation Request: 8-Day Extension to File Opposition Brief

[Quoted text hidden]

---

**Clayton Howard** ███████████████████████████████          Thu, May 21, 2026 at 10:55 AM
To: Lilah Cook ████████████████████████████>
Cc: Meredith Firetog <████████████████████, Michael Schonbuch <███████████████████████>, Jonathan
Davis ██████████     David Russell <dcr@jddavispc.com>, Melodie Han <███████████████com>, Douglas Wigdor
<dwigdor@wigdorlaw.com>, Yvett Espinoza ████████████████████████████>, Kinji Hithe Baker
<████████████████████>

Counselors

I consent to the counter request of 21 days. I will set up the e-sign and send for signatures

Clayton Howard

Sent from my mobile device, please excuse brevity and/or spelling mistakes.
[Quoted text hidden]

---

**Clayton Howard** ███████████████████████████████          Thu, May 21, 2026 at 7:11 PM
To: Lilah Cook ████████████████████████>
Cc: Meredith Firetog <████████████████████, Michael Schonbuch <███████████████████████>, Jonathan
Davis ██████████████>, David Russell <████████████ Melodie Han ██████████████████>, Douglas Wigdor
██████████████ Yvett Espinoza ████████████████████>, Kinji Hithe Baker
████████████████████████>

Counselors

Please sign the stipulation and I will file. I have included the 21 day response times requested

Clayton Howard
[Quoted text hidden]

---

📄 **8 Day Extension to File Opposition to Motions to Dismiss.pdf**
131K