Howard v. Combs et al., No. 2:25-cv-06031-AH-DMKx (C.D. Cal.)
CERTIFICATE OF SERVICE

**CLAYTON HOWARD**

24 Orchard Street

Carteret, New Jersey 07008

(929)781-7791

itsclaytonhoward@gmail.com

**FILED**

CLERK, U.S. DISTRICT COURT

5/29/2026

CENTRAL DISTRICT OF CALIFORNIA

BY_____jb_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CLAYTON HOWARD,<br><br>*Plaintiff,*<br><br>v.<br><br>SEAN COMBS;<br>CASANDRA VENTURA;<br>BAD BOY ENTERTAINMENT, L.L.C.;<br>CEOPCO, L.L.C.,<br><br>*Defendants,* | **Case No. 2:25-cv-06031-AH-DMKx**<br><br><br><br><br><br><br><br><br><br>**Hon. Anne Hwang, U.S. District Judge** |

**CERTIFICATE OF SERVICE**

I, Clayton Howard, Plaintiff appearing pro se in the above-captioned action, hereby certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on **May 29, 2026**, I served true and correct copies of the documents listed in Section I below upon all counsel of record identified in Section II below by the following methods:

Howard v. Combs et al., No. 2:23-cv-06051-AH-DMKx (C.D. Cal.)

CERTIFICATE OF SERVICE

a. **Electronic Filing via CM/ECF.** All documents listed in Section I were electronically filed through the Court's Case Management/Electronic Case Filing system (CM/ECF), which automatically generates and transmits a Notice of Electronic Filing (NEF) to all counsel registered with the CM/ECF system in this action. Electronic filing constitutes service on all registered counsel pursuant to Fed. R. Civ. P. 5(b)(2)(E) and C.D. Cal. L.R. 5-3.2.

b. **Electronic Mail Transmission.** In addition to CM/ECF filing, Plaintiff transmitted true and correct copies of all documents listed in Section I directly to all counsel of record by electronic mail transmission to the email addresses identified in Section II below. Electronic mail service is made pursuant to Fed. R. Civ. P. 5(b)(2)(E).

Service was completed on May 29, 2026.

## I. DOCUMENTS SERVED

The following documents were served upon all counsel of record identified in Section II on May 29, 2026:

**A. Opposition to Defendants Combs, Bad Boy Entertainment, and CeOpco — Motion to Dismiss**

1. **Plaintiff's Opposition to Defendants Sean Combs, Bad Boy Entertainment, L.L.C., and CeOpco, L.L.C.'s Motion to Dismiss Plaintiff's Fourth Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6).** Plaintiff's consolidated opposition brief opposing the Motion to Dismiss filed by Defendants Sean Combs, Bad Boy Entertainment, L.L.C., and CeOpco, L.L.C. (the 'Combs Defendants') (Doc. 88-1).

2. **Declaration of Clayton Howard in Support of Plaintiff's Opposition to Defendants Sean Combs, Bad Boy Entertainment, L.L.C., and CeOpco, L.L.C.'s Motion to Dismiss the Fourth Amended Complaint.** Supplemental declaration of Plaintiff Clayton Howard submitted pursuant to C.D. Cal. L.R. 7-6 and 7-7 in support of the Opposition to the Combs Defendants' Motion to Dismiss. Establishes Plaintiff's personal knowledge corroboration of all factual allegations in the Fourth Amended Complaint directed at Defendants Combs, Bad Boy Entertainment, L.L.C., and CeOpco, L.L.C.; confirms the complete authenticated financial chain (Gov. Exhibits 6T108, 1405-D, 1555) establishing Bad Boy Entertainment's corporate financing of Plaintiff's interstate

transportation; and confirms specific incidents documented in the trial record of *United States v. Sean Combs*, No. 24-cr-542 (AS) (S.D.N.Y.).

**B. Opposition to Defendant Ventura — Motion to Dismiss**

3. **Plaintiff's Opposition to Defendant Cassandra Ventura's Motion to Dismiss the Fourth Amended Complaint.** Plaintiff's opposition brief opposing the Motion to Dismiss filed by Defendant Cassandra Ventura (Doc. 89-1).

