Docusign Envelope ID: E957D863-FC8D-872B-83D1-7EDFAFA40D39

Clayton Howard

24 Orchard Street

Carteret, New Jersey 07008

(929)781-7791

itsclaytonhoward@gmail.com

FILED
CLERK, U.S. DISTRICT COURT

6/2/26

CENTRAL DISTRICT OF CALIFORNIA

BY_____CS_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CLAYTON HOWARD | Case No. 2:25-cv-06031-AH-DMK |
| Plaintiff, | |
| | |
| V. | |
| | JOINT STIPULATION AND |
| SEAN COMBS, | [PROPOSED] ORDER EXTENDING |
| CASANDRA VENTURA, | TIME FOR PLAINTIFF TO FILE |
| BAD BOY ENTERTAINMENT, L.L.C., | OPPOSITION TO DEFENDANTS' |
| CEOPCO, L.L.C., | MOTIONS TO DISMISS |
| Defendant(s), | |

JOINT STIPULATION

Plaintiff Clayton Howard, appearing pro se, and counsel for Defendant Casandra Ventura (Wigdor LLP), and counsel for Defendants Sean Combs, Bad Boy Entertainment, L.L.C., Ceopco, L.L.C (Schonbuch Hallissy LLP), hereby stipulate and agree as follows:

1. Defendant Casandra Ventura filed her Motion to Dismiss Plaintiff's Fourth Amended Complaint, or in the Alternative, to Transfer Venue on May 1, 2026 (ECF No. 89).

2. Defendant(s) Sean Combs, Bad Boy Entertainment, L.L.C., and Ceopco, L.L.C., filed his Motion to Dismiss on May 1, 2026 (ECF No. 88).

3. Pursuant to the Local Rules of this Court, Plaintiff's opposition briefs are currently due on May 21, 2026.

4. Plaintiff has requested, and Defendants have agreed to, an 8-day extension of time for Plaintiff to file his opposition briefs.

5. The parties therefore agree that Plaintiff's deadline to file his opposition(s) to Defendants' Motions to Dismiss is extended by eight (8) days, to May 29, 2026.

6. Defendants' deadline to file any reply briefs shall be extended twenty-one day as per counter request by counsel for all defendants. All parties agree defendants replies are due no later than June 20, 2026, consistent with the twenty-one-day response deadline agreed up by all parties.

7. This stipulation is entered in good faith and will not unduly delay the proceedings or prejudice any party.

IT IS SO STIPULATED.

Dated: 6/2/2026 _____

_Clayton Howard_
_____

Clayton Howard

Plaintiff, Pro Se

Dated: 6/1/2026 _____

Signed by:

_Melodie Han_
_____
FE1673F4332C43C...

Melodie Han, Esq

Meredith Firetog, Esq

WIGDOR LLP

Counsel for Defendant Casandra Ventura

Dated: 6/1/2026 _____

Signed by:

_____
DD8B5A59DFE343A...

Lilah Cook, Esq.

Michael Schonbuch, Esq

Schonbuch Hallissy LLP

11999 San Vicente Boulevard, Ste 300

Los Angeles, CA 90049

Counsel for Defendant Sean Combs

Counsel for Defendant Bad Boy Entertainment, L.L.C

Counsel for Defendant CEOPCO, L.L.C.,