Clayton Howard

24 Orchard Street

Carteret, New Jersey 07008

(929)781-7791

itsclaytonhoward@gmail.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| CLAYTON HOWARD | Case No. 2:25-cv-06031-AH-DMKx |
| Plaintiff, | |
| | |
| V. | |
| | |
| SEAN COMBS, | ORDER EXTENDING |
| CASANDRA VENTURA, | TIME FOR PLAINTIFF TO FILE |
| BAD BOY ENTERTAINMENT, L.L.C., | OPPOSITION TO DEFENDANTS' |
| CEOPCO, L.L.C., | MOTIONS TO DISMISS  [109] |
| Defendant(s), | |

ORDER

Pursuant to the Joint Stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that Plaintiff Clayton Howard shall have through and including May 29, 2026 to file his opposition(s) to Defendants' Motions to Dismiss. Defendants shall file any reply briefs no later than June 20, 2026.

IT IS SO ORDERED.

Dated: JUNE 12, 2026

HON. ANNE HWANG

United States District Judge

Central District of California

Page 1 of 1