## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Clayton Howard | CASE NUMBER |
|---|---|
| | CV 25-6031-AH(DMKx) |
| **PLAINTIFF(S)** v. | |
| Sean Combs et al | **ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |
| **DEFENDANT(S)** | |

IT IS ORDERED that the Application for Permission for Electronic Filing by      PLAINTIFF,

_____ CLAYTON HOWARD _____ is hereby:

☑   **GRANTED**

    Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order.  Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website.  Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only.  Any documents being submitted under seal must be manually filed with the Clerk.

Dated:      June 15, 2026 _____

_____
United States District/Magistrate Judge

☐   **DENIED**

*Comments:*

Dated: _____

_____
United States District/Magistrate Judge

CV-05 Order (12/15)      **ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING**