CLAYTON HOWARD

24 Orchard Street

Carteret, New Jersey 07008

Telephone: (929)781-7791

Email: itsclaytonhoward@gmail.com

Plaintiff, Pro Se

```
┌─────────────────────────────────────┐
│               FILED                  │
│   CLERK, U.S. DISTRICT COURT         │
│        6/12/2026                     │
│   CENTRAL DISTRICT OF CALIFORNIA     │
│   BY      jb        DEPUTY           │
│   DOCUMENT SUBMITTED THROUGH THE     │
│ ELECTRONIC DOCUMENT SUBMISSION SYSTEM│
└─────────────────────────────────────┘
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON HOWARD, | **Case No. 2:25-cv-06031-AH-DMKx** |
| Plaintiff, | |
| v. | **DECLARATION OF CLAYTON HOWARD** |
| | **IN SUPPORT OF PLAINTIFF'S** |
| SEAN COMBS, et al., | **RESPONSE IN OPPOSITION TO** |
| Defendants | **DEFENDANT VENTURA'S LETTER** |
| | **REQUEST (ECF NO. 110)** |

## DECLARATION OF CLAYTON HOWARD

I, Clayton Howard, declare as follows:

1.     I am the Plaintiff in the above-captioned action and appear pro se. I am over the age of eighteen, I have personal knowledge of the facts set forth in this declaration, and if called as a witness I could and would testify competently to them. I submit this declaration in support of my Response in Opposition to Defendant Ventura's letter request filed June 10, 2026 (ECF No. 110).

2. On June 7, 2026, I posted a video of approximately nine minutes to my account on the social media platform Tik Tok (the "Video"). The Video addressed this litigation, the pending motion to dismiss filed by Defendant Ventura, and media coverage concerning me. ( I provide a true and correct copy of this video's transcript as Exhibit A, with an authentication filed as Exhibit C)

3. On July 12, 2026, I voluntarily removed the Video from my account. I removed the Video on my own initiative, before any order of this Court and before any motion was filed, in order to keep disputes in this litigation before the Court rather than in public commentary. I have not reposted the Video, and I do not intend to repost it.

4. I represent and undertake to the Court that, while this action is pending, I will refrain from public commentary concerning Defendant Ventura and her counsel, and I will confine my statements regarding this litigation to filings made before this Court and to communications authorized by the Court's rules.

5. I have never threatened physical harm or violence against Defendant Ventura, against any member of her legal team, or against any person, whether in the Video or otherwise. Nothing I said in the Video was said with the intent to threaten, intimidate, or place any person in fear of physical harm, and I did not consciously disregard any risk that my words would be understood that way.

6. The statement in the Video referencing "fire" was a figure of speech. It immediately followed, and extended, my own statement that the defense "continue[s] to make a bunch of smoke" rather than address the merits of my complaint — an invocation of the common expression that where there is smoke there is fire. By that figure of speech I meant only that I intend, through this lawsuit and the evidence presented in it, to disprove statements and claims about me that I contend are false. I did not mean, and did not intend to communicate, any act of violence. The Video concludes with the words "I'll see you in court," which

reflects what I meant throughout: that I intend to litigate, in this Court, the disputes between the parties.

7.   Likewise, the expression "play stupid games, win stupid prizes" is a common idiom referring to consequences. As I used it, it referred to consequences in this litigation — the adjudication of the claims and defenses before this Court — and to nothing else.

8.   I acknowledge that some of the language I used in the Video was intemperate, and it does not reflect the tone I intend to bring to my conduct in this litigation or in any future commentary.

9.   I have never made any public statement concerning attorney Mélodie C. Han, who have appeared as counsel of record for Defendant Ventura in this action.

10.   With respect to Local Rule 7-3: I have participated in meet-and-confer correspondence in this action in writing: On Friday June 5, 2026, a telephonic conference was scheduled with counsel for Defendant Ventura concerning my contemplated motion for judicial notice under Federal Rule of Evidence 201. I was unable to attend that conference because I was involved in the State of New Jersey that afternoon, and the presiding Judge took the bench forty-five minutes late due to being locked out of the parking lot by security. I wrote to counsel by email seeking to reschedule the conference. As of the date of this declaration, I have received no response to that request. Attached as Exhibit B are true and correct copies of my rescheduling correspondence.

11.   I remain willing to participate in any meet-and-confer process the Court directs, including conferral conducted exclusively in writing by email if the Court deems that procedure appropriate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 12, 2026, at Middlesex, New Jersey.

*Clayton Howard*
_____

Clayton Howard

Plaintiff, Pro Se

Exhibits

Exhibit A; Transcript of Clayton Howard Tik Tok Video

Exhibit B: True and correct copies of my rescheduling correspondence.

Exhibit C: Authentication of Transcript to Tik Tok Video