CLAYTON HOWARD

24 Orchard Street

Carteret, New Jersey 07008

Telephone: (929)781-7791

Email: itsclaytonhoward@gmail.com

Plaintiff, Pro Se

**FILED**

CLERK, U.S. DISTRICT COURT

6/12/2026

CENTRAL DISTRICT OF CALIFORNIA

BY_____jb_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON HOWARD, <br> *Plaintiff*, <br><br> v. <br><br> SEAN COMBS, et al., <br> *Defendants*, | **Case No. 2:25-cv-06031-AH-DMKx** <br><br> **NOTICE OF FILING OF COMPLETE TRANSCRIPT OF JUNE 7, 2026 VIDEO (EXHIBIT C) IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO ECF NO. 110** |

### NOTICE OF FILING

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Clayton Howard, appearing pro se, hereby files as **Exhibit A** complete, verbatim transcript of the video posted by Plaintiff to the social media platform Tik Tok on June 7, 2026, which is the video referenced in the letter filed by counsel for Defendant Ventura on June 10, 2026 (ECF No. 110).

Exhibit A is submitted in support of Plaintiff's Response in Opposition to Defendant Ventura's Letter Request for a Briefing Schedule on a Proposed Protective Order and for Relief from Local Rule 7-3, filed concurrently or previously herewith. Exhibit A is authenticated pursuant to Federal Rule of Evidence 901(b)(1) by the accompanying Declaration of Clayton

Howard Authenticating Exhibit A, executed under penalty of perjury pursuant to 28 U.S.C. § 1746.

Plaintiff files the transcript in its entirety so that the Court has before it the complete and accurate context of the statements selectively quoted in ECF No. 110. Should the Court wish to review the video recording itself, Plaintiff stands ready to lodge the recording conventionally in accordance with the Local Rules and the Court's procedures for non-electronic exhibits.

Dated: June 12, 2026

Respectfully submitted,

*Clayton Howard*

Clayton Howard

Plaintiff, Pro Se