**CLAYTON HOWARD**

Pro Se Plaintiff-Appellant

24 Orchard Street

Carteret, New Jersey 07008

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CLAYTON HOWARD, | **Case No. 2:25-cv-06031-AH-DMKx** |
| *Plaintiff*, | |
| | |
| v. | |
| | |
| SEAN COMBS; | |
| CASANDRA VENTURA; | |
| BAD BOY ENTERTAINMENT LLC; | |
| , | |
| Defendants. | |

Assigned to: Hon. Anne Hwang

MTD Hearing: July 15, 2026

Courtroom 9C

Time: 1:30 p.m

**PLAINTIFF'S NOTICE OF FILING OF TRIAL TRANSCRIPTS**

**FROM UNITED STATES v. SEAN COMBS,**

– 1 –

## No. 1:24-CR-00542-AS (S.D.N.Y.), AS EXHIBITS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

## I.  INTRODUCTION AND PURPOSE OF NOTICE

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 5(d), Local Rule 7-12 of the Central District of California, and this Court's inherent authority to manage the record before it, Plaintiff CLAYTON HOWARD, proceeding pro se, hereby gives formal Notice of Filing of the trial transcripts identified herein from the federal criminal proceedings styled United States v. Sean Combs, No. 1:24-CR-00542-AS (S.D.N.Y.) (hereinafter "the Criminal Proceedings").

This Notice is filed as an independent, standalone mechanism for lodging the attached transcripts into the civil record of Howard v. Combs et al., No. 2:25-cv-06031-AH-DMKx, separate from and in addition to: (1) the citations and attachments contained in Plaintiff's Opposition to Defendants' Motions to Dismiss ("MTD Opposition"); (2) Plaintiff's Request for Judicial Notice of trial transcripts as official federal court records under Federal Rule of Evidence 201; and (3) Plaintiff's Notice of Simultaneous Filing previously docketed herein. By filing this Notice, Plaintiff creates a standalone docket entry that places the attached transcripts into the record independently of any motion or ruling, ensuring the Court's unimpeded access to these materials in connection with the Motions to Dismiss hearing currently scheduled for July 15, 2026, at 1:30 p.m. before the Honorable Anne Hwang, Courtroom 9C.

## II.  IDENTIFICATION OF TRANSCRIPTS FILED

Howard v. Combs et al., No. 2:25-cv-06031-AH-DMKx        **Plaintiff's Notice of Filing of Trial Transcripts**

The following transcript(s) from the Criminal Proceedings are attached hereto as exhibits in the order listed:

**Exhibit 1.**  Trial Transcript, *United States v. Sean Combs,* No. 1:24-CR-00542-AS (S.D.N.Y.), dated May 13, 2025 (Official Trial Tr., Doc. 558) — Direct Examination of Casandra Ventura (a/k/a "Cassie"), pp. 328–594 (transcript pp. 404–584). Admitted into evidence without objection in Criminal Proceedings; includes testimony identifying Plaintiff Clayton Howard by name and as escort alias "Dave" (Tr. 535:21-24); identification of Government Exhibit 2A-612 (photograph of Plaintiff, admitted without objection, Tr. 534–535); testimony establishing interstate transportation of Plaintiff to New York, Miami, and Los Angeles (Tr. 535:13-15); testimony establishing that Combs's corporate travel agent arranged Plaintiff's travel under a cover identity directed by Defendant Combs (Tr. 542:1-19); and testimony establishing Plaintiff as one of three "most frequently used" escorts (Tr. 540:4-6).

*[Additional transcript volumes will be filed by separate Notice as they are obtained and certified. Plaintiff reserves the right to supplement this Notice prior to the July 15, 2026 hearing.]*

## III.  DIRECT RELEVANCE TO PENDING MOTIONS TO DISMISS

The transcript filed herewith is directly relevant to, and submitted in direct opposition to, the pending Motions to Dismiss filed by Defendants Sean Combs and Casandra Ventura. Specifically:

**A.  TVPA Beneficiary Liability (18 U.S.C. § 1595).**  Ventura's sworn testimony establishes each element of commercial sex act liability as to Plaintiff under § 1595 of the Trafficking Victims Protection Act: (i) Plaintiff was paid $1,500 to $7,000 per session (Tr. 532-534); (ii)

Howard v. Combs et al., No. 2:25-cv-06031-AH-DMKx   **Plaintiff's Notice of Filing of Trial Transcripts**

payments were made in cash from Combs's funds through Ventura as intermediary (Tr. 532:17-23); (iii) Plaintiff was transported in interstate commerce from New York to Miami and Los Angeles at the direction of Combs's enterprise (Tr. 535:13-20); and (iv) the freak-off system constituted a coercive venture under Combs's exclusive direction, with Ventura stating she "hated it" and participated under compulsion (Tr. 543, 563).

