**CLAYTON HOWARD**

Pro Se Plaintiff

24 Orchard Street

Carteret, New Jersey 07008

(929) 781-7791

itsclaytonhoward@gmail.com

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CLAYTON HOWARD,<br><br>    *Plaintiff*,<br><br>    v.<br><br>SEAN COMBS;<br>CASANDRA VENTURA;<br>BAD BOY ENTERTAINMENT LLC;<br>CEOPCO, L.L.C,<br>    *Defendants*. | **Case No. 2:25-cv-06031-AH-DMKx**<br><br><br><br><br><br><br><br>Assigned to: Hon. Anne Hwang<br>Courtroom 9C, Western Division<br>MTD Hearing: July 15, 2026 at 1:30 p.m. |

<u>**PLAINTIFF'S NOTICE OF FILING OF TRIAL TRANSCRIPT**</u>

<u>**FROM UNITED STATES v. SEAN COMBS,**</u>

<u>**No. 1:24-CR-00542-AS (S.D.N.Y.) — MAY 14, 2025**</u>

<u>**IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS'**</u>

## MOTIONS TO DISMISS

## I.  INTRODUCTION AND PURPOSE OF NOTICE

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 5(d), Local Rule 7-12 of the Central District of California, and this Court's inherent authority to manage the record before it, Plaintiff CLAYTON HOWARD, proceeding pro se, hereby gives formal Notice of Filing of the trial transcript identified herein from the federal criminal proceedings styled United States v. Sean Combs, No. 1:24-CR-00542-AS (S.D.N.Y.) (hereinafter "the Criminal Proceedings").

This Notice is filed as an independent, standalone mechanism for lodging the attached transcript into the civil record of Howard v. Combs et al., No. 2:25-cv-06031-AH-DMKx, separate from and in addition to: (1) the citations and attachments contained in Plaintiff's Opposition to Defendants' Motions to Dismiss ("MTD Opposition"); (2) Plaintiff's Request for Judicial Notice (Dkt. 124) of trial transcripts as official federal court records under Federal Rule of Evidence 201; and (3) Plaintiff's Notice of Simultaneous Filing (Dkt. 122-1) previously docketed herein.

By filing this Notice, Plaintiff creates a standalone docket entry that places the attached transcript into the record independently of any motion or ruling, ensuring the Court's unimpeded access to these materials in connection with the Motions to Dismiss hearing currently scheduled for July 15, 2026, at 1:30 p.m. before the Honorable Anne Hwang, Courtroom 9C.

## II.  IDENTIFICATION OF TRANSCRIPT FILED

The following transcript from the Criminal Proceedings is attached hereto as Exhibit 1:

**Exhibit 1.**  Trial Transcript, *United States v. Sean Combs,* No. 1:24-CR-00542-AS (S.D.N.Y.), dated May 14, 2025 (Official Trial Tr., Doc. 560, filed December 18, 2025). Continued sworn direct examination of Casandra Ventura (a/k/a "Cassie"), pp. 595–859 (Tr. testimony pp. 624–859). Ventura confirmed she remained under oath at the outset (Tr. p. 624, ll. 9-10). Direct examination completed this day. Contains: Combs text message 'I'll fly Dave in' (GX B-622, Tr. pp. 659, 661) — documentary

Howard v. Combs, No. 2:25-cv-06031-AH-DMKx  |  **Notice of Filing — May 14, 2025 Transcript**

proof of Combs-directed interstate transportation of Plaintiff; specific freak-off at Hamptons motel with Plaintiff present during Ventura's GHB overdose (Tr. pp. 697-698); video still image depicting Plaintiff and Ventura (GX BX-206-B, admitted without objection, published to jury, Tr. p. 750); 13 additional escort photographs admitted; Combs video-blackmail threats immediately after freak-offs; physical assaults at New York, Los Angeles, and Miami freak-offs witnessed by escorts; and Combs's $20 million settlement with Ventura within 24 hours of filing.

### III.  DIRECT RELEVANCE TO PENDING MOTIONS TO DISMISS

The transcript filed herewith is directly relevant to, and submitted in direct opposition to, the pending Motions to Dismiss filed by Defendants Sean Combs and Casandra Ventura. Specifically:

**A.  Combs's Direct Direction of Plaintiff's Interstate Transportation.** Government Exhibit B-622 — Combs's own text message stating 'I'll fly Dave in' (Tr. pp. 659, 661) — constitutes direct documentary evidence that Defendant Combs personally directed and arranged Plaintiff's interstate transportation for freak-offs, satisfying the interstate commerce element of the Mann Act predicate act for RICO (18 U.S.C. § 2421) and the 'venture' and 'means' elements of TVPA § 1595.

**B.  Video Evidence — Plaintiff's Identity and Presence.**  Government Exhibit BX-206-B — a still image from a freak-off video depicting Plaintiff and Ventura together — was admitted into evidence without objection and published to the jury (Tr. p. 750, ll. 11-14). This constitutes independent visual corroboration of Plaintiff's identity and physical presence at a freak-off, directly relevant to Defendants' identity-based MTD arguments.

**C.  Coercion via Video Threats — Enterprise Control.**  Testimony that Combs immediately threatened to release freak-off videos following freak-offs corroborates the coercive regime under which Ventura participated and establishes Combs's consciousness that recording and threatening to disseminate the videos was a mechanism for enterprise control — probative to force, fraud, or coercion elements under TVPA § 1591(a)(1).

Howard v. Combs, No. 2:25-cv-06031-AH-DMKx | **Notice of Filing — May 14, 2025 Transcript**

**D.  Geographic Scope — Assault in New York, Los Angeles, Miami.**  Testimony that Combs physically assaulted Ventura at freak-offs in New York, Los Angeles, and Miami — each city in which Plaintiff also participated — and that escorts present heard and were aware of this violence, establishes that the coercive environment was known to and experienced by escort participants, including Plaintiff.

## IV.  RELATIONSHIP TO PRIOR FILINGS

This Notice is filed as a supplemental and independent mechanism for placing this transcript before the Court. It is not intended to supersede, replace, or limit the following prior filings:

**(a)**  Plaintiff's Request for Judicial Notice Under Fed. R. Evid. 201 (Dkt. 124), which seeks formal judicial notice of these transcripts as official records of a federal court proceeding. Defendants opposed that Request following a Local Rule 7-3 conference. This Notice of Filing operates independently of and in addition to that Request.

**(b)**  Plaintiff's Notice of Simultaneous Filing (Dkt. 122-1), which provided notice of the filing of transcript materials in connection with Plaintiff's MTD Opposition. The present Notice operates as a standalone docket entry for this transcript.

**(c)**  Plaintiff's Opposition to Defendants' Motions to Dismiss (Dkt. 93, 99), which cites and attaches excerpts of these transcripts as exhibits. Those attachments are incorporated herein by reference.

The filing of this Notice is not a motion. No response, hearing date, or ruling is requested. This Notice requires no action from Defendants and does not constitute a new evidentiary motion subject to the Local Rule 7-3 meet-and-confer requirement.

## V.  AUTHENTICITY AND CERTIFICATION OF TRANSCRIPT

The transcript attached hereto as Exhibit 1 is a true and correct copy of the official trial transcript filed in United States v. Sean Combs, No. 1:24-CR-00542-AS (S.D.N.Y.), as Document 560, filed December 18, 2025, by the official Southern District Reporters, P.C. Plaintiff certifies under penalty of perjury pursuant to 28 U.S.C. § 1746 that the attached copy is accurate and complete as to the pages filed herewith.

## VI.  CHAMBERS COPY

Howard v. Combs, No. 2:25-cv-06031-AH-DMKx  |  **Notice of Filing — May 14, 2025 Transcript**

Pursuant to the procedures of the Honorable Anne Hwang and the General Orders of the Central District of California, a courtesy chambers copy of this Notice and attached exhibit(s) will be delivered to Chambers within 24 hours of electronic filing, tabbed and bound, with this Notice as the first document followed by the transcript exhibit(s).

Respectfully submitted,

Dated: June 27, 2026

*Clayton Howard*

**CLAYTON HOWARD**

Pro Se Plaintiff

24 Orchard Street

Carteret, New Jersey 07008

(929) 781-7791

itsclaytonhoward@gmail.com