Clayton Howard

24 Orchard Street

Carteret, New Jersey 07008

(929) 781-7791

itsclaytonhoward@gmail.com

Plaintiff, Pro Se

FILED

CLERK, U.S. DISTRICT COURT

6/25/2026

CENTRAL DISTRICT OF CALIFORNIA

BY_____jji_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

CLAYTON HOWARD,

  *Plaintiff*,

v.

SEAN COMBS,

CASANDRA VENTURA,

BAD BOY ENTERTAINMENT, LLC, and

CEOPCO, LLC,

  *Defendants*,

**Case No. 2:25-cv-06031-AH-DMKx**

**DECLARATION OF CLAYTON HOWARD REGARDING USE OF ARTIFICIAL INTELLIGENCE**

*[Required by Section E.5 of the Standing Order for Civil Cases Assigned to Judge Anne Hwang]*

I, Clayton Howard, declare as follows:

1. I am the Plaintiff in the above-captioned action, appearing pro se. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to them.

2. Pursuant to Section E.5 of the Court's Standing Order for Civil Cases, I disclose that I used a generative artificial intelligence tool, Prosei.com (Anthropic PBC), to assist in drafting portions of *Memorandum in Support of Supplemental Request for Judicial Notice, Notice of Supplemental filing Simultaneous Ruling, Plaintiff's Ex Parte Application for Leave to File a Sur-Reply and the Memorandum of Points and Authorities in Support Thereof"]* (the "Filing").

3. I personally reviewed the source material relied upon in the Filing, including the cited case law, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Local Rules of this Court, this Court's Standing Order for Civil Cases, and the record in this action and in *United States v. Sean Combs*, No. 24-cr-542 (AS) (S.D.N.Y.).

4. I independently verified the case citations contained in the Filing against the underlying published or otherwise publicly available decisions before relying on them, and I verified the factual assertions in the Filing against the documents and record citations on which they are based.

5. Having conducted that review, I certify that the artificially generated content contained in the Filing is accurate to the best of my knowledge, information, and belief, and that the Filing complies with my obligations under Federal Rule of Civil Procedure 11(b).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on *June 21, 2026*, at *Carteret, New Jersey*.

*Clayton Howard*

Clayton Howard

Pro Se

DECLARATION RE USE OF ARTIFICIAL INTELLIGENCE