# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | CASE NUMBER: |
|---|---|---|
| CLAYTON HOWARD | | 2:25–cv–06031–AH–DMK |
| | Plaintiff(s), | |
| v. | | |
| SEAN COMBS, et al. | | **ORDER IN RESPONSE TO NOTICE TO FILER** |
| | Defendant(s). | **OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 06/10/2026 | 110 | Letter |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

The document is stricken .

DATED: June 29, 2026                           /s/ *Diana M. Kwok*
                                                          United States Magistrate Judge

G–112B (07/24)    **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT**