Melodie Han (Bar No. 357207)
Douglas H. Wigdor (*pro hac vice* forthcoming)
Meredith A. Firetog (*pro hac vice* forthcoming)
mhan@wigdorlaw.com
dwigdor@wigdorlaw.com
mfiretog@wigdorlaw.com
WIGDOR LLP
85 Fifth Avenue, Floor 5
New York, NY 10003
Tel. (212) 257-6800
Fax. (212) 257-6845

*Counsel for Defendant Casandra Ventura*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CLAYTON HOWARD,<br><br>Plaintiff,<br><br>v.<br><br>SEAN COMBS, CASANDRA VENTURA, BAD BOY ENTERTAINMENT, L.L.C., CEOPCO, L.L.C.<br><br>Defendants. | **Case No. 2:25-cv-6031-AH-JPR**<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S *EX PARTE* APPLICATION FOR LEAVE TO FILE A SUR-REPLY IN FURTHER OPPOSITION TO DEFENDANT VENTURA'S MOTION TO DISMISS THE FOURTH AMENDED COMPLAINT**<br><br>Hearing Date: July 15, 2026<br>Time: 1:30 p.m.<br>Judge: Hon. Anne Hwang<br>Courtroom: 9C |

The Court, having considered Plaintiff's *ex parte* application for leave to file a sur-reply in further opposition to Defendant Ventura's motion to dismiss the Fourth Amended Complaint, and finding good cause therefore, hereby **DENIES** the Application.

**IT IS SO ORDERED**.

Dated:

_____
The Honorable Anne Hwang
United States District Judge

[PROPOSED] ORDER