Melodie Han (Bar No. 357207)
Douglas H. Wigdor (*pro hac vice* forthcoming)
Meredith A. Firetog (*pro hac vice* forthcoming)
mhan@wigdorlaw.com
dwigdor@wigdorlaw.com
mfiretog@wigdorlaw.com
WIGDOR LLP
85 Fifth Avenue, Floor 5
New York, NY 10003
Tel. (212) 257-6800
Fax. (212) 257-6845

*Counsel for Defendant Casandra Ventura*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CLAYTON HOWARD,<br><br>Plaintiff,<br><br>v.<br><br>SEAN COMBS, CASANDRA VENTURA, BAD BOY ENTERTAINMENT, L.L.C., CEOPCO, L.L.C.<br><br>Defendants. | **Case No. 2:25-cv-6031-AH-DMKx**<br><br>**DECLARATION OF MELODIE HAN IN OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION TO STRIKE DEFENDANT CASANDRA VENTURA'S MOTION TO DISMISS THE FOURTH AMENDED COMPLAINT**<br><br>Hearing Date: July 15, 2026<br>Time: 1:30 p.m.<br>Judge: Hon. Anne Hwang<br>Courtroom: 9C |

I, Melodie Han, hereby declare as follows:

1.      I am an attorney duly licensed to practice before this Court and am an associate with the law firm of Wigdor LLP, attorneys of record herein for Defendant Casandra Ventura.

2.      I am sufficiently familiar with the facts set forth herein to competently testify to them if required to do so.

3.      On May 2, 2026, Plaintiff emailed me requesting courtesy copies of the Motion to Dismiss which was filed the day before.  A courtesy copy was promptly provided to him.

4.      Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff's email to Defendants' counsel dated December 18, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: July 1, 2026                                    Respectfully submitted,

                                                       Melodie Han

- 2 -
DECLARATION OF MELODIE HAN