# Exhibit 1

 Outlook

---

**Re: Joint Stipulation Extending Time to Respond to TAC**

---

**From** Clayton Howard <itsclaytonhoward@gmail.com>

**Date** Thu 12/18/2025 8:53 AM

**To**   David Russell <dcr@jddavispc.com>

**Cc**   Meredith Firetog <mfiretog@wigdorlaw.com>; Douglas Wigdor <dwigdor@wigdorlaw.com>; Melodie Han <mhan@wigdorlaw.com>; Michael Schonbuch <schonbuch@schonbuchhallissy.com>; Lilah Cook <Cook@schonbuchhallissy.com>; Jonathan Davis <jdd@jddavispc.com>

📎 2 attachments (106 KB)

2025.12.17 - Joint Stipulation Extending Time to Respond to Complaint (For Circulation).docx; 2025.12.17 - Declaration (Cook) ISO Joint Stipulation Extending Time to Respond to Complaint (For Circulation).docx;

Counselors

   Good morning after reviewing the stipulation and declaration I feel that it needs to add one detail to it regarding why I filed a motion seeking to file the TAC. I contacted Ms Cook on 11/21/2025 as the documents state but there is a detail I feel is relevant and must be noted to the court within this document. I only filed the motion due to non responsiveness of counsel after waiting nine (9) days and receiving no reply from Ms Cook. I have not had the best experience with counsel prior to the communications becoming consistent. Counsel for Ms Ventura has been evasive, and deceptive leading to my complete lack of trust when dealing with them. This is why I refused to sign for any party other than myself.

   Therefore I have added that detail, as I do not wish the court to believe I filed the motion without cause. My cause was the lack of a reply, and based on my prior experience with the Wigdor firm, trust is lacking in regard to the word of counsel. Ms. Han this does not apply to you.  Mr Russell you are also not the issue, and therefore I will not hold you to the same opinion I have of  the Wigdor firm. Ms Cook I believe your trip, now that I am aware, may have been the reason for your delay, and if that was the situation I apologize for my quick action. I simply seek to comply with the court, and I admit I may have misjudged your non responsiveness basing it on the conduct of others. Forgive my questioning of your tactics as I may have been mistaken

   Please review the addition, and I consent if it is left in just for purposes of documenting my own conduct which was done in good faith. I believe I did not add a "d: to the word file in my numbered addition of Ms Cooks declaration which would need to be corrected. Other than that, with the addition I consent.

Clayton Howard
Plaintiff
Pro Se
(929)781-7791

On Wed, Dec 17, 2025 at 5:40 PM David Russell <dcr@jddavispc.com> wrote:

> Dear Mr. Howard and Ms. Firetog,
>
> Please find attached a draft stipulation, and supporting documents, extending Defendants' time to respond to the TAC. If either of you have any edits, please let us know.
>
> If not, please let us know that you consent to us signing the stipulation on your behalf.
>
> Best,
>
> **David Russell | Jonathan D. Davis, P.C.**

Attorneys at Law

1 Rockefeller Plaza, Suite 1712 | New York, New York 10020

Tel: (212) 687-5464 | Fax: (212) 697-2521

Email: dcr@jddavispc.com | Website: www.jddavispc.com