Melodie Han (Bar No. 357207)
Douglas H. Wigdor (*pro hac vice* forthcoming)
Meredith A. Firetog (*pro hac vice* forthcoming)
mhan@wigdorlaw.com
dwigdor@wigdorlaw.com
mfiretog@wigdorlaw.com
WIGDOR LLP
85 Fifth Avenue, Floor 5
New York, NY 10003
Tel. (212) 257-6800
Fax. (212) 257-6845

*Counsel for Defendant Casandra Ventura*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CLAYTON HOWARD,<br><br>                    Plaintiff,<br><br>        v.<br><br>SEAN COMBS, CASANDRA VENTURA, BAD BOY ENTERTAINMENT, L.L.C., CEOPCO, L.L.C.<br><br>                    Defendants. | **Case No. 2:25-cv-6031-AH-JPR**<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION FOR ORDER STRIKING DEFENDANT CASANDRA VENTURA'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH** <u>**LOCAL RULE 7-3**</u><br><br>Hearing Date: July 15, 2026<br>Time: 1:30 p.m.<br>Judge: Hon. Anne Hwang<br>Courtroom: 9C |

The Court, having considered Plaintiff's *ex parte* application for Application for Order Striking Defendant Casandra Ventura's Motion to Dismiss the Fourth Amended Complaint or, in the Alternative, to Transfer Venue (Dkt. 89) for Failure to Comply with Local Rule 7-3, and finding good cause therefore, hereby **DENIES** the Application.

**IT IS SO ORDERED**.

Dated:

_____
The Honorable Anne Hwang
United States District Judge

- 2 -
[PROPOSED] ORDER