Melodie Han (Bar No. 357207)
Douglas H. Wigdor (*pro hac vice* forthcoming)
Meredith A. Firetog (*pro hac vice* forthcoming)
mhan@wigdorlaw.com
dwigdor@wigdorlaw.com
mfiretog@wigdorlaw.com
WIGDOR LLP
85 Fifth Avenue, Floor 5
New York, NY 10003
Tel. (212) 257-6800
Fax. (212) 257-6845

*Counsel for Defendant Casandra Ventura*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| CLAYTON HOWARD, <br><br> Plaintiff, <br><br> v. <br><br> SEAN COMBS, CASANDRA VENTURA, BAD BOY ENTERTAINMENT, L.L.C., CEOPCO, L.L.C. <br><br> Defendants. | **Case No. 2:25-cv-6031-AH-JPRx** <br><br> **ORDER GRANTING REMOTE APPEARANCE REQUEST  [146]** <br><br> Hearing Date: July 22, 2026 <br> Time: 1:30 p.m. <br> Judge: Hon. Anne Hwang <br> Courtroom: 9C |

This Court, having considered Counsel for Defendant Casandra Ventura's request for a remote appearance at the July 22, 2026 hearing on Defendant Ventura's Motion to Dismiss Plaintiff's Fourth Amended Complaint (ECF 89) and found that good cause has been shown, hereby ORDERS as follows: Counsel for Defendant Casandra Ventura may appear remotely via Zoom for the July 22, 2026 Hearing.

Counsel are directed to visit the ZOOM Webinar Information, that can be found on the Court's Website, under Judge Hwang's Procedures. Counsel may log in at least 15 minutes in advance of the hearing.

Counsel and the parties are reminded that there is a general prohibition against photographing, recording, and rebroadcasting of court proceedings (including those held by telephone or video conference) and any recording of a court proceeding held by video or teleconference, including "screenshots"or other visual copying of a hearing, is absolutely prohibited.

**IT IS SO ORDERED**.

Dated: JULY 13, 2026

_____
The Honorable Anne Hwang
United States District Judge

- 2 -
ORDER