# EXHIBIT A

| From: | Clayton Howard |
|---|---|
| To: | Lilah Cook |
| Cc: | Melodie Han; Michael Schonbuch; Meredith Firetog; Yvett Espinoza; Kinji Hithe Baker; Nicole Duarte |
| Subject: | Re: 3324.018 Re: Howard v. Combs, No. 2:25-cv-06031-AH-DMK — L.R. 7-3 Conference of Counsel re Plaintiff"s Anticipated Rule 201 Motion for Judicial Notice |
| Date: | Friday, June 12, 2026 2:11:50 AM |
| Attachments: | image009.png |
| | image011.png |
| | image005.jpg |
| | image004.jpg |
| | image010.png |
| | image006.png |
| | image003.jpg |
| | image008.png |
| | image007.png |
| | image012.jpg |

Will do.

Sent from my mobile device, please excuse brevity and/or spelling mistakes.

On Thu, Jun 11, 2026 at 11:27 PM Lilah Cook <Cook@schonbuchhallissy.com> wrote:

Sounds good. Once we have a time, please send me a Zoom link.

Lilah N. Cook, Esq.

Associate Attorney

**SCHONBUCH HALLISSY LLP**

11999 San Vicente Boulevard, Suite 300

Los Angeles, California 90049
Phone: (310) 556-7900

Direct: (310) 789-4236
Email: cook@schonbuchhallissy.com

Web: https://schonbuchhallissy.com

**PLEASE NOTE OUR NEW FIRM NAME AND CONTACT INFORMATION**

PRIVILEGE AND CONFIDENTIALITY NOTICE:  This email may contain confidential and privileged information.  If you are not the intended recipient, any unauthorized review, use, dissemination, distribution, downloading, forwarding, and/or copying of this email and its attachments is prohibited.  If you are not the intended recipient and have received this communication in error, please immediately notify me by calling (310) 556-7900.  Thank you.

**From:** Clayton Howard <itsclaytonhoward@gmail.com>
**Sent:** Thursday, June 11, 2026 4:31 PM
**To:** Lilah Cook <Cook@schonbuchhallissy.com>
**Cc:** Melodie Han <mhan@wigdorlaw.com>; Michael Schonbuch <schonbuch@schonbuchhallissy.com>; Meredith Firetog <mfiretog@wigdorlaw.com>; Yvett Espinoza <espinoza@schonbuchhallissy.com>; Kinji Hithe Baker <Baker@schonbuchhallissy.com>; Nicole Duarte <duarte@schonbuchhallissy.com>
**Subject:** Re: 3324.018 Re: Howard v. Combs, No. 2:25-cv-06031-AH-DMK — L.R. 7-3 Conference of Counsel re Plaintiff's Anticipated Rule 201 Motion for Judicial Notice

Ms Cook

   I am leaving tonight and will arrive early am in my destination. I am free all day and willing to accomdate you and Ms Han regarding your availablilty and whatever time you too are available

Clayton Howard

Plaintiff Pro se

Sent from my mobile device, please excuse brevity and/or spelling mistakes.

On Thu, Jun 11, 2026 at 7:27 PM Lilah Cook <Cook@schonbuchhallissy.com> wrote:

> Mr. Howard: I am leaving the country tomorrow for two weeks. It will need to be first thing in the morning Pacific time. What is your availability tomorrow?
>
> Lilah N.

Cook, Esq.

Associate Attorney

**SCHONBUCH HALLISSY LLP**

11999 San Vicente Boulevard, Suite 300

Los Angeles, California 90049
Phone: (310) 556-7900

Direct: (310) 789-4236
Email: cook@schonbuchhallissy.com

Web: https://schonbuchhallissy.com

**PLEASE NOTE OUR NEW FIRM NAME AND CONTACT INFORMATION**

PRIVILEGE AND CONFIDENTIALITY NOTICE:  This email may contain confidential and privileged information.  If you are not the intended recipient, any unauthorized review, use, dissemination, distribution, downloading, forwarding, and/or copying of this email and its attachments is prohibited.  If you are not the intended recipient and have received this communication in error, please immediately notify me by calling (310) 556-7900.  Thank you.

---

**From:** Clayton Howard <itsclaytonhoward@gmail.com>
**Sent:** Thursday, June 11, 2026 4:25 PM
**To:** Lilah Cook <Cook@schonbuchhallissy.com>
**Cc:** Melodie Han <mhan@wigdorlaw.com>; Michael Schonbuch <schonbuch@schonbuchhallissy.com>; Meredith Firetog <mfiretog@wigdorlaw.com>; Yvett Espinoza <espinoza@schonbuchhallissy.com>; Kinji Hithe Baker <Baker@schonbuchhallissy.com>; Nicole Duarte <duarte@schonbuchhallissy.com>
**Subject:** Re: 3324.018 Re: Howard v. Combs, No. 2:25-cv-06031-AH-DMK — L.R. 7-3 Conference of Counsel re Plaintiff's Anticipated Rule 201 Motion for Judicial Notice

Counselors

I have awaited your replies to our rescheduling of the meet and confer all weeks. Resoectfully i must impose upon you for a response. I would like to have this address before the end of business tomorrow and I ask you comply and provide a date you are available to meet with me to discuss my notice and motion regarding judical notice

Clayton Howard

Plaintiff pro se

Sent from my mobile device, please excuse brevity and/or spelling mistakes.

On Wed, Jun 10, 2026 at 1:04 PM Clayton Howard <itsclaytonhoward@gmail.com> wrote:

> Ms Cook
>
> Immediately based on yourself and counsel for Defendant Ventura. Sorry for the delay i was in a car accident Saturday
>
> Clayton Howard
>
> Sent from my mobile device, please excuse brevity and/or spelling mistakes.

On Tue, Jun 9, 2026 at 2:50 PM Lilah Cook <Cook@schonbuchhallissy.com> wrote:

> Hi Mr. Howard: Understood. When were you thinking of rescheduling?
>
> Lilah N. Cook, Esq.
> Associate Attorney
> **SCHONBUCH HALLISSY LLP**
> 11999 San Vicente Boulevard, Suite 300

Los Angeles, California 90049

Phone: (310) 556-7900

Direct: (310) 789-4236

Email: cook@schonbuchhallissy.com

Web: https://schonbuchhallissy.com

**PLEASE NOTE OUR NEW FIRM NAME AND CONTACT INFORMATION**

PRIVILEGE AND CONFIDENTIALITY NOTICE: This email may contain confidential and privileged information. If you are not the intended recipient, any unauthorized review, use, dissemination, distribution, downloading, forwarding, and/or copying of this email and its attachments is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify me by calling (310) 556-7900. Thank you.

---

**From:** Clayton Howard <itsclaytonhoward@gmail.com>
**Sent:** Friday, June 5, 2026 1:48:48 PM
**To:** Lilah Cook <Cook@schonbuchhallissy.com>
**Cc:** Melodie Han <mhan@wigdorlaw.com>; Michael Schonbuch <schonbuch@schonbuchhallissy.com>; Meredith Firetog <mfiretog@wigdorlaw.com>; Yvett Espinoza <espinoza@schonbuchhallissy.com>; Kinji Hithe Baker <Baker@schonbuchhallissy.com>

**Subject:** Re: 3324.018 Re: Howard v. Combs, No. 2:25-cv-06031-AH-DMK — L.R. 7-3 Conference of Counsel re Plaintiff's Anticipated Rule 201 Motion for Judicial Notice

Ms Cook

   I made a rookie error and scheduled this zoom to a court appearence. The Judge showed up 45 mins late. I ask we rescheule with respect to all counsels availabilty and i deeply apologize To all parties involved

Clayton H

Sent from my mobile device, please excuse brevity and/or spelling mistakes.

Sent from my mobile device, please excuse brevity and/or spelling mistakes.

On Fri, Jun 5, 2026 at 4:11 PM Lilah Cook <Cook@schonbuchhallissy.com> wrote:

> Mr. Howard: Ms. Ventura's counsel and I were on the Zoom link, but you did not show up. Please advise how you would like to proceed. We have logged off. Thanks, and have a great weekend.
>
> Sincerely,
>
> Lilah Cook
>
>
> Lilah N. Cook, Esq.
>
> Associate Attorney
>
> **SCHONBUCH HALLISSY LLP**
>
> 11999 San Vicente Boulevard, Suite 300
>
> Los Angeles, California 90049
> Phone: (310) 556-7900
>
> Direct: (310) 789-4236
> Email: cook@schonbuchhallissy.com
>
> Web: https://schonbuchhallissy.com
>
> <span style="color:red">**PLEASE NOTE OUR NEW FIRM NAME AND CONTACT INFORMATION**</span>
>
> PRIVILEGE AND CONFIDENTIALITY NOTICE:  This email may contain confidential and privileged information.  If you are not the intended recipient, any unauthorized review, use, dissemination, distribution, downloading, forwarding, and/or copying of this email

and its attachments is prohibited.  If you are not the intended recipient and have received this communication in error, please immediately notify me by calling (310) 556-7900.  Thank you.

---

**From:** Lilah Cook
**Sent:** Friday, June 5, 2026 1:06 PM
**To:** Clayton Howard <itsclaytonhoward@gmail.com>; Melodie Han <mhan@wigdorlaw.com>
**Cc:** Michael Schonbuch <schonbuch@schonbuchhallissy.com>; Meredith Firetog <mfiretog@wigdorlaw.com>; Yvett Espinoza <espinoza@schonbuchhallissy.com>; Kinji Hithe Baker <Baker@schonbuchhallissy.com>
**Subject:** RE: 3324.018 Re: Howard v. Combs, No. 2:25-cv-06031-AH-DMK — L.R. 7-3 Conference of Counsel re Plaintiff's Anticipated Rule 201 Motion for Judicial Notice

Mr. Howard: Do you plan on joining the Zoom?

Lilah N. Cook, Esq.

Associate Attorney

**SCHONBUCH HALLISSY LLP**

11999 San Vicente Boulevard, Suite 300

Los Angeles, California 90049
Phone: (310) 556-7900

Direct: (310) 789-4236
Email: cook@schonbuchhallissy.com

Web: https://schonbuchhallissy.com

**PLEASE NOTE OUR NEW FIRM NAME AND CONTACT INFORMATION**

PRIVILEGE AND CONFIDENTIALITY NOTICE:  This email may contain confidential and privileged information.  If you are not the intended recipient, any unauthorized review, use, dissemination, distribution, downloading, forwarding, and/or copying of this email and its attachments is prohibited.  If you are not the intended recipient and have received this communication in error, please immediately notify me by calling (310) 556-7900.  Thank you.

---

**From:** Lilah Cook <Cook@schonbuchhallissy.com>
**Sent:** Wednesday, June 3, 2026 7:41 PM
**To:** Clayton Howard <itsclaytonhoward@gmail.com>; Melodie Han <mhan@wigdorlaw.com>
**Cc:** Michael Schonbuch <schonbuch@schonbuchhallissy.com>; Meredith Firetog <mfiretog@wigdorlaw.com>; Yvett Espinoza <espinoza@schonbuchhallissy.com>; Kinji Hithe Baker <baker@schonbuchhallissy.com>
**Subject:** Re: 3324.018 Re: Howard v. Combs, No. 2:25-cv-06031-AH-DMK — L.R. 7-3 Conference of Counsel re Plaintiff's Anticipated Rule 201 Motion for Judicial Notice

Yes, confirmed! Sending link shortly.

Lilah N. Cook, Esq.
Associate Attorney
**SCHONBUCH HALLISSY LLP**
11999 San Vicente Boulevard, Suite 300
Los Angeles, California 90049
Phone: (310) 556-7900
Direct: (310) 789-4236
Email: cook@schonbuchhallissy.com
Web: https://schonbuchhallissy.com

**PLEASE NOTE OUR NEW FIRM NAME AND CONTACT INFORMATION**

PRIVILEGE AND CONFIDENTIALITY NOTICE:  This email may contain confidential and privileged information.  If you are not the intended recipient, any unauthorized review, use, dissemination, distribution, downloading, forwarding, and/or copying of this email and its attachments is prohibited.  If you are not the intended recipient and have received this communication in error, please immediately notify me by calling (310) 556-7900.  Thank you.

**From:** Clayton Howard <itsclaytonhoward@gmail.com>
**Sent:** Wednesday, June 3, 2026 2:59:20 PM
**To:** Melodie Han <mhan@wigdorlaw.com>
**Cc:** Lilah Cook <Cook@schonbuchhallissy.com>; Michael Schonbuch <schonbuch@schonbuchhallissy.com>; Meredith Firetog <mfiretog@wigdorlaw.com>; Yvett Espinoza <espinoza@schonbuchhallissy.com>; Kinji Hithe Baker <baker@schonbuchhallissy.com>
**Subject:** Re: 3324.018 Re: Howard v. Combs, No. 2:25-cv-06031-AH-DMK — L.R. 7-3 Conference of Counsel re Plaintiff's Anticipated Rule 201 Motion for Judicial Notice

Ms cook

Please confirm if Friday at 1pm pst and 4pm est works for you

Clayton H

Sent from my mobile device, please excuse brevity and/or spelling mistakes.

On Wed, Jun 3, 2026 at 2:45 PM Melodie Han <mhan@wigdorlaw.com> wrote:

> 1pm PT / 4pm ET on Friday works for us.  Thank you.
>
> **Melodie Han**
> Associate
>
> 212 257 6800
> 85 Fifth Avenue
> New York, NY 10003
>
> **wigdorlaw.com**
>
>



This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail or phone. Thank you.

**From:** Clayton Howard <itsclaytonhoward@gmail.com>
**Sent:** Tuesday, June 2, 2026 9:51 PM
**To:** Lilah Cook <Cook@schonbuchhallissy.com>
**Cc:** Melodie Han <mhan@wigdorlaw.com>; Michael Schonbuch <schonbuch@schonbuchhallissy.com>; Meredith Firetog <mfiretog@wigdorlaw.com>; Yvett Espinoza <espinoza@schonbuchhallissy.com>; Kinji Hithe Baker <baker@schonbuchhallissy.com>

**Subject:** Re: 3324.018 Re: Howard v. Combs, No. 2:25-cv-06031-AH-DMK — L.R. 7-3 Conference of Counsel re Plaintiff's Anticipated Rule 201 Motion for Judicial Notice

Ms Cook

   Friday at 1pm works for me. If Ms Firetog and or Ms Han consents them we can schedule for Friday at 1pm

Clayton Howard

Plaintiff pro se

Sent from my mobile device, please excuse brevity and/or spelling mistakes.

On Tue, Jun 2, 2026 at 7:12 PM Lilah Cook <Cook@schonbuchhallissy.com> wrote:

> Let's do Friday at 1 pm PST/4 pm EST. I will send a link later this week. Thanks all!

 Lilah N. Cook, Esq.

Associate Attorney

**SCHONBUCH HALLISSY LLP**

11999 San Vicente Boulevard, Suite 300

Los Angeles, California 90049

Phone: (310) 556-7900

Direct: (310) 789-4236

Email: cook@schonbuchhallissy.com

Web: https://schonbuchhallissy.com

**PLEASE NOTE OUR NEW FIRM NAME AND CONTACT INFORMATION**

PRIVILEGE AND CONFIDENTIALITY NOTICE:  This email may contain confidential and privileged information.  If you are not the intended recipient, any unauthorized review, use, dissemination, distribution, downloading, forwarding, and/or copying of this email and its attachments is prohibited.  If you are not the intended recipient and have received this communication in error, please immediately notify me by calling (310) 556-7900.  Thank you.

---

**From:** Melodie Han <mhan@wigdorlaw.com>
**Sent:** Tuesday, June 2, 2026 7:10:33 PM
**To:** Clayton Howard <itsclaytonhoward@gmail.com>; Lilah Cook <Cook@schonbuchhallissy.com>
**Cc:** Michael Schonbuch <schonbuch@schonbuchhallissy.com>; Meredith Firetog <mfiretog@wigdorlaw.com>; Yvett Espinoza <espinoza@schonbuchhallissy.com>; Kinji Hithe Baker <baker@schonbuchhallissy.com>

**Subject:** Re: 3324.018 Re: Howard v. Combs, No. 2:25-cv-06031-AH-DMK — L.R. 7-3 Conference of Counsel re Plaintiff's Anticipated Rule 201 Motion for Judicial Notice

Mr. Howard,

Counsel for Ms. Ventura will endeavor to make ourselves available at the same time as Combs's attorneys on Thursday or Friday.  Please keep us in the loop.

**Melodie Han**

Associate

212 257 6800
85 Fifth Avenue
New York, NY 10003

**wigdorlaw.com**





This communication may contain Confidential or Attorney-Client Privileged Information
and/or Attorney Work Product. If you are not the addressee indicated in this message
or its intended recipient (or responsible for delivery of the message to such person(s)),
do not read, copy, or forward this message to anyone and, in such case, please
immediately destroy or delete this message, including any copies hereof, and kindly
notify the sender by reply e-mail or phone. Thank you.

---

**From:** Clayton Howard <itsclaytonhoward@gmail.com>
**Sent:** Tuesday, June 2, 2026 9:15 AM
**To:** Lilah Cook <Cook@schonbuchhallissy.com>
**Cc:** Michael Schonbuch <schonbuch@schonbuchhallissy.com>; Meredith
Firetog <mfiretog@wigdorlaw.com>; Melodie Han <mhan@wigdorlaw.com>;
Douglas Wigdor <dwigdor@wigdorlaw.com>; Yvett Espinoza
<espinoza@schonbuchhallissy.com>; Kinji Hithe Baker
<baker@schonbuchhallissy.com>
**Subject:** Re: 3324.018 Re: Howard v. Combs, No. 2:25-cv-06031-AH-DMK —
L.R. 7-3 Conference of Counsel re Plaintiff's Anticipated Rule 201 Motion for
Judicial Notice

Me Cook

Also in response to your availablity I have  availablity all day Thursday.
Fridag I am available after 4pm eastern or 1pm west coast.

Clayton Howard

Plaintiff

Pro se


Sent from my mobile device, please excuse brevity and/or spelling mistakes.


On Tue, Jun 2, 2026 at 9:11 AM Clayton Howard <itsclaytonhoward@gmail.com> wrote:

MS Cook


The documents are the same as those attached to my Opposition to your clients MTD. The documents are Exhibit A - H, not including I. For written verification they are as follows:

1. USA v Combs Sentencing Memorandum Dkt 516

2. Combs Judgement and Conviction

3. Sept 30 2026 Opinion Hon Arum Subramanian

4. Jan 30 2026 Mem Hon Arum Subramanian

5. Trial Transcripts May 13 - 16, 2026

6 Trial Transcripts June 16 - 17, 2026


All documents are within the dropbox link provided to you containing the the Opp to your MTD for Def Combs, BBE, and Ceopco


Respectfully


Clayton Howard

(929)781-7791

On Tue, Jun 2, 2026 at 9:03 AM Lilah Cook <Cook@schonbuchhallissy.com> wrote:

Mr. Howard: Would you kindly send us the documents you are requesting the Court to take judicial notice of in order for us to evaluate your request? The earliest I can meet via Zoom is Thursday of this week. I can also do a Zoom on Friday.

Lilah N. Cook, Esq.

Associate Attorney

**SCHONBUCH HALLISSY LLP**

11999 San Vicente Boulevard, Suite 300

Los Angeles, California 90049

Phone: (310) 556-7900

Direct: (310) 789-4236

Email: cook@schonbuchhallissy.com

Web: https://schonbuchhallissy.com

<span style="color:red">**PLEASE NOTE OUR NEW FIRM NAME AND CONTACT INFORMATION**</span>

PRIVILEGE AND CONFIDENTIALITY NOTICE: This email may contain confidential and privileged information. If you are not the intended recipient, any unauthorized review, use, dissemination, distribution, downloading, forwarding, and/or copying of this email and its attachments is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify me by calling (310) 556-7900. Thank you.

---

**From:** Clayton Howard <itsclaytonhoward@gmail.com>
**Sent:** Monday, June 1, 2026 12:09:41 AM
**To:** Lilah Cook <cook@schonbuchhallissy.com>; Michael Schonbuch <schonbuch@schonbuchhallissy.com>; Meredith Firetog <mfiretog@wigdorlaw.com>; Melodie Han <mhan@wigdorlaw.com>; Douglas Wigdor <dwigdor@wigdorlaw.com>
**Subject:** Howard v. Combs, No. 2:25-cv-06031-AH-DMK — L.R. 7-3 Conference of Counsel re Plaintiff's Anticipated Rule 201 Motion for Judicial Notice

Dear Counsel:

I represent myself as Plaintiff pro se in the above-referenced action. I write pursuant to Local Rule 7-3 and Section F.2 of Judge Hwang's Standing Order for Civil Cases to confer with you in advance of a motion I intend to file.

Attached are (1) a meet-and-confer letter setting out the substance of the contemplated motion, and (2) the complete motion package, which I am providing now so that you have a full opportunity to review the papers before we confer:

  - Notice of Motion and Motion for Judicial Notice of Plaintiff's Victim Status;
  - Memorandum of Law in Support;
  - Declaration of Clayton Howard, with Exhibits A through H; (Same Exhibits as filed with Plaintiff Opp to Def MTD  filed with court)
  - [Proposed] Order; and
  - Meet-and-Confer Letter (L.R. 7-3).

In brief, the motion will ask the Court, under Federal Rule of Evidence 201, to take judicial notice of a discrete set of facts that are not subject to reasonable dispute and are drawn entirely from public records and prior judicial proceedings in United States v. Sean Combs, No. 24-cr-542 (AS) (S.D.N.Y.) — principally Plaintiff's identification as a named victim of the Mann Act count of conviction (18 U.S.C. § 2421(a)) and the related record facts establishing that identification. The motion does not ask the Court to resolve any disputed fact or to adjudicate any claim or defense.

Judge Hwang's Standing Order requires that the parties confer in person or by videoconference and provides that email correspondence is insufficient. I therefore ask that we schedule a videoconference (or an in-person meeting, if you prefer) so that the conference can take place at least seven days before I file. Please send me your availability over the next several business days; I am available on [propose two or three dates/times] and am glad to accommodate reasonable alternatives. I will circulate a videoconference link once we confirm a time.

At or before the conference, please let me know whether your client(s) intend to oppose the motion. Because every fact at issue comes from public court records, I would welcome a stipulation to the authenticity and judicial-noticeability of these records, which could narrow or eliminate the need for motion practice. If you do intend to oppose, it would help our discussion if you could identify which specific facts you contend are subject to reasonable dispute. I ask for a response to my request for a meet and confer by Thursday, June 4, 2026.

Thank you for your attention. I look forward to hearing from you.

Respectfully,

Clayton Howard

Plaintiff Pro Se
24 Orchard Street, Carteret,

New Jersey 07008

(929) 781-7791

itsclaytonhoward@gmail.com