# EXHIBIT B

| | |
|---|---|
| **From:** | Lilah Cook |
| **To:** | Clayton Howard; Melodie Han |
| **Cc:** | Douglas Wigdor; Meredith Firetog; Edwige Rousseau; Michael Schonbuch; Nicole Duarte; Yvett Espinoza; Kinji Hithe Baker |
| **Subject:** | 3324.018 - Howard Meet & Confer Zoom |
| **Start:** | Friday, June 5, 2026 1:00:00 PM |
| **End:** | Friday, June 5, 2026 1:30:00 PM |
| **Location:** | https://us02web.zoom.us/j/85375232360?pwd=cMuvwfwoapi7em3CtCsF9DRfeBcbkt.1 |

Lilah N. Cook is inviting you to a scheduled Zoom meeting.
Join Zoom Meeting
https://us02web.zoom.us/j/85375232360?pwd=cMuvwfwoapi7em3CtCsF9DRfeBcbkt.1

Meeting chat link
https://us02web.zoom.us/launch/jc/85375232360

Meeting ID: 853 7523 2360
Passcode: 032800

---

One tap mobile
+16465588656,,85375232360# US (New York)
+16469313860,,85375232360# US


---

Join by SIP
• 85375232360@zoomcrc.com <mailto:85375232360@zoomcrc.com>

Join instructions
https://us02web.zoom.us/meetings/85375232360/invitations?signature=CjMEPi3rJweOkYphXVUFbC4UqhvQWNY9MH_Ho3hu0no


_____

Microsoft Teams meeting

Join: https://teams.microsoft.com/meet/230957910646478?p=xNtDHOqEMCS4l2WJnD <https://teams.microsoft.com/meet/230957910646478?p=xNtDHOqEMCS4l2WJnD>

Meeting ID: 230 957 910 646 478

Passcode: TR65Ra6w

_____

Need help? <https://aka.ms/JoinTeamsMeeting?omkt=en-US> | System reference <https://teams.microsoft.com/l/meetup-join/19%3ameeting_OGMxMWU2YTMtY2MxMC00MjQyLWI2MzktOGY1ZTM3ZDAxMGEz%40thread.v2/0?context=%7b%22Tid%22%3a%2234c58333-9d90-4751-a0f0-8a5193662bf3%22%2c%22Oid%22%3a%222b4a8962-6510-40de-a952-d05177a86cd0%22%7d>

For organizers: Meeting options <https://teams.microsoft.com/meetingOptions/?organizerId=2b4a8962-6510-40de-a952-d05177a86cd0&tenantId=34c58333-9d90-4751-a0f0-8a5193662bf3&threadId=19_meeting_OGMxMWU2YTMtY2MxMC00MjQyLWI2MzktOGY1ZTM3ZDAxMGEz@thread.v2&messageId=0&language=en-US>

_____