# EXHIBIT C

| **From:** | Clayton Howard |
|---|---|
| **To:** | Lilah Cook; Meredith Firetog; Melodie Han |
| **Subject:** | Reschule |
| **Date:** | Friday, June 5, 2026 1:44:32 PM |

Ms Cook

    I made a rookie error and scheduled this zoom to a court appearence. The Judge showed up 45 mins late. I ask we rescheule with respect to all counsels availabilty and i deeply apologize To all parties involved

Clayton H

Sent from my mobile device, please excuse brevity and/or spelling mistakes.