# EXHIBIT D

| | |
|---|---|
| **From:** | Clayton Howard |
| **To:** | Lilah Cook |
| **Cc:** | Melodie Han; Michael Schonbuch; Douglas Wigdor; Meredith Firetog; Kinji Hithe Baker; Yvett Espinoza |
| **Subject:** | Re: FINAL NOTICE — L.R. 7-3 Conference re Rule 201 Judicial Notice Motion \| Howard v. Combs, No. 2:25-cv-06031-AH-DMK \| Deadline: Friday, June 19, 2026 |
| **Date:** | Friday, June 26, 2026 8:30:26 AM |
| **Attachments:** | Outlook-Facebook.png |
| | Outlook-LinkedIn.png |
| | Outlook-Twitter.png |
| | Outlook-YouTube.png |
| | Outlook-as1l5rbk.png |
| | image149482.png |
| | image696243.png |
| | image266564.png |
| | image494396.png |
| | image621805.png |
| | Motion For Leave RJN.pdf |
| | Memorandum Pionts Supplemental RJN.pdf |
| | Notice Supplemental Filing Simultaneous Ruling.pdf |
| | Declaration Clayton Howard Updated.pdf |
| | AI Use Disclosure Declaration.pdf |
| | Exhibit D Jan Order AS.pdf |
| | Exhibit B Amended Judgement.pdf |
| | Exhibit C Opinion and Order.pdf |
| | Exhibit E May 13 an 14 Transcript.pdf |
| | Exhibit A.pdf |
| | Exhibit G June 16 Transcript.pdf |
| | Exhibit H June 17 Transcript.pdf |
| | Exhibit F May 16 and 16 Transcript.pdf |

Counsel

Please see attached Supplemental RJN

Clayton Howard
Plaintiff Pro Se

On Thu, Jun 18, 2026 at 12:10 PM Clayton Howard <itsclaytonhoward@gmail.com> wrote:
Ms. Cook and Ms. Han,

This email confirms that the meet and confer conference required by Local Rule 7-3 of the Central District of California was held today, June 18, 2026, via telephone/videoconference, among the undersigned pro se plaintiff Clayton Howard and counsel for all appearing defendants in the above-captioned matter.

I. BACKGROUND

On June 1, 2026, I initiated the meet and confer process by email directed to counsel for all defendants, identifying the substance of the motion(s) Plaintiff contemplated filing and requesting a conference. Due to scheduling coordination among multiple counsel, the conference was unable to be completed until today's date.

II. MOTIONS DISCUSSED

The parties conferred regarding the following contemplated motions:

1. Plaintiff's Request for Judicial Notice ("RJN") in support of Plaintiff's Opposition to Defendants' Motions to Dismiss, seeking judicial notice of adjudicative facts established in

the public record of United States v. Sean Combs, No. 24-cr-542-AS (S.D.N.Y.), including but not limited to trial testimony, stipulations, and admitted exhibits;

2. Plaintiff and Defendants Joint Stipulation  seeking judicial notice of adjudicative facts established in the public record of United States v. Sean Combs, No. 24-cr-542-AS (S.D.N.Y.), including but not limited to trial testimony, stipulations, and admitted exhibits;

III. PARTIES' POSITIONS

Plaintiff's Position: Plaintiff maintains that the Court retains authority under Federal Rule of Evidence 201(c)(2) and (d) to take judicial notice of adjudicative facts at any stage of the proceeding, including in connection with the pending Motions to Dismiss set for hearing on July 15, 2026. Plaintiff further maintains that the meet and confer process was timely initiated on June 1, 2026 —  2 days after the May 29, 2026 opposition deadline — and that any delay in completing the conference was attributable to scheduling coordination among multiple defense counsel in addition to an overlap of proceedings involving the Plaintiff. Plaintiff contends that no prejudice results to Defendants, as all materials subject to the RJN are public court records equally accessible to all parties.

Defendants' Position: Defendants' counsel advised that they oppose the filing of any RJN or supplemental motion on the grounds that Plaintiff's deadline to file the opposition to Defendants' Motions to Dismiss was May 29, 2026, and that any request for judicial notice in support of that opposition is therefore untimely. Defendants' counsel further indicated that Defendants do not agree to stipulate to the filing of any supplemental or related motions.

IV. RESULT OF CONFERENCE

The parties were unable to reach any agreement that would eliminate or narrow the necessity for the Court's intervention. This email is served upon all defense counsel of record as confirmation of the completed meet and confer process pursuant to Local Rule 7-3, and will be referenced in the certification accompanying any motion filed by Plaintiff.

Please confirm receipt of this email.

Respectfully,

Clayton Howard
Pro Se Plaintiff
Howard v. Combs et al., No. 2:25-cv-06031-AH-DMK
24 Orchard Street
Carteret, New Jersey 07008
(929)781-7791
itsclaytonhoward@gmail.com

On Wed, Jun 17, 2026 at 8:31 PM Lilah Cook <Cook@schonbuchhallissy.com> wrote:
Thanks, Mr. Howard and Ms. Han. If anything changes I will let you know. But I will plan on 10:30 EST.

 Lilah N. Cook, Esq.

Associate Attorney

**SCHONBUCH HALLISSY LLP**

11999 San Vicente Boulevard, Suite 300

Los Angeles, California 90049

Phone: (310) 556-7900

Direct: (310) 789-4236

Email: cook@schonbuchhallissy.com

Web: https://schonbuchhallissy.com

**PLEASE NOTE OUR NEW FIRM NAME AND CONTACT INFORMATION**

PRIVILEGE AND CONFIDENTIALITY NOTICE:  This email may contain confidential and privileged information.  If you are not the intended recipient, any unauthorized review, use, dissemination, distribution, downloading, forwarding, and/or copying of this email and its attachments is prohibited.  If you are not the intended recipient and have received this communication in error, please immediately notify me by calling (310) 556-7900.  Thank you.

---

**From:** Clayton Howard <itsclaytonhoward@gmail.com>
**Sent:** Wednesday, 17 June 2026 21:38:17
**To:** Melodie Han <mhan@wigdorlaw.com>
**Cc:** Michael Schonbuch <schonbuch@schonbuchhallissy.com>; Douglas Wigdor <dwigdor@wigdorlaw.com>; Meredith Firetog <mfiretog@wigdorlaw.com>; Kinji Hithe Baker <Baker@schonbuchhallissy.com>; Yvett Espinoza <espinoza@schonbuchhallissy.com>; Lilah Cook <Cook@schonbuchhallissy.com>
**Subject:** Re: FINAL NOTICE — L.R. 7-3 Conference re Rule 201 Judicial Notice Motion | Howard v. Combs, No. 2:25-cv-06031-AH-DMK | Deadline: Friday, June 19, 2026

Clayton Howard is inviting you to a scheduled Zoom meeting.

Topic: Meet and Confer - Judical Notice pursuant to FRE 201
Time: Jun 18, 2026 10:30 AM Eastern Time (US and Canada)

Join Zoom Meeting
https://us05web.zoom.us/j/83608954360?pwd=U8WRjvHk7Mus6sqiJeRv21ah7Jnirk.1

Meeting chat link
https://us05web.zoom.us/launch/jc/83608954360

Meeting ID: 836 0895 4360
Passcode: 212478

---

One tap mobile
+13017158592,,83608954360#,,,,*212478# US (Washington DC)
+13052241968,,83608954360#,,,,*212478# US

---

Join by SIP
• 83608954360@zoomcrc.com

Join instructions
https://us05web.zoom.us/meetings/83608954360/invitations?
signature=lbw4IcrRRKFM_IaKSnd2RBbQnmkS41vagn6ERc10pII

On Wed, Jun 17, 2026 at 4:19 PM Melodie Han <mhan@wigdorlaw.com> wrote:
I am available on June 18 at 10:30am ET.  Please send a Zoom link.

Thank you.

**Melodie Han**
Associate

212 257 6800
85 Fifth Avenue
New York, NY 10003

**wigdorlaw.com**





This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or

forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail or phone. Thank you.

**From:** Clayton Howard <itsclaytonhoward@gmail.com>
**Sent:** Wednesday, June 17, 2026 2:02 PM
**To:** Melodie Han <mhan@wigdorlaw.com>
**Cc:** Michael Schonbuch <schonbuch@schonbuchhallissy.com>; Douglas Wigdor <dwigdor@wigdorlaw.com>; Meredith Firetog <mfiretog@wigdorlaw.com>; Kinji Hithe Baker <Baker@schonbuchhallissy.com>; Yvett Espinoza <espinoza@schonbuchhallissy.com>; Lilah Cook <Cook@schonbuchhallissy.com>
**Subject:** Re: FINAL NOTICE — L.R. 7-3 Conference re Rule 201 Judicial Notice Motion | Howard v. Combs, No. 2:25-cv-06031-AH-DMK | Deadline: Friday, June 19, 2026

Ms Han

    Ms Cook has suggested separate meet and confers due to her traveling and availabilty which i have no issue with. Please advise to your availablilty and we will arrange accordingly

Respectfully

Clayton Howard


Sent from my mobile device, please excuse brevity and/or spelling mistakes.

On Wed, Jun 17, 2026 at 2:00 PM Clayton Howard <itsclaytonhoward@gmail.com> wrote:

> Ms Cook
>
>     Thank you for your response. Either date and time can work for me. You can dispute if you like and we will leave it to the court as what i request is a natter of record already.
>         I can do the 18th or 19th please advise so we can satisfy the meet and confer. Since you have already stated your position I do not think the meeting will be long
>
>   Thank you for your reply, please inform me which date you provided works best for you
>
> Clayton Howard
>
>
> Sent from my mobile device, please excuse brevity and/or spelling mistakes.
>
> On Wed, Jun 17, 2026 at 1:55 PM Lilah Cook <Cook@schonbuchhallissy.com> wrote:
>
>> Mr. Howard: We won't be able to stipulate as we dispute your request for judicial

notice. Additionally, if this is with respect to your opposition, is there a reason it was not filed in connection with your opposition? Regarding times, again, this is very difficult for me and subject to change as I am on a vacation and have a wedding and have pre-set plans that I simply cannot change. If you have more flexibility than Ms. Han, we can also do a meet and confer just you and me and then you can meet with her separately. I also won't know if my Wi-Fi will work, so again, this is subject to change. That said, please advise if the following work for you (again, I may need to alter these as I am traveling with other people):

June 18 at 10:30 AM your time

June 19 at 8:30 AM your time

Lilah N. Cook, Esq.

Associate Attorney

**SCHONBUCH HALLISSY LLP**

11999 San Vicente Boulevard, Suite 300

Los Angeles, California 90049

Phone: (310) 556-7900

Direct: (310) 789-4236

Email: cook@schonbuchhallissy.com

Web: https://schonbuchhallissy.com

**PLEASE NOTE OUR NEW FIRM NAME AND CONTACT INFORMATION**

PRIVILEGE AND CONFIDENTIALITY NOTICE:  This email may contain confidential and privileged information.  If you are not the intended recipient, any unauthorized review, use, dissemination, distribution, downloading, forwarding, and/or copying of this email and its attachments is prohibited.  If you are not the intended recipient and have received this communication in error, please immediately notify me by calling (310) 556-7900.

Thank you.

---

**From:** Clayton Howard <itsclaytonhoward@gmail.com>
**Sent:** Wednesday, 17 June 2026 13:09:22
**To:** Lilah Cook <Cook@schonbuchhallissy.com>
**Cc:** Melodie Han <mhan@wigdorlaw.com>; Michael Schonbuch <schonbuch@schonbuchhallissy.com>; Douglas Wigdor <dwigdor@wigdorlaw.com>; Meredith Firetog <mfiretog@wigdorlaw.com>; Kinji Hithe Baker <Baker@schonbuchhallissy.com>; Yvett Espinoza <espinoza@schonbuchhallissy.com>

**Subject:** Re: FINAL NOTICE — L.R. 7-3 Conference re Rule 201 Judicial Notice Motion | Howard v. Combs, No. 2:25-cv-06031-AH-DMK | Deadline: Friday, June 19, 2026

Counselors

In an attempt to streamline our upcoming meet and confer in accordance with L.R. 7.3, and reduce issues that may be addressed suring the discuss I have drafted and provide a joint stipulation which details what I wish the court to take Judical notice of regarding the Combs Criminal Trial. I ask that you review it in the hopes we can agree to the stipulation negating the need for motion practice as the material presented are public record. Please offer your thoughts, I hope we can reach a mutual understanding and the stipulation is agreed too

Clayton Howard
Plaintiff Pro Se


On Tue, Jun 16, 2026 at 8:14 PM Clayton Howard <itsclaytonhoward@gmail.com> wrote:
Ma Cook

Again reading the email I believe there was a misunderstanding. Ms Ventura's legal team did not response, so no time was set for the second Zoom. You have been accomdating to me and my intention is not to inconvenience you. For the future clarity will be stressed and sought prior to any actions.
My repeated emails confirm that I also attempted to address this prior to your vacation, but it did not happen. Since the materials I wish to address regard facts that are undisputable, i assumed you would delegate the meet and confer. That is my mistake as I have no place in assuming anything.
Nonetheless the 30th is too long as I stated, so we must figure it out and attempt a meeting that works for all of us.  The date kf the 30th makes my filing difficult unless a stipulation is agreed upon.

I apologize for the confusion and the inconvience also as I am sure you work hard and deserve your time off.

Clayton Howard

Sent from my mobile device, please excuse brevity and/or spelling mistakes.

On Tue, Jun 16, 2026 at 5:48 PM Lilah Cook <Cook@schonbuchhallissy.com> wrote:

Hi Mr. Howard: Thanks for your clarification. Just to confirm then, the statement in your email earlier that you transmitted a Zoom link was rather that you were willing to do so but did not actually transmit a Zoom link, correct? I do not see a Zoom link, but I understand in your letter to my firm you said you transmitted a Zoom link. Your subsequent emails however convey that you did not send a Zoom link. I was ready to meet with you in early June and understand you had an emergency; however, I am now on a preplanned vacation trip that I had told you about even when we set the MTD hearing date (and we agreed on mid-July for the MTD hearing to accommodate my trip and your July 4th plans). The time difference while I am out of the country is going to make it extremely difficult to Zoom with you by your imposed deadline as I have stuff planned and am several hours ahead of you. As it is nighttime here, I will need to get back to you tomorrow or the following day to see if I can make this work. I kindly ask that in the future, you not impose a deadline on me while I am on a vacation for which I have given you notice. Thank you very much and have a good rest of your evening. I will be in touch.

Sincerely,
Lilah Cook

 Lilah N. Cook, Esq.

Associate Attorney

**SCHONBUCH HALLISSY LLP**

11999 San Vicente Boulevard, Suite 300

Los Angeles, California 90049

Phone: (310) 556-7900

Direct: (310) 789-4236

Email: cook@schonbuchhallissy.com

Web: https://schonbuchhallissy.com

**PLEASE NOTE OUR NEW FIRM NAME AND CONTACT INFORMATION**

PRIVILEGE AND CONFIDENTIALITY NOTICE:  This email may contain confidential and privileged information.  If you are not the intended recipient, any unauthorized review, use, dissemination, distribution, downloading, forwarding, and/or copying of this email and its attachments is prohibited.  If you are not the intended recipient and have received this communication in error, please immediately notify me by calling (310) 556-7900.  Thank you.

---

**From:** Clayton Howard <itsclaytonhoward@gmail.com>
**Sent:** Tuesday, June 16, 2026 9:58 PM
**To:** Melodie Han <mhan@wigdorlaw.com>
**Cc:** Lilah Cook <cook@schonbuchhallissy.com>; Michael Schonbuch <schonbuch@schonbuchhallissy.com>; Douglas Wigdor <dwigdor@wigdorlaw.com>; Meredith Firetog <mfiretog@wigdorlaw.com>; Kinji Hithe Baker <Baker@schonbuchhallissy.com>; Yvett Espinoza <espinoza@schonbuchhallissy.com>

**Subject:** Re: FINAL NOTICE — L.R. 7-3 Conference re Rule 201 Judicial Notice Motion | Howard v. Combs, No. 2:25-cv-06031-AH-DMK | Deadline: Friday, June 19, 2026

Ms Han

   Thank you, Ms Cook is unavailable ehich she did notify us in prior response. She willl update us all to her availability and then we can look set the link for date and time

Clayton Howard

Sent from my mobile device, please excuse brevity and/or spelling mistakes.

On Tue, Jun 16, 2026 at 4:17 PM Melodie Han <mhan@wigdorlaw.com> wrote:
  Mr. Howard,

I was out of the country when you tried to reschedule the June 5 meet-and-confer that you missed.  I got back today.  We are willing to accommodate Ms. Cook's schedule.  Please let us know when you decide to meet.  We will be sure to either confirm our availability or promptly suggest alternative times.

**Melodie Han**

Associate

212 257 6800

85 Fifth Avenue

New York, NY 10003

**wigdorlaw.com**





This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail or phone. Thank you.

**From:** Clayton Howard <itsclaytonhoward@gmail.com>

**Sent:** Tuesday, June 16, 2026 3:45 PM

**To:** Lilah Cook <Cook@schonbuchhallissy.com>

**Cc:** Michael Schonbuch <schonbuch@schonbuchhallissy.com>; Douglas Wigdor <dwigdor@wigdorlaw.com>; Melodie Han <mhan@wigdorlaw.com>; Meredith Firetog <mfiretog@wigdorlaw.com>; Kinji Hithe Baker <baker@schonbuchhallissy.com>; Yvett Espinoza <espinoza@schonbuchhallissy.com>

**Subject:** Re: FINAL NOTICE — L.R. 7-3 Conference re Rule 201 Judicial Notice Motion | Howard v. Combs, No. 2:25-cv-06031-AH-DMK | Deadline: Friday, June 19, 2026

Ms Cook

I am trying to tell you a time was never set. I put for the time to both yourself and Ms Han. Niether of you confirmed a time, so no link was sent. You responding stating once a time was set to send a link, but no time was set because Counsel for Def. Ventura did not confirm.

Moving forward, you and I can agree to a time and date.

Clayton Howard
Plaintiff


Sent from my mobile device, please excuse brevity and/or spelling mistakes.

On Tue, Jun 16, 2026 at 3:41 PM Lilah Cook <Cook@schonbuchhallissy.com> wrote:

Mr. Howard: I still do not see a link sent. You told me you would send a link once a time was confirmed, but you never confirmed a time. As such, I never knew we were meeting and you did not send a Zoom. I could not join a zoom link that I did not have for a time you never told me about. I believe we were waiting for the other attorneys to provide availability. I am going to have to review this further tomorrow despite being out of the country as I cannot pick a time right now. I had wanted to handle this before I left for my vacation to avoid this issue. I had specifically told you I would be leaving that date and that I would be gone for two weeks.



signatureImage

Lilah N. Cook, Esq.

Associate Attorney

**SCHONBUCH HALLISSY LLP**

11999 San Vicente Boulevard, Suite 300

Los Angeles, California 90049

Phone: (310) 556-7900

Direct: (310) 789-4236

Email: cook@schonbuchhallissy.com

Web: https://schonbuchhallissy.com


**PLEASE NOTE OUR NEW FIRM NAME AND CONTACT INFORMATION**

PRIVILEGE AND CONFIDENTIALITY NOTICE:  This email may contain confidential and privileged information.  If you are not the intended recipient, any unauthorized review, use, dissemination, distribution, downloading, forwarding, and/or copying of this email and its attachments is prohibited.  If you are not the intended recipient and have received this communication in error, please immediately notify me by calling (310) 556-7900.  Thank you.

---

**From:** Clayton Howard <itsclaytonhoward@gmail.com>
**Sent:** Tuesday, 16 June 2026 20:32:25
**To:** Lilah Cook <Cook@schonbuchhallissy.com>
**Cc:** Michael Schonbuch <schonbuch@schonbuchhallissy.com>; Douglas Wigdor <dwigdor@wigdorlaw.com>; Melodie Han <mhan@wigdorlaw.com>; Meredith Firetog <mfiretog@wigdorlaw.com>; Kinji Hithe Baker <baker@schonbuchhallissy.com>; Yvett Espinoza <espinoza@schonbuchhallissy.com>

**Subject:** Re: FINAL NOTICE — L.R. 7-3 Conference re Rule 201 Judicial Notice Motion | Howard v. Combs, No. 2:25-cv-06031-AH-DMK | Deadline: Friday, June 19, 2026

Ms Cook

     Subject: RE: Howard v. Combs, No. 2:25-cv-06031-AH-DMK — L.R. 7-3 Conference re Rule 201 Judicial Notice Motion — Counter-Proposal

Counsel:

Thank you for your response proposing June 30, 2026. Respectfully, that date is not workable for Plaintiff.

The July 15, 2026 hearing on Defendants' motions to dismiss is presently scheduled before Judge Hwang. Plaintiff's Motion for Judicial Notice is directly relevant to the Court's consideration of those motions, as the facts to be noticed bear on the sufficiency of Plaintiff's pleadings and the record before the Court at the time of that hearing. A meet and confer on June 30 would leave insufficient time to file the motion, allow for any opposition, and permit the Court to consider it in connection with the July 15 hearing — which is the precise purpose of filing the motion now.

Plaintiff counter-proposes the following dates for the videoconference:

     Monday, June 23, 2026 — available all day PT
     Tuesday, June 24, 2026 — available all day PT
     Wednesday, June 25, 2026 — available all day PT

Please confirm your availability for any of the foregoing dates by Wednesday, June 18, 2026. Plaintiff will circulate a Zoom link immediately upon confirmation.

If none of the above dates are workable, please propose a date no later than June 25, 2026 and state the basis for any inability to appear before that date. Plaintiff is willing to accommodate any reasonable time within that window.

If Plaintiff does not receive a response by Wednesday, June 18, 2026, Plaintiff will proceed to file the motion and will submit a full declaration to the Court documenting the complete history of conferral efforts, including this exchange, the missed June 5 conference, the reason for that miss, Ms. Cook's June 11 invitation to send a Zoom link, Plaintiff's transmission of that link on June 12, the subsequent silence, and the parties' inability to agree on a workable date notwithstanding Plaintiff's repeated good-faith efforts.

Attached is a PDF of the email chain between counsel and myself regarding the L.R. 7.3 Meet and confer. A review of it will confirm that a time would be provided, or that is how I interpreted it.

Plaintiff does not seek to burden the Court or the parties with unnecessary motion practice. A stipulation to the authenticity and judicial noticeability of these public records remains available and would eliminate the need for a hearing entirely. If any counsel is willing to discuss that alternative, please advise.

Respectfully,

CLAYTON HOWARD
Plaintiff Pro Se
24 Orchard Street
Carteret, New Jersey 07008
(929) 781-7791
itsclaytonhoward@gmail.com

On Tue, Jun 16, 2026 at 3:20 PM Lilah Cook <Cook@schonbuchhallissy.com> wrote:

> Mr. Howard: I have absolutely no email in my inbox showing a Zoom invite on Friday, June 12. Can you please forward whatever email you are referring to? Had I received a Zoom, I would have joined before I boarded the airplane, but you never sent me one. I also never got confirmation from you as to what time the meeting was going to be. As you acknowledged, I am out of the country which now makes scheduling much harder given I am not working, and several hours ahead of you. If this can wait, I can make myself available on June 30.

Lilah N. Cook, Esq.

Associate Attorney

**SCHONBUCH HALLISSY LLP**

11999 San Vicente Boulevard, Suite 300

Los Angeles, California 90049

Phone: (310) 556-7900

Direct: (310) 789-4236

Email: cook@schonbuchhallissy.com

Web: https://schonbuchhallissy.com

**PLEASE NOTE OUR NEW FIRM NAME AND CONTACT INFORMATION**

PRIVILEGE AND CONFIDENTIALITY NOTICE:  This email may contain confidential and privileged information.  If you are not the intended recipient, any unauthorized review, use, dissemination, distribution, downloading, forwarding, and/or copying of this email and its attachments is prohibited.  If you are not the intended recipient and have received this communication in error, please immediately notify me by calling (310) 556-7900.  Thank you.

---

**From:** Lilah Cook <Cook@schonbuchhallissy.com>
**Sent:** Tuesday, 16 June 2026 20:20:27
**To:** Clayton Howard <itsclaytonhoward@gmail.com>; Michael Schonbuch <schonbuch@schonbuchhallissy.com>; Douglas Wigdor <dwigdor@wigdorlaw.com>; Melodie Han <mhan@wigdorlaw.com>; Meredith Firetog <mfiretog@wigdorlaw.com>
**Subject:** Re: FINAL NOTICE — L.R. 7-3 Conference re Rule 201 Judicial Notice Motion | Howard v. Combs, No. 2:25-cv-06031-AH-DMK | Deadline: Friday, June 19, 2026

Mr. Howard: I have absolutely no email in my inbox showing a Zoom invite

on Friday, June 12. Can you please forward whatever email you are referring to? Had I received a Zoom, I would have joined before I boarded the airplane, but you never sent me one. I also never got confirmation from you as to what time the meeting was going to be. As you acknowledged, I am out of the country which now makes scheduling much harder given I am not working, and several hours ahead of you. If this can wait, I can make myself available on June 30.

Lilah N. Cook, Esq.

Associate Attorney

**SCHONBUCH HALLISSY LLP**

11999 San Vicente Boulevard, Suite 300

Los Angeles, California 90049

Phone: (310) 556-7900

Direct: (310) 789-4236

Email: cook@schonbuchhallissy.com

Web: https://schonbuchhallissy.com

**PLEASE NOTE OUR NEW FIRM NAME AND CONTACT INFORMATION**

PRIVILEGE AND CONFIDENTIALITY NOTICE: This email may contain confidential and privileged information. If you are not the intended recipient, any unauthorized review, use, dissemination, distribution, downloading, forwarding, and/or copying of this email and its attachments is prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify me by calling (310) 556-7900. Thank you.

---

**From:** Clayton Howard <itsclaytonhoward@gmail.com>
**Sent:** Tuesday, 16 June 2026 20:08:17

**To:** Lilah Cook <cook@schonbuchhallissy.com>; Michael Schonbuch <schonbuch@schonbuchhallissy.com>; Douglas Wigdor <dwigdor@wigdorlaw.com>; Melodie Han <mhan@wigdorlaw.com>; Meredith Firetog <mfiretog@wigdorlaw.com>
**Subject:** FINAL NOTICE — L.R. 7-3 Conference re Rule 201 Judicial Notice Motion | Howard v. Combs, No. 2:25-cv-06031-AH-DMK | Deadline: Friday, June 19, 2026

Counsel:

I write as a final effort to schedule the L.R. 7-3 conference of counsel before I proceed to file Plaintiff's Motion for Judicial Notice pursuant to Federal Rule of Evidence 201.

The record of our efforts is as follows. On May 30, 2026, I transmitted my L.R. 7-3 letter to all counsel, setting forth in detail the six categories of public records and prior judicial proceedings for which I intend to seek judicial notice. On June 3, 2026, Ms. Cook confirmed a videoconference for Friday, June 5, 2026 at 1:00 PM PT / 4:00 PM ET. I missed that conference because the presiding judge in a separately scheduled court appearance began approximately 45 minutes late, causing me to be unavailable at the scheduled time. I apologized to all counsel that same day and immediately requested rescheduling. On June 9, Ms. Cook acknowledged the circumstance and asked when I wished to reschedule. I responded promptly. On June 11, Ms. Cook advised she was departing the country and asked about availability the following morning. I confirmed I was fully available at any time. Ms. Cook responded that evening: "Sounds good. Once we have a time, please send me a Zoom link." I sent a Zoom link early the morning of June 12. I have received no further response from any counsel since that date.

More than one week has now passed since Ms. Cook invited me to send the Zoom link and confirmed she was prepared to proceed. No conference has been scheduled. No date has been proposed. No response to my June 12 communication has been received from any party.

This is my final attempt to conduct the required conference before I exercise my right to file.

I am available for a videoconference on Friday, June 19, 2026 at any time between 9:00 AM and 5:00 PM PT. Please confirm your availability by Thursday, June 18, 2026 at 5:00 PM PT. I will circulate a Zoom link immediately upon receipt of your confirmation.

If I do not receive a response confirming a time by that deadline, I will proceed to file Plaintiff's Motion for Judicial Notice and will include, as required by Judge Hwang's Standing Order, a full declaration documenting this correspondence, the missed June 5 conference, the reason for the missed conference, and all subsequent rescheduling efforts

— including this communication.

As a reminder, the motion seeks judicial notice solely of the following matters of public record arising from United States v. Sean Combs, No. 24-cr-542 (AS) (S.D.N.Y.): (a) the Government's Sentencing Memorandum identifying Plaintiff as a named victim of Count Three; (b) the Amended Judgment; (c) the September 30, 2025 Opinion and Order denying post-trial motions; (d) the January 28–29, 2026 Order directing the Government to assist Plaintiff's Backpage Remission Program application; (e) the sworn trial testimony of Casandra Ventura and Special Agent DeLeassa Penland; and (f) the defense stipulation that the phone number for "Dave" in the trial chat records belongs to Plaintiff.

These are public records. There is no legitimate basis to dispute their authenticity or judicial noticeability. A stipulation would conserve the Court's resources and those of all parties. I remain willing to discuss a joint stipulation if you wish to avoid motion practice.

Your prompt response is required.

Respectfully,

CLAYTON HOWARD
Plaintiff Pro Se
24 Orchard Street
Carteret, New Jersey 07008
(929) 781-7791
itsclaytonhoward@gmail.com