# EXHIBIT E

| From: | cacd_ecfmail@cacd.uscourts.gov |
|---|---|
| To: | ecfnef@cacd.uscourts.gov |
| Subject: | Activity in Case 2:25-cv-06031-AH-DMK Clayton Howard v. Sean Combs et al Motion for Leave to File Document |
| Date: | Monday, June 29, 2026 12:21:34 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 6/29/2026 at 12:19 PM PDT and filed on 6/25/2026
**Case Name:**      Clayton Howard v. Sean Combs et al
**Case Number:**    2:25-cv-06031-AH-DMK
**Filer:**          Clayton Howard
**Document Number:** 132

**Docket Text:**
**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE filed by Plaintiff Clayton Howard. (es)**


**2:25-cv-06031-AH-DMK Notice has been electronically mailed to:**

Clayton Howard      itsclaytonhoward@gmail.com

Lilah Nadine Cook      cook@schonbuchhallissy.com, baker@schonbuchhallissy.com

Melodie Han      mhan@wigdorlaw.com, fileclerk@wigdorlaw.com

Michael N Schonbuch      schonbuch@schonbuchhallissy.com, espinoza@schonbuchhallissy.com

**2:25-cv-06031-AH-DMK Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\LA25CV06031AH - MOTION FOR LEAVE.pdf
**Electronic document Stamp:**

[STAMP cacdStamp_ID=1020290914 [Date=6/29/2026] [FileNumber=42954029-0] [287ac8a0420aaeefcfc6d16e580108f9d25f7bb715674954dbff0e49b2abb01b599e1dbbb482ca1389792285faec6a16918fd43761239ca1f4499228ab47652a]]