# EXHIBIT F

| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **To:** | ecfnef@cacd.uscourts.gov |
| **Subject:** | Activity in Case 2:25-cv-06031-AH-DMK Clayton Howard v. Sean Combs et al Text Only Scheduling Notice |
| **Date:** | Tuesday, July 7, 2026 9:27:43 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 7/7/2026 at 9:26 AM PDT and filed on 7/7/2026
**Case Name:**      Clayton Howard v. Sean Combs et al
**Case Number:**      2:25-cv-06031-AH-DMK
**Filer:**
**Document Number:** 145(No document attached)

**Docket Text:**
**SCHEDULING NOTICE TEXT ENTRY ONLY by Judge Anne Hwang. NOTICE AND ORDER TO ALL PARTIES. On the Court's own motion, the Defendants Bad Boy Entertainment LLC, CeOpco LLC, Sean Combs MOTION to Dismiss Case, [88] and Defendant Cassandra Ventura's MOTION to Dismiss Plaintiff's Fourth Amended Complaint, [89], currently set for hearing on July 15, 2026 are hereby continued to JULY 22, 2026 at 1:30 p.m. for an in person hearing in Courtroom 9C. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (ys) TEXT ONLY ENTRY**

**2:25-cv-06031-AH-DMK Notice has been electronically mailed to:**

Clayton Howard      itsclaytonhoward@gmail.com

Lilah Nadine Cook      cook@schonbuchhallissy.com, baker@schonbuchhallissy.com

Melodie Han      mhan@wigdorlaw.com, fileclerk@wigdorlaw.com

Michael N Schonbuch      schonbuch@schonbuchhallissy.com, espinoza@schonbuchhallissy.com

**2:25-cv-06031-AH-DMK Notice has been delivered by First Class U. S. Mail or by other**

means **BY THE FILER** to :