# EXHIBIT G

| From: | Lilah Cook |
|---|---|
| To: | "Clayton Howard" |
| Cc: | mhan@wigdorlaw.com; dwigdor@wigdorlaw.com; mfiretog@wigdorlaw.com; erousseau@wigdorlaw.com; Michael Schonbuch; Yvett Espinoza; Kinji Hithe Baker |
| Subject: | RE: 3324.018 - Howard vs. Combs, et al. |
| Date: | Monday, July 13, 2026 3:46:00 PM |
| Attachments: | image001.png |
| | image003.png |
| | image005.png |
| | image006.png |
| | image002.png |

Dear Mr. Howard:

Thank you for your email. Respectfully, we disagree and do not consent to your proposed schedule. Thank you.

Sincerely,

Lilah Cook

Lilah N. Cook, Esq.

Associate Attorney

**SCHONBUCH HALLISSY LLP**

11999 San Vicente Boulevard, Suite 300

Los Angeles, California 90049

Phone: (310) 556-7900

Direct: (310) 789-4236

Email: cook@schonbuchhallissy.com

Web: https://schonbuchhallissy.com

LOS ANGELES + ORANGE COUNTY + VENTURA COUNTY



CONFIDENTIALITY NOTICE: This email and any attachments may contain information that is confidential, privileged, and/or protected from disclosure. If you are not the intended recipient, do not review, use, disclose, distribute, copy, or rely upon this communication. If you received this email in error, please notify the sender immediately and delete the email and any attachments from your system.

**From:** Clayton Howard <itsclaytonhoward@gmail.com>
**Sent:** Thursday, July 9, 2026 3:38 PM
**To:** Lilah Cook <Cook@schonbuchhallissy.com>
**Cc:** mhan@wigdorlaw.com; dwigdor@wigdorlaw.com; mfiretog@wigdorlaw.com; erousseau@wigdorlaw.com; Michael Schonbuch <schonbuch@schonbuchhallissy.com>; Yvett Espinoza <espinoza@schonbuchhallissy.com>; Kinji Hithe Baker <Baker@schonbuchhallissy.com>
**Subject:** Re: 3324.018 - Howard vs. Combs, et al.

Ms. Cook,

Thank you for your email and for conferring with me on July 8. I write to respond to the concerns you raised and to lay out my course of action.

First, a correction to the record. My Declaration and Motion for Leave (dated June 21, 2026, and entered on the docket June 25, 2026, as Dkt. 132) state that I transmitted a Zoom link on June 12, 2026. That statement was inaccurate. No link was in fact sent that day, because no specific time had yet been confirmed between you and Ms. Han, consistent with what I told you directly in my June 16, 2026 email: "a time was never set... so no link was sent." I am filing a Notice of Errata today correcting this and will circulate a copy once filed. This does not affect the substance of the meet-and-confer record, which reflects that the conference was completed on June 18, 2026.

Second, and central to the timing objection in your email: the Court has since continued the July 15, 2026 hearing on Defendants' Motions to Dismiss (Dkt. 88, 89) to July 22, 2026, on its own motion (Dkt. 145, entered July 7, 2026 — the same order Ms. Han flagged in the parties' concurrent correspondence on the remote-appearance stipulation). Because my Motion for Leave and Supplemental Request for Judicial Notice were noticed to be heard concurrently with the Motions to Dismiss, and were not separately calendared apart from that hearing, I understand the July 22, 2026 date to apply to the RJN Motion as well.

Measured against July 22, 2026, the notice period runs 27 days from the docketed filing date of June 25, 2026 — one day short of the 28 days required by Local Rule 6-1, rather than the larger shortfall implied by the original July 15 date. That one-day gap is attributable to the Court's own continuance, not to any lack of diligence on my part, given the extensive meet-and-confer record already before you. On that basis, I do not agree that withdrawal of the motion is necessary or proportionate.

In the interest of resolving this without motion practice, I propose the following: the parties confirm in writing that the RJN Motion (Dkt. 132) will be heard on July 22, 2026, together with

the Motions to Dismiss, with any opposition filed on or before July 17, 2026, and any reply from me on or before July 20, 2026. This gives Defendants a full and fair opportunity to respond on the merits — which, as of our July 8 conference, you indicated does not include any dispute as to the authenticity or content of the underlying public records, only timing.

If Defendants are unwilling to proceed on that basis, please let me know by July 13, 2026, and I will bring the matter to the Court's attention in a short, targeted filing rather than leave it unresolved going into the July 22 hearing.

I appreciate your professional courtesy throughout this process and look forward to your response.

Respectfully,
Clayton Howard
Plaintiff Pro Se
24 Orchard Street
Carteret, NJ 07008
(929) 781-7791
itsclaytonhoward@gmail.com

On Wed, Jul 08, 2026 03:26 PM, Lilah Cook <Cook@schonbuchhallissy.com> wrote:

> Mr. Howard:
>
> Thank you for conferring with me just now via Zoom. As discussed, your motion requesting judicial notice was not filed with the 28-day notice period as required by the Central District of California's Local Rule 6-1. Accordingly, we ask that you withdraw and, if you want to refile it, refile the motion with the proper notice period. Because the motion was filed 20 days before the July 15 hearing date that you selected, my clients have not had sufficient time to oppose the motion under Local Rule 7-9, which requires oppositions to be filed 21 days before the hearing date. With you giving less than 28 days' notice (and less than even 21 days' notice), there was no chance to oppose it. Please advise if you will withdraw the motion (subject to your right to refile it with proper notice). If not, we will have no choice but to ask the Court to strike your motion. Thank you and I look forward to hearing from you soon.
>
> Sincerely,
> Lilah Cook
>
> Lilah N. Cook, Esq.

Associate Attorney

**SCHONBUCH HALLISSY LLP**

11999 San Vicente Boulevard, Suite 300

Los Angeles, California 90049

Phone: (310) 556-7900

Direct: (310) 789-4236

Email: cook@schonbuchhallissy.com

Web: https://schonbuchhallissy.com


LOS ANGELES  +  ORANGE COUNTY  +  VENTURA COUNTY



CONFIDENTIALITY NOTICE: This email and any attachments may contain information that is confidential, privileged, and/or protected from disclosure. If you are not the intended recipient, do not review, use, disclose, distribute, copy, or rely upon this communication. If you received this email in error, please notify the sender immediately and delete the email and any attachments from your system.

---

**From:** Clayton Howard <itsclaytonhoward@gmail.com>
**Sent:** Wednesday, July 8, 2026 9:46 AM
**To:** Lilah Cook <Cook@schonbuchhallissy.com>
**Cc:** Melodie Han <mhan@wigdorlaw.com>; Douglas Wigdor <dwigdor@wigdorlaw.com>; Meredith Firetog <mfiretog@wigdorlaw.com>; Edwige Rousseau <erousseau@wigdorlaw.com>; Michael Schonbuch <schonbuch@schonbuchhallissy.com>; Yvett Espinoza <espinoza@schonbuchhallissy.com>; Kinji Hithe Baker <Baker@schonbuchhallissy.com>
**Subject:** Re: 3324.018 - Howard vs. Combs, et al.


Ms Cook


Yes and again apologies. I will be present virtualy at 3pm


Respectfully


Clayton Howard

Plaintiff pro se

Sent from my mobile device, please excuse brevity and/or spelling mistakes.

On Wed, Jul 8, 2026 at 12:35 PM Lilah Cook <Cook@schonbuchhallissy.com> wrote:

Hi Mr. Howard – I mean 3 pm your time. It will be 12 pm my time. Does that work for you?

Lilah N. Cook, Esq.
Associate Attorney
**SCHONBUCH HALLISSY LLP**
11999 San Vicente Boulevard, Suite 300
Los Angeles, California 90049
Phone: (310) 556-7900
Direct: (310) 789-4236
Email: cook@schonbuchhallissy.com
Web: https://schonbuchhallissy.com

LOS ANGELES  +  ORANGE COUNTY  +  VENTURA COUNTY



CONFIDENTIALITY NOTICE: This email and any attachments may contain information that is confidential, privileged, and/or protected from disclosure. If you are not the intended recipient, do not review, use, disclose, distribute, copy, or rely upon this communication. If you received this email in error, please notify the sender immediately and delete the

email and any attachments from your system.

---

**From:** Clayton Howard <itsclaytonhoward@gmail.com>
**Sent:** Wednesday, July 8, 2026 9:32 AM
**To:** Lilah Cook <Cook@schonbuchhallissy.com>
**Cc:** Melodie Han <mhan@wigdorlaw.com>; Douglas Wigdor <dwigdor@wigdorlaw.com>; Meredith Firetog <mfiretog@wigdorlaw.com>; Edwige Rousseau <erousseau@wigdorlaw.com>; Michael Schonbuch <schonbuch@schonbuchhallissy.com>; Yvett Espinoza <espinoza@schonbuchhallissy.com>; Kinji Hithe Baker <Baker@schonbuchhallissy.com>
**Subject:** Re: 3324.018 - Howard vs. Combs, et al.

Ms Cook

  Apologies. I thought I missed you, but rereading your email, I observed the est, and realized you meant 3.pm your time. Understood, I will be available

Clayton Howard
Plaintiff Pro se

On Wed, Jul 8, 2026 at 12:30 PM Clayton Howard <itsclaytonhoward@gmail.com> wrote:

> Ms Cook
>
>   Im sorry I was working and forgot to check my emails. I am available and will remain so until you are
>
> Clayton Howard
> Plaintiff Pro Se
>
> On Wed, Jul 8, 2026 at 12:25 PM Lilah Cook <Cook@schonbuchhallissy.com> wrote:
>
>> Thank you, Mr. Howard:
>>
>> I will send a Zoom link shortly for 12:00 p.m. PST/3:00 p.m. EST. If you need me to adjust the time, I am more than happy to do so, just let me know. Thank you!
>>
>> Sincerely,
>> Lilah Cook
>>
>> Lilah N. Cook, Esq.
>> Associate Attorney

**SCHONBUCH HALLISSY LLP**

11999 San Vicente Boulevard, Suite 300

Los Angeles, California 90049

Phone: (310) 556-7900

Direct: (310) 789-4236

Email: cook@schonbuchhallissy.com

Web: https://schonbuchhallissy.com

LOS ANGELES + ORANGE COUNTY + VENTURA COUNTY



CONFIDENTIALITY NOTICE: This email and any attachments may contain information that is confidential, privileged, and/or protected from disclosure. If you are not the intended recipient, do not review, use, disclose, distribute, copy, or rely upon this communication. If you received this email in error, please notify the sender immediately and delete the email and any attachments from your system.

**From:** Clayton Howard <itsclaytonhoward@gmail.com>
**Sent:** Tuesday, July 7, 2026 4:33 PM
**To:** Lilah Cook <Cook@schonbuchhallissy.com>
**Cc:** Melodie Han <mhan@wigdorlaw.com>; Douglas Wigdor <dwigdor@wigdorlaw.com>; Meredith Firetog <mfiretog@wigdorlaw.com>; Edwige Rousseau <erousseau@wigdorlaw.com>; Michael Schonbuch <schonbuch@schonbuchhallissy.com>; Yvett Espinoza <espinoza@schonbuchhallissy.com>; Kinji Hithe Baker <Baker@schonbuchhallissy.com>
**Subject:** Re: 3324.018 - Howard vs. Combs, et al.

Ms Cooke

 I will be im fromt of a computer most of the day tomorrow. You can send me a link for anytime between 11am and 6pm my time or est

Respectfully

Clayton Howard
Plaintiff Pro se

Sent from my mobile device, please excuse brevity and/or spelling mistakes.

On Tue, Jul 7, 2026 at 7:29 PM Lilah Cook <Cook@schonbuchhallissy.com> wrote:

Hi Mr. Howard: Thank you. What is your availability tomorrow? I can be available pretty much anytime tomorrow. I will send you a Zoom link once I hear from you. Thank you.

Lilah N. Cook, Esq.
Associate Attorney
**SCHONBUCH HALLISSY LLP**
11999 San Vicente Boulevard, Suite 300
Los Angeles, California 90049
Phone: (310) 556-7900
Direct: (310) 789-4236
Email: cook@schonbuchhallissy.com
Web: https://schonbuchhallissy.com

LOS ANGELES  +  ORANGE COUNTY  +  VENTURA COUNTY



**Chambers**
SPOTLIGHT

CA

2026

**Schonbuch Hallissy LLP**

CONFIDENTIALITY NOTICE: This email and any attachments may contain information that is confidential, privileged, and/or protected from disclosure. If you are not the intended recipient, do not review, use, disclose, distribute, copy, or rely upon this communication. If you received this email in error, please notify the sender immediately and delete the email and any attachments from your system.

**From:** Clayton Howard <itsclaytonhoward@gmail.com>
**Sent:** Tuesday, July 7, 2026 12:42 PM
**To:** Lilah Cook <Cook@schonbuchhallissy.com>
**Cc:** Melodie Han <mhan@wigdorlaw.com>; Douglas Wigdor <dwigdor@wigdorlaw.com>; Meredith Firetog <mfiretog@wigdorlaw.com>; Edwige Rousseau <erousseau@wigdorlaw.com>; Michael Schonbuch <schonbuch@schonbuchhallissy.com>; Yvett Espinoza <espinoza@schonbuchhallissy.com>; Kinji Hithe Baker <Baker@schonbuchhallissy.com>
**Subject:** Re: 3324.018 - Howard vs. Combs, et al.

Ms Cook

   Yes since the matter is of ugency with the approaching date I can create availabilty to speak despite being occupied. When are you available, or when would you request to confer?

Clayton Howard
Plaintiff Pro se

Sent from my mobile device, please excuse brevity and/or spelling mistakes.

On Tue, Jul 7, 2026 at 3:37 PM Lilah Cook <Cook@schonbuchhallissy.com> wrote:

Mr. Howard:

Do you have availability for a Zoom meeting or phone call today or tomorrow to discuss some of our concerns with the motion you filed requesting judicial notice? Please let me know your availability. Thank you!

Sincerely,
Lilah Cook

Lilah N. Cook, Esq.
Associate Attorney
**SCHONBUCH HALLISSY LLP**
11999 San Vicente Boulevard, Suite 300
Los Angeles, California 90049
Phone: (310) 556-7900
Direct: (310) 789-4236
Email: cook@schonbuchhallissy.com
Web: https://schonbuchhallissy.com

LOS ANGELES  +  ORANGE COUNTY  +  VENTURA COUNTY



## Schonbuch Hallissy LLP

CONFIDENTIALITY NOTICE: This email and any attachments may contain information that is confidential, privileged, and/or protected from disclosure. If you are not the intended recipient, do not review, use, disclose, distribute, copy, or rely upon this communication. If you received this email in error, please notify the sender immediately and delete the email and any attachments from your system.