Melodie Han (Bar No. 357207)
Douglas H. Wigdor (*pro hac vice* forthcoming)
Meredith A. Firetog (*pro hac vice* forthcoming)
mhan@wigdorlaw.com
dwigdor@wigdorlaw.com
mfiretog@wigdorlaw.com
**WIGDOR LLP**
85 Fifth Avenue, Floor 5
New York, NY 10003
Tel. (212) 257-6800
Fax. (212) 257-6845

*Counsel for Defendant Casandra Ventura*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| CLAYTON HOWARD, <br><br> Plaintiff, <br><br> v. <br><br> SEAN COMBS, CASANDRA VENTURA, BAD BOY ENTERTAINMENT, L.L.C., CEOPCO, L.L.C. <br><br> Defendants. | **Case No. 2:25-cv-6031-AH-JPR** <br><br> **[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE [132]** <br><br> Hearing Date: July 15, 2026 <br> Time: 1:30 p.m. <br> Judge: Hon. Anne Hwang <br> Courtroom: 9C |

The Court, having considered Plaintiff's Motion for leave to file a supplemental request for judicial notice, Defendants' oppositions, and the declaration and exhibits, the Court finds that Plaintiff has failed to show good cause.

Accordingly, Plaintiff's Motion for leave to file a supplemental request for judicial notice is **DENIED.**

**IT IS SO ORDERED**.

Dated:

_____
The Honorable Anne Hwang
United States District Judge

- 2 -
[PROPOSED] ORDER