Clayton Howard,

24 Orchard Street

Carteret, New Jersey 07008

(929) 781-7791

itsclaytonhoward@gmail.com

Plaintiff Pro Se

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **CLAYTON HOWARD,** | **Case No. 2:25-cv-06031-AH-DMKx** |
| *Plaintiff*, | |
| v. | |
| SEAN COMBS;<br>CASANDRA VENTURA;<br>BAD BOY ENTERTAINMENT, L.L.C.;<br>CEOPCO, L.L.C., | |
| *Defendants*, | |
| | Hearing: July 22, 2026, 1:30 p.m. |
| | Hon. Anne Hwang, Courtroom 9C |

**ORDER GRANTING PLAINTIFF'S EX PARTE**

**APPLICATION FOR LEAVE TO APPEAR REMOTELY**

**(VIDEOCONFERENCE) AT THE JULY 22, 2026 HEARING  [148]**

Having reviewed Plaintiff Clayton Howard's Ex Parte Application for Leave to Appear Remotely (Videoconference) at the July 22, 2026 Hearing, the accompanying Memorandum of Points and Authorities, and the Declaration of Clayton Howard in support thereof, and good cause appearing, and no opposition having been filed,

**IT IS HEREBY ORDERED** that:

Plaintiff Clayton Howard is granted leave to appear remotely, by videoconference, at the July 22, 2026 hearing on Defendants' Motions to Dismiss the Fourth Amended Complaint (Dkt. 88, 89) in this action.

Counsel are directed to visit the ZOOM Webinar Information, that can be found on the Court's Website, under Judge Hwang's Procedures. Counsel may log in at least 15 minutes in advance of the hearing.

Counsel and the parties are reminded that there is a general prohibition against photographing, recording, and rebroadcasting of court proceedings (including those held by telephone or video conference) and any recording of a court proceeding held by video or teleconference, including "screenshots"or other visual copying of a hearing, is absolutely prohibited.

**IT IS SO ORDERED.**

Dated: JULY 15, 2026

_____

**Hon. Anne Hwang**

United States District Judge

2