UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 25-6031-AH(DMKx)** | Date | JULY 22, 2026 |
| Title | Clayton Howard v. Sean Combs et al. | | |

Present: The Honorable    ANNE HWANG, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | COURT SMART |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Clayton Howard, In Pro Per, via zoom | Lilah N. Cook |
| | Melodie Han, via zoom |
| | Meredith Firetog, via zoom |

**Proceedings:**    **HEARING RE: DEFENDANTS BAD BOY ENTERTAINMENT, LLC., CEOPCO LLC, SEAN COMBS MOTION TO DISMISS CASE [88]; DEFENDANT CASSANDRA VENTURA'S MOTION TO DISMISS PLAINTIFF'S FOURTH AMENDED COMPLAINT [89]**

The case is called and counsel state their appearances. The Court and counsel confer.

Tentative ruling is given out to counsel. The Court invites counsel to respond to the tentative ruling re the motions to dismiss.

Following discussion with the parties, the Court advises counsel that the motions [88] [89] are hereby taken under submission. A written order will issue. The Court further ordered the Ex parte application to strike [140] is denied, Ex parte application for leave [138] is granted and the Ex parte application [141] is granted.

IT IS SO ORDERED. cc: all parties

: 23

CV-90 (2/10)                    CIVIL MINUTES - GENERAL    Initials of Deputy Clerk YS