Clayton Howard

24 Orchard Street

Carteret, New Jersey 07008

(929) 781-7791

itsclaytonhoward@gmail.com

Plaintiff in Pro Se

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CLAYTON HOWARD,<br><br>    *PLAINTIFF*,<br><br>V.<br><br>SEAN COMBS;<br><br>CASANDRA VENTURA;<br><br>BAD BOY ENTERTAINMENT, LLC; AND<br><br>CEOPCO, LLC<br><br>(F/K/A COMBS ENTERPRISES, LLC),<br><br>    *DEFENDANTS*, | **CASE NO. 2:25-CV-06031-AH-DMKX** |

**NOTICE OF FILING FIFTH AMENDED COMPLAINT PURSUANT TO THE**

**COURT'S ORDER (DKT. 154)**

---

NOTICE OF FILING FIFTH AMENDED COMPLAINT — 1

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Clayton Howard, appearing pro se, hereby files herewith his Fifth Amended Complaint pursuant to this Court's Order Granting in Part and Denying in Part Defendants' Motions to Dismiss, entered July 23, 2026 (Dkt. 154), which granted Plaintiff leave to amend and directed that any amended complaint be filed within the time provided by the Court.

The Fifth Amended Complaint re-pleads only the causes of action for which the Court granted leave to amend and omits the causes of action dismissed with prejudice, without waiver of Plaintiff's right to seek appellate review of their dismissal.

A true and correct copy of the Fifth Amended Complaint, together with Exhibits A through F thereto, is filed and served concurrently herewith and supersedes all prior complaints in this action.

Dated: August 6, 2026

Respectfully submitted,

*Clayton Howard*

Clayton Howard

Plaintiff in Pro Se

CC: Lilah Cook, Michael Schonbuch – Schonbuch Hallissy LLP (Defendants Combs, CeOpco, BBE)

Melodie Han, Meredith Firetog, Douglas Wigdor – Wigdor LLP (Defendant Ventura)

---

NOTICE OF FILING FIFTH AMENDED COMPLAINT — 2