# EXHIBIT A

Airline Itinerary · New York (JFK) to Los Angeles (LAX), October 7, 2014

---

1/26/25, 9:08 AM                                          Gmail - Itinerary for your upcoming trip

Gmail                                                            C ard ◄ ▬▬▬▬▬▬▬ ►

## Itinerary for your upcoming trip
1 message

**JetBlue Reservations** <reservations@jetblue.com>                    Tue, Oct 7, 2014 at 7:52 PM
To: ▬▬▬▬▬▬

You're set to jet.

JetBlue          Your confirmation number is **CSGHYA** CSGHYA
Scan this barcode to check in at any JetBlue kiosk

Flight status      Change/cancel      Manage flights      Seats      Baggage info

## Your confirmation number is CSGHYA
Scan the barcode at the top of this page to check in at any JetBlue kiosk.

### Your itinerary

| Date | Departs/ arrives | Route | Flight/ operated by | Travelers | Frequent Flyer[1] | Seats[2] | Terminal |
|------|------------------|-------|---------------------|-----------|-------------------|----------|----------|
| Tue, Oct 07 | 9:00 p.m. 12:03 a.m. | **NEW YORK JFK, NY (JFK)** to **LOS ANGELES, CA (LAX)** | 523 B6 | Clayton Howard | B6 ▬▬▬ | Select seat | 5 |

For a detailed receipt, select a customer                              Ticket number(s)

Clayton Howard                                                          ▬▬▬▬▬