# EXHIBIT B

Airline Itinerary · Fort Lauderdale to New York, March 20, 2016

