# EXHIBIT C

Arrival, December 16, 2016



# EXHIBIT C (cont.)

Hotel Suite, December 18, 2016





# EXHIBIT C (cont.)

Interior Corridor, December 18, 2016

