# EXHIBIT D

Airline Itinerary · New York to Miami, November 8, 2013

Gmail C ard <[redacted]>

## Flight Booking Request | Miami Fri, Nov 8, 2013

1 message

**Orbitz** <travelercare@orbitz.com> Fri, Nov 8, 2013 at 2:00 AM
To: [redacted]

Orbitz

**Orbitz record locator PBORB7592998634**

**Flight Booking Request | Miami Fri, Nov 8, 2013**

Your booking is confirmed. You can always view your itinerary online for the most up-to-date information. This email is the receipt of your booking.

This reservation request has been sent to the airline(s). Final purchase is pending until we receive confirmation from the airline(s).

Once that confirmation is received, we will issue the ticket(s), and send a "Travel Document" e-mail including trip details and ticket number(s) within 24 hours. Please note: this document can not be used to pass through airport security because it does not contain your ticket number(s).

Request a temporary Orbitz password so you can view your itinerary under My Trips.

**See great hotel deals for your trip.**

### Traveler information

Traveler names, loyalty programs, and ticket type

| | |
|---|---|
| **Traveler 1** | **CLAYTON HOWARD** |
| **Airline Ticket Number:** | Not yet available |
| **Primary phone number:** | [redacted] |
| **Seat preference:** | Window |
| **Meal (if available):** | Standard |

### Flight itinerary

**Orbitz record locator: PBORB7592998634**

To make changes to your trip, go to

Trip details | Modify Seat Requests | Terms and conditions

| **Leave** | **Fri, Nov 8** | 7hr 0min Total time | |
|---|---|---|---|
| Depart | **New York, New York** | airline logo | US Airways 1831<br>Economy \| Airbus A321<br>538 mi \| 2hr 4min |
| 8:25 AM | JFK Airport (JFK) \| Terminal 8 | | |
| Stop 1 | **Charlotte, North Carolina** | | |
| **10:29 AM** | Douglas Airport (CLT) | | |

On-time performance: 80% | Seats: 27-B | Seats are confirmed.

Change planes. Time between flights: 2hr 51min

| | | | |
|---|---|---|---|
| Depart | **Charlotte, North Carolina** | airline logo | US Airways 1745<br>Economy \| Airbus A321<br>652 mi \| 2hr 5min |
| 1:20 PM | Douglas Airport (CLT) | | |

### Cost and Billing Summary

This booking is subject to our Privacy Policy and our Terms and Conditions

### Trip cost

**Flight**

| | |
|---|---|
| Airline Ticket(1) | $238.30 |
| (Adult: 1) | |
| **Total due at booking** | **$238.30** |

Taxes and fees included

Additional baggage fees may apply.

This reservation was made on Fri, Nov 8, 2013 12:59 AM CST .

### Billing information

**Card holder's name:**
Clayton Howard

**Card type:**
Visa

**Card number:**
************[redacted]

**Billing Address:**
43 tompkins ave
staten Island, NY 10304
US

### Air policies and additional billing information

Changes to this ticket will incur change fees.

### Orbitz Travel Alerts