# EXHIBIT E

Airline Itinerary · Fort Lauderdale to New York (JFK), October 20, 2014

---

1/26/25, 8:58 AM                                  Gmail - CLAYTON H FT LAUDERDALE 20OCT14

 Gmail                                                    C ard ◄▬▬▬▬▬▬▬▬▬▬▬►

## CLAYTON H FT LAUDERDALE 20OCT14

1 message

**Delta Air Lines** <DeltaAirLines@e.delta.com>                    Mon, Oct 20, 2014 at 9:51 AM
Reply-To: Delta Air Lines <support-b9g5wfebfpayqkauy4twzqdwbhy5c4@e.delta.com>
To: ▬▬▬▬▬▬▬▬▬

Flight Receipt and Itinerary



Comment/Complaint ?

 DELTA                         delta.com   My Trips   Earn Miles

## YOUR ITINERARY AND RECEIPT

**To access your boarding pass at the airport,** print email now and scan at a Delta self-service kiosk.

**Please review before your trip:**

Check in for your flight up to 24 hours prior to departure at delta.com or with the Fly Delta app - also check flights, change seats, reserve car and hotels, and much more.

Make changes to eligible electronic tickets through My Trips at delta.com.

If you need to contact Delta for assistance please call 1-800-221-1212 or visit delta.com/help.

**Thanks for choosing Delta.**
Flight Confirmation #: **G22JJ5** | Ticket #: ▬▬▬▬▬

### Your Flight Information

**Mon 20OCT**

| LV **12:29pm** | FT LAUDERDALE | AR **3:20pm** | NYC-KENNEDY | **DELTA 2409** ECONOMY (H) Snacks For Sale |

### Offset your Carbon Emissions

We have partnered with The Nature Conservancy to allow you to offset your carbon emissions for this trip. Go to delta.com/CO2 to calculate your CO2 emissions and learn more about offsetting.

### Your Flight Details    Manage Trip ›

**Passenger Details**              **Flights**          **Seats**

https://mail.google.com/mail/u/0/?ik=b6fae04449&view=pt&search=all&permthid=thread-f:1482490460955473912&simpl=msg-f:1482490460955473912    1/4