# EXHIBIT F

Alias "Mr Sean"



# EXHIBIT F (cont.)

Alias "Jackie"



# EXHIBIT F (cont.)

Alias "Jackie 2"

