Michael Schonbuch (Bar No. 150884)
schonbuch@schonbuchhallissy.com
Lilah N. Cook (Bar No. 350775)
cook@schonbuchhallissy.com
SCHONBUCH HALLISSY LLP
11999 San Vicente Boulevard
Suite 300
Los Angeles, CA 90049
Tel.: (310) 556-7900
*Attorneys for Defendants Sean Combs,*
*CeOpco, LLC, and Bad Boy Entertainment*
*LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION



| | |
|---|---|
| CLAYTON HOWARD, <br><br> Plaintiff, <br><br> v. <br><br> SEAN COMBS, CASANDRA VENTURA, BAD BOY ENTERTAINMENT LLC, and CEOPCO, LLC, <br><br> Defendants. | Case No. 2:25-cv-6031-AH-JPRx <br><br> **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIFTH AMENDED COMPLAINT** <br><br> Fifth Amended Complaint Served: August 3, 2026 <br><br> Current Response Date: August 17, 2026 <br><br> New Response Date: August 24, 2026 |

STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO FIFTH AMENDED COMPLAINT

# **JOINT STIPULATION**

Plaintiff Clayton Howard ("Plaintiff"), on the one hand, and Defendants Sean Combs ("Mr. Combs"), Casandra Ventura ("Ms. Ventura"), CeOpco, LLC d/b/a Combs Global and f/k/a Combs Enterprises, LLC ("CeOpco"), and Bad Boy Entertainment LLC ("BBE," and collectively with Mr. Combs, Ms. Ventura, and CeOpco, "Defendants"), on the other, hereby stipulate as follows:

1. On July 23, 2026, the Court issued an Order granting in part and denying in party Defendants' Motions to Dismiss the Fourth Amended Complaint. (Dkt. No. 154.)  Plaintiff was then given 14 days to file an amended complaint in accordance with the Court's July 23 Order.

2. On August 3, 2026, Plaintiff filed his Fifth Amended Complaint. (Dkt. No. 159.)

3. Defendants' current deadline to respond to the Fifth Amended Complaint is August 14, 2026.

4. On August 7, 2026, Defendants' respective counsel contacted Plaintiff to request an extension of time to respond to the Fifth Amended Complaint.  Plaintiff thereafter agreed to extend Defendants' time to respond to the Fifth Amended Complaint to August 24, 2026.

5. Now, in line with their prior agreement, the Parties respectfully request that the Court grant a short extension of Defendants' time to respond to the Fifth Amended Complaint to August 24, 2026.

6. This request is the Parties first request to extend Defendants' time to respond to the Fifth Amended Complaint.

7. The Parties' request is not for purposes of delay or any improper purpose, but instead to accommodate certain personal conflicts, including a death in one of the counsel's family.  A brief extension will thus permit Defendants to fully respond to the Fifth Amended Complaint, which will move the case forward efficiently and preserve the Court's resources.

8. This request is without prejudice to any defenses, contentions, and/or remedies any party may have, all of which are hereby expressly preserved.  To the extent this joint stipulation and the Court's order thereon is not signed prior to August 17, 2026, Plaintiff agrees that he shall not argue that Defendants' response to the Fifth Amended Complaint was untimely or that Defendants should be prejudiced in any way by the filing of Defendants' response by August 24, 2026.

Based on these recitals, Plaintiff and Defendants hereby STIPULATE to the following modification of Defendants' time to answer, move, or otherwise respond to the Fifth Amended Complaint:

1. Defendants' time to answer, move, or otherwise respond to the Fifth Amended Complaint is extended to **August 24, 2026**.

SO STIPULATED.

Dated: August 10, 2026                     SCHONBUCH HALLISSY LLP

                                           */s/ Lilah N. Cook*

                                           _____

                                           Lilah N. Cook

                                           *Attorneys for Defendants Sean Combs and CeOpco, LLC, and Bad Boy Entertainment LLC*

Dated: August 10, 2026                     WIGDOR LLP

                                           */s/ Melodie Han* (with permission)

                                           _____

                                           Melodie Han

                                           *Attorneys for Defendant Casandra Ventura*

Dated: August 10, 2026                     CLAYTON HOWARD

                                           */s/ Clayton Howard* (with permission)

                                           _____

                                           *Pro Se Plaintiff*

STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO FIFTH AMENDED COMPLAINT

**Certification in Compliance with Local Rule 5-4.3.4**

I certify that, under Local Rule 5-4.3.4(a)(2)(i), I have obtained the authorization from the above-noted signatories, representing the above-noted parties, to file the above-referenced document, and that the above-noted signatories concur in the content of the filing.

Executed on August 10, 2026 in Los Angeles, California.

*/s/ Lilah N. Cook*

_____

Lilah N. Cook

STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO FIFTH AMENDED COMPLAINT