Michael Schonbuch (Bar No. 150884)
schonbuch@schonbuchhallissy.com
Lilah N. Cook (Bar No. 350775)
cook@schonbuchhallissy.com
SCHONBUCH HALLISSY LLP
11999 San Vicente Boulevard
Suite 300
Los Angeles, CA 90049
Tel.: (310) 556-7900
*Attorneys for Defendant Sean Combs,
CeOpco, LLC, and Bad Boy Entertainment
LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION



| | |
|---|---|
| CLAYTON HOWARD,<br><br>                    Plaintiff,<br><br>          v.<br><br>SEAN COMBS, CASANDRA VENTURA, BAD BOY ENTERTAINMENT LLC, and CEOPCO, LLC,<br><br>                    Defendants. | Case No. 2:25-cv-6031-AH-JPRx<br><br>**DECLARATION OF LILAH N. COOK IN SUPPORT OF JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIFTH AMENDED COMPLAINT**<br><br>Fifth Amended Complaint Served: August 3, 2026<br><br>Current Response Date: August 17, 2026<br><br>New Response Date: August 24, 2026 |

DECLARATION OF LILAH N. COOK IN SUPPORT OF JOINT STIPULATION TO
EXTEND TIME TO RESPOND TO FIFTH AMENDED COMPLAINT

## **DECLARATION OF LILAH N. COOK**

I, Lilah N. Cook, hereby declare as follows:

1. I am an attorney duly licensed to practice before this Court and all the courts in the State of California and am an associate with the law firm of Schonbuch Hallissy LLP, attorneys of record herein for Defendants Sean Combs ("Mr. Combs"), CeOpco, LLC d/b/a Combs Global and f/k/a Combs Enterprises, LLC ("CeOpco"), and Bad Boy Entertainment LLC ("BBE").

2. I am sufficiently familiar with the facts set forth herein to competently testify to them if required to do so.

3. This Declaration is made in support of the joint stipulation between Plaintiff Clayton Howard ("Plaintiff"), Mr. Combs, CeOpco, BBE, and Defendant Casandra Ventura ("Ms. Ventura," and collectively with Mr. Combs, CeOpco, and BBE, "Defendants") seeking an order to extend Mr. Combs, Ms. Ventura, and CeOpco's time to respond to the Fifth Amended Complaint.

4. On July 23, 2026, the Court issued an Order granting in part and denying in party Defendants' Motions to Dismiss the Fourth Amended Complaint. (Dkt. No. 154.) Plaintiff was then given 14 days to file an amended complaint in accordance with the Court's July 23 Order.

5. On August 3, 2026, Plaintiff filed his Fifth Amended Complaint. (Dkt. No. 159.)

6. Defendants' current deadline to respond to the Fifth Amended Complaint is August 14, 2026.

7. On August 7, 2026, I contacted Plaintiff to request an extension of time for Mr. Combs, CeOpco, and BBE to respond to the Fifth Amended Complaint. This request was then joined by counsel for Ms. Ventura, who requested the same extension on Ms. Ventura's behalf. Plaintiff thereafter agreed to extend Defendants' time to respond to the Fifth Amended Complaint to August 24, 2026.

DECLARATION OF LILAH N. COOK IN SUPPORT OF JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIFTH AMENDED COMPLAINT

8. The Parties' request is not for purposes of delay or any improper purpose, but instead to accommodate certain personal conflicts, including a death in one of the counsel's family.  A brief extension will thus permit Defendants to fully respond to the Fifth Amended Complaint, which will move the case forward efficiently and preserve the Court's resources.

9. Mr. Combs, CeOpco, and BBE have made efforts to meet their existing deadlines.  If necessary, and in spite of the above-discussed personal conflicts, they are prepared to respond to the Fifth Amended Complaint by August 17, 2026. These efforts highlight that the Parties' request is not for purposes of delay, but instead driven from a genuine desire to streamline the case and fully address its relevant issues.

10. The joint stipulation is the first request by the Parties to extend Defendants' time to respond to the Fifth Amended Complaint.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated: August 10, 2026

SCHONBUCH HALLISSY LLP

*/s/ Lilah N. Cook*

_____

Lilah N. Cook

*Attorneys for Defendants Sean Combs, CeOpco, LLC, and Bad Boy Entertainment LLC*

DECLARATION OF LILAH N. COOK IN SUPPORT OF JOINT STIPULATION TO
EXTEND TIME TO RESPOND TO FIFTH AMENDED COMPLAINT