# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CLAYTON HOWARD,<br><br>       Plaintiff,<br><br>       v.<br><br>SEAN COMBS, CASANDRA VENTURA, BAD BOY ENTERTAINMENT LLC, and CEOPCO, LLC,<br><br>       Defendants. | Case No. 2:25-cv-6031-AH-JPRx<br><br>**[PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO FIFTH AMENDED COMPLAINT** |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the Joint Stipulation extending the time for Defendants Sean Combs, Casandra Ventura, CeOpco, LLC d/b/a Combs Global and f/k/a Combs Enterprises, LLC, and Bad Boy Entertainment LLC to respond to Plaintiff Clayton Howard's Fifth Amended Complaint is APPROVED.  Defendants must answer, move, or otherwise respond to the Fifth Amended Complaint by **August 24, 2026**.

IT IS SO ORDERED.

Dated:

_____
Hon. Anne Hwang
United States District Judge

[PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO
RESPOND TO FIFTH AMENDED COMPLAINT