Michael Schonbuch (Bar No. 150884)
schonbuch@schonbuchhallissy.com
Lilah N. Cook (Bar No. 350775)
cook@schonbuchhallissy.com
SCHONBUCH HALLISSY LLP
11999 San Vicente Boulevard, Suite 300
Los Angeles, CA 90049
Tel.: (310) 556-7900
*Attorneys for Defendants Sean Combs,*
*CeOpco, LLC, and*
*Bad Boy Entertainment LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CLAYTON HOWARD,<br><br>Plaintiff,<br><br>v.<br><br>SEAN COMBS, CASANDRA VENTURA, BAD BOY ENTERTAINMENT, LLC, and CEOPCO, LLC,<br><br>Defendants. | Case No. 2:25-cv-6031-AH-JPRx<br><br>**NOTICE OF MOTION TO DISMISS THE FIFTH AMENDED COMPLAINT**<br><br>Hearing Date: October 7, 2026<br>Time: 1:30 p.m.<br>Judge: Hon. Anne Hwang<br>Courtroom: 9C |

PLEASE TAKE NOTICE that on October 7, 2026, at 1:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable Anne Hwang, United States District Judge, in the above-entitled Court, located at Courtroom 9C, United States Courthouse, 350 West 1st Street, Los Angeles, CA, 90012, Defendants Sean Combs, CeOpco, LLC f/k/a Combs Enterprises LLC and d/b/a Combs Global, and Bad Boy Entertainment LLC will, and hereby do, move this Court for an order dismissing Plaintiff Clayton Howard's Fifth Amended Complaint (Dkt. No. 159) based on the following grounds:

1. Failure to state a claim upon which relief can be granted under Fed. R. Civ. P. 12(b)(6).

The Motion to Dismiss is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Lilah N. Cook, dated August 24, 2026, the pleadings and papers on file in this action, and all other or further material, evidence, or argument as may be presented in connection with the hearing on the Motion to Dismiss, and such other matters as the Court may deem just and proper.

The Motion to Dismiss is made following a "meet and confer" between counsel for Defendants and Plaintiff that took place via Zoom on August 14, 2026.

Dated: August 24, 2026

SCHONBUCH HALLISSY LLP

*/s/ Michael Schonbuch*

______________________________

Michael Schonbuch
Lilah N. Cook
*Attorneys for Defendants Sean Combs, CeOpco, LLC, and Bad Boy Entertainment LLC*