Michael Schonbuch (Bar No. 150884)
schonbuch@schonbuchhallissy.com
Lilah N. Cook (Bar No. 350775)
cook@schonbuchhallissy.com
SCHONBUCH HALLISSY LLP
11999 San Vicente Boulevard, Suite 300
Los Angeles, CA 90049
Tel.: (310) 556-7900
*Attorneys for Defendants Sean Combs, CeOpco, LLC, and Bad Boy Entertainment LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

CLAYTON HOWARD,

Plaintiff,

v.

SEAN COMBS, CASANDRA VENTURA, BAD BOY ENTERTAINMENT, LLC, and CEOPCO, LLC,

Defendants.

Case No. 2:25-cv-6031-AH-JPRx

**DECLARATION OF LILAH N. COOK IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIFTH AMENDED COMPLAINT**

Hearing Date: October 7, 2026
Time: 1:30 p.m.
Judge: Hon. Anne Hwang
Courtroom: 9C

I, Lilah N. Cook, declare as follows:

1. I am an attorney duly licensed to practice before this Court and all other courts of the State of California. I am an associate with the law firm SCHONBUCH HALLISSY LLP, attorneys of records for Defendants ("Mr. Combs"), CeOpco, LLC f/k/a Combs Enterprises LLC and d/b/a Combs Global ("CeOpco"), and Bad Boy Entertainment LLC ("BBE," and together with CeOpco, the "Corporate Defendants") (collectively "Defendants").

2. I make this declaration in support of Defendants' Motion to Dismiss (the "Motion") the Fifth Amended Complaint ("FAC"). I am aware of the facts stated herein of my own knowledge and, if called to testify thereto, I could and would competently so testify.

3. Pursuant to L.R. 7-3, on August 14, 2026, I participated in a Zoom call in which I met with Plaintiff Clayton Howard ("Plaintiff") and conferred with him regarding the arguments Defendants' planned asserted in their Motion, including the impropriety of alleging out-of-state conduct as a basis for liability in connection with Plaintiff's state-law claims; the impropriety of using group pleading against the Corporate Defendants; as well as the general inability of the FAC to plausibly state claims against either Mr. Combs or the Corporate Defendants.

4. We were unable to reach an agreement regarding the legal propriety of the FAC.

I declare under penalty of perjury according to the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated: August 24, 2026

*/s/ Lilah N. Cook*

Lilah N. Cook