**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLAYTON HOWARD,<br>Plaintiff,<br>v.<br><br>SEAN COMBS, CASANDRA VENTURA, BAD BOY ENTERTAINMENT, LLC, and CEOPCO, LLC,<br>Defendants. | Case No.: 2:25-cv-6031-AH-JPRx<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS THE FIFTH AMENDED COMPLAINT [DKT. NO. 162]** |

On August 24, 2026, Sean Combs, CeOpco, LLC f/k/a Combs Enterprises LLC and d/b/a Combs Global, and Bad Boy Entertainment LLC moved to dismiss Plaintiff Clayton Howard's Fifth Amended Complaint for failure to state a claim upon which relief can be granted.

The Court, having considered Defendants' Motion to Dismiss and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1. Plaintiff's Fifth Amended Complaint is dismissed.

IT IS SO ORDERED.

Dated:

______________________________

ANNE HWANG

United States District Judge