Mélodie Han (Bar No. 357207)
Douglas H. Wigdor (*pro hac vice forthcoming*)
Meredith A. Firetog (*pro hac vice forthcoming*)
mhan@wigdorlaw.com
dwigdor@wigdorlaw.com
mfiretog@wigdorlaw.com
WIGDOR LLP
85 Fifth Avenue, Floor 5
New York, NY 10003
Tel. (212) 257-6800
Fax. (212) 257-6845

*Counsel for Defendant Casandra Ventura*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

CLAYTON HOWARD,

Plaintiff,

v.

SEAN COMBS, CASANDRA VENTURA, BAD BOY ENTERTAINMENT, L.L.C., CEOPCO, L.L.C.

Defendants.

**Case No. 2:25-cv-6031-AH-JPR**

**NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIFTH AMENDED <u>COMPLAINT</u>**

Hearing Date: October 21, 2026
Time: 1:30 PM
Judge: Hon. Anne Hwang
Courtroom: 9C

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** that on October 21, 2026 at 1:30 P.M., or as soon thereafter as this matter may be heard, Defendant Casandra Ventura ("Ms. Ventura") will respectfully move for an order dismissing Plaintiff's Fifth Amended Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

This Motion will be heard in the Courtroom of the Honorable Anne Hwang for the United States District Court in the Central District of California, located at Felicitas and Gonzalo Mendez United States Courthouse, 350 W 1st Street, Suite 4311, Los Angeles, CA, 90012. This Motion is based on this Notice of Motion, the Memorandum of Law in Support, the Declaration of Mélodie Han, and the Proposed Order.

This Motion is made following conference of counsel pursuant to Local Rule 7-3 which took place on August 13, 2026.

Dated: August 24, 2026

Respectfully submitted,

By: ____________________

Mélodie Han
Douglas Wigdor (*pro hac vice forthcoming*)
Meredith Firetog (*pro hac vice forthcoming*)
WIGDOR LLP
85 Fifth Avenue, Fifth Floor
New York, NY 10003
Telephone: (212) 257-6800
mhan@wigdorlaw.com
dwigdor@wigdorlaw.com
mfiretog@wigdorlaw.com

*Counsel for Ms. Ventura*