4. **Declaration of Clayton Howard in Support of Plaintiff's Opposition to Defendant Cassandra Ventura's Motion to Dismiss the Fourth Amended Complaint.** Supplemental declaration of Plaintiff Clayton Howard submitted pursuant to C.D. Cal. L.R. 7-6 and 7-7 in support of the Opposition to Defendant Ventura's Motion to Dismiss. Addresses: (a) Plaintiff's contact with Alex Fine prior to litigation; (b) consistency of Plaintiff's position throughout federal cooperation; (c) Defendant's vexatious litigant characterization; and (d) citation accuracy in response to Defendant's AI-fabrication allegation.

**C. Exhibit List and Supporting Exhibits**

5. **Plaintiff's Exhibit List in Support of Opposition to Defendant Ventura's Motion to Dismiss the Fourth Amended Complaint.** Plaintiff's exhibit list describing Exhibits A through I filed in support of the Opposition to Defendant Ventura's Motion to Dismiss, submitted pursuant to C.D. Cal. L.R. 7-6 and 11-5.

6. **Exhibit A — Government's Sentencing Memorandum,** *United States v. Sean Combs*, No. 24-cr-542 (AS) (S.D.N.Y.), Dkt. 516 (filed Oct. 3, 2025), pages 9, 17, 41, and 44.

7. **Exhibit B — Judgment and Conviction,** *United States v. Sean Combs*, No. 24-cr-542 (AS) (S.D.N.Y.), entered October 16, 2025.

8. **Exhibit C — Court's Published Opinion and Order,** *United States v. Sean Combs*, No. 24-cr-542 (AS) (S.D.N.Y.), filed September 30, 2025 (Hon. Arun Subramanian).

9. **Exhibit D — Order of Hon. Arun Subramanian,** *United States v. Sean Combs*, No. 24-cr-542 (AS) (S.D.N.Y.), Dkt. 638 (January 30, 2026).

10. **Exhibit E — Trial Transcripts, May 13 and 14, 2025,** *United States v. Sean Combs*, No. 24-cr-542 (AS) (S.D.N.Y.), Docs. 558 and 560 (filed December 18, 2025) — Testimony of Casandra Ventura, Direct Examination.

11. **Exhibit F — Trial Transcripts, May 15 and 16, 2025,** *United States v. Sean Combs*, No. 24-cr-542 (AS) (S.D.N.Y.), Docs. 562 and 564 (filed December 18, 2025) — Testimony of Casandra Ventura, Cross-Examination, Redirect, Recross, and Discharge.

12. **Exhibit G — Trial Transcript, June 16, 2025,** *United States v. Sean Combs*, No. 24-cr-542 (AS) (S.D.N.Y.), Doc. 592 (filed December 19, 2025) — Testimony of Ananya Sankar and Special Agent DeLeassa Penland.

13. **Exhibit H — Trial Transcript, June 17, 2025,** *United States v. Sean Combs*, No. 24-cr-542 (AS) (S.D.N.Y.), Doc. 594 (filed December 19, 2025) — Testimony of Special Agent DeLeassa Penland (continued), Cross-Examination, and Redirect.

14. **Exhibit I — Plaintiff's Citation Verification Response and Audit.** Plaintiff-prepared document responding to Defendant Ventura's citation challenges and disclosing Plaintiff's use of generative artificial intelligence in accordance with Judge Hwang's Standing Order § E.5 (September 3, 2025). Filed as a separately docketed attachment pursuant to Standing Order § E.2.

## II.  COUNSEL OF RECORD SERVED

All documents identified in Section I were served upon the following counsel of record for all Defendants:

**Counsel for Defendant Cassandra Ventura:**

**Melodie Han, Esq.**

**Meredith A. Firetog, Esq.**

**Douglas H. Wigdor, Esq.**

WIGDOR LLP

85 Fifth Avenue, Floor 5

New York, New York 10003

**Email (CM/ECF and direct):** mhan@wigdorlaw.com

**Email (CM/ECF and direct):** mfiretog@wigdorlaw.com

**Email (CM/ECF and direct):** dwigdor@wigdorlaw.com

**Counsel for Defendants Sean Combs, Bad Boy Entertainment, L.L.C., and CeOpco, L.L.C.:**

**Lilah Cook, Esq.**

**Michael Schonbuch, Esq.**

Howard v. Combs et al., No. 2:25-cv-06031-AH-DMKx (C.D. Cal.)
CERTIFICATE OF SERVICE

SCHONBUCH HALLISSY LLP

11999 San Vicente Boulevard, Suite 300

Los Angeles, California 90049

**Email (CM/ECF and direct):** cook@schonbuchhallissy.com

**Email (CM/ECF and direct):** mschonbuch@schonbuchhallissy.com

Note: Plaintiff will confirm the direct email addresses for counsel at Schonbuch Hallissy LLP from the Court's electronic filing system docket entries and will serve all documents to any additional email addresses appearing in counsel's CM/ECF registration or filed appearances in this action.

### III.  METHOD OF SERVICE

Service of all documents listed in Section I was accomplished by the following two independent methods, each of which independently satisfies the service requirements of Federal Rule of Civil Procedure 5:

15. **CM/ECF Electronic Filing.**  All documents were electronically filed with the Clerk of the United States District Court for the Central District of California through the Court's CM/ECF electronic filing system on May 29, 2026. Upon filing, the CM/ECF system automatically generated and transmitted a Notice of Electronic Filing (NEF) to all counsel registered with the CM/ECF system in this action. Electronic filing through CM/ECF constitutes service on all registered counsel pursuant to Fed. R. Civ. P. 5(b)(2)(E) and C.D. Cal. L.R. 5-3.2.

16. **Electronic Mail — Direct Service.**  In addition to CM/ECF service, Plaintiff transmitted true and correct copies of all documents listed in Section I directly to each counsel of record identified in Section II by electronic mail transmission on May 29, 2026, to the email addresses listed in Section II. Electronic mail service satisfies Fed. R. Civ. P. 5(b)(2)(E), which provides that service may be made 'by electronic means if the person consented to electronic service in writing.' Counsel for all Defendants have registered for CM/ECF and have therefore consented to electronic service. Direct email service was made as an additional courtesy and to ensure receipt.

17. **Separately Docketed Attachments.**  In compliance with Judge Hwang's Standing Order § E.2 (September 3, 2025), each declaration, exhibit, and other attachment was filed as a separately docketed attachment to the main filing with a descriptive docket entry label,

Howard v. Combs et al., No. 2:23-cv-06031-AH-DMKx (C.D. Cal.)
CERTIFICATE OF SERVICE

including Exhibit I (Plaintiff's Citation Verification Response and Audit), which is filed as a separately docketed attachment as required by Standing Order § E.2.

## IV.  DECLARATION

I, Clayton Howard, declare as follows under penalty of perjury pursuant to 28 U.S.C. § 1746:

18. I am the Plaintiff in the above-captioned action, appearing pro se. I am over the age of eighteen years and am competent to make this Declaration.

19. On May 29, 2026, I electronically filed all documents listed in Section I with the Clerk of the United States District Court for the Central District of California through the CM/ECF system, which generated and transmitted Notices of Electronic Filing to all registered counsel.

20. On May 29, 2026, I additionally served true and correct copies of all documents listed in Section I upon all counsel identified in Section II by electronic mail transmission to the email addresses listed therein.

21. All documents served are true and correct copies of the documents filed with the Court.

22. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 29, 2026, in Carteret, New Jersey.

*Clayton Howard*
—————————————
/s/ Clayton Howard

**CLAYTON HOWARD**

Plaintiff, Pro Se

24 Orchard Street

Carteret, New Jersey 07008

(929) 781-7791

itsclaytonhoward@gmail.com

Howard v. Combs et al., No. 2:23-cv-06031-AH-DMKx (C.D. Cal.)
CERTIFICATE OF SERVICE

*NOTE: Plaintiff is a pro se party filing through the Court's Electronic Document Submission System (EDSS) or, if applicable, through CM/ECF pro se access. All documents are filed simultaneously with this Certificate of Service. Plaintiff will promptly provide Chambers Copies of all motion papers — including the Opposition briefs, declarations, and related documents — to Judge Hwang's mailbox at the First Street Courthouse in accordance with Standing Order § E.4.*