**B. Civil RICO — Mann Act Predicate Acts (18 U.S.C. § 2421).** Combs was convicted in the Criminal Proceedings of Mann Act violations (18 U.S.C. §§ 2421-2424). Ventura's testimony establishes that Plaintiff traveled interstate specifically for commercial sexual activity arranged and paid for by Combs's enterprise, satisfying the RICO predicate act element for each freak-off in which Plaintiff participated (Tr. 535:13-20; 541-542).

**C. Identity and Standing.** Defendants' MTD arguments contest Plaintiff's ability to establish his identity as a participant in the events at issue. Ventura's sworn identification of Plaintiff by his legal name ("His real name is Clayton ... Howard," Tr. 535:22-24), confirmed by the admission of Government Exhibit 2A-612 (Plaintiff's photograph, admitted without objection, Tr. 534-535), and corroborated by Government Stipulation GX 1312-R, collectively refute any standing or identity challenge.

**D. Enterprise Liability and Conscious Concealment.** Ventura's testimony that Combs directed her to misrepresent Plaintiff's identity to Combs's corporate travel agent — presenting him as a "new employee" or job candidate — "by his direction" (Tr. 542:7-8), establishes (i) Combs's knowledge that the arrangement was improper or illegal; (ii)

consciousness of guilt; and (iii) active concealment through corporate instrumentalities, all probative to RICO enterprise and scienter elements.

### IV.  RELATIONSHIP TO PRIOR FILINGS

This Notice is filed as a supplemental and independent mechanism for placing these transcripts before the Court. It is not intended to supersede, replace, or limit the following prior filings:

**(a)** Plaintiff's Request for Judicial Notice Under Fed. R. Evid. 201 (Dkt. 124), which seeks formal judicial notice of these transcripts as official records of a federal court proceeding. Defendants opposed that Request following a Local Rule 7-3 conference. This Notice of Filing operates independently of and in addition to that Request.

**(b)** Plaintiff's Notice of Simultaneous Filing (Dkt.122-1), which provided notice of the filing of transcript materials in connection with Plaintiff's MTD Opposition. That prior Notice addressed procedural simultaneity; the present Notice operates as a standalone docket entry for the transcripts themselves.

**(c)** Plaintiff's Opposition to Defendants' Motions to Dismiss (Dkt. 93,99), which cites and attaches excerpts of these transcripts as exhibits. Those attachments are incorporated herein by reference.

The filing of this Notice is not a motion. No response, hearing date, or ruling is requested. This Notice requires no action from Defendants and does not constitute a new evidentiary motion subject to the Local Rule 7-3 meet-and-confer requirement.

### V.  AUTHENTICITY AND CERTIFICATION OF TRANSCRIPT

The transcript attached hereto as Exhibit 1 is a true and correct copy of the official trial transcript filed in United States v. Sean Combs, No. 1:24-CR-00542-AS (S.D.N.Y.), as Document 558, filed December 18, 2025, by the official Southern District Reporters, P.C. Plaintiff certifies under penalty of perjury pursuant to 28 U.S.C. § 1746 that the attached copy is accurate and complete as to the pages filed herewith.

## VI.  CHAMBERS COPY

Pursuant to the procedures of the Honorable Anne Hwang and the General Orders of the Central District of California, a courtesy chambers copy of this Notice and attached exhibit(s) will be delivered to Chambers within 24 hours of electronic filing, tabbed and bound, with this Notice as the first document followed by the transcript exhibit(s).

Respectfully submitted,

Dated: June 27, 2026

*Clayton Howard*

**CLAYTON HOWARD**

Pro Se Plaintiff

24 Orchard Street

Carteret, New Jersey 07008