Mélodie Han (Bar No. 357207)
Douglas H. Wigdor (*pro hac vice forthcoming*)
Meredith A. Firetog (*pro hac vice forthcoming*)
mhan@wigdorlaw.com
dwigdor@wigdorlaw.com
mfiretog@wigdorlaw.com
WIGDOR LLP
85 Fifth Avenue, Floor 5
New York, NY 10003
Tel. (212) 257-6800
Fax. (212) 257-6845

*Counsel for Defendant Casandra Ventura*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

CLAYTON HOWARD,

Plaintiff,

v.

SEAN COMBS, CASANDRA VENTURA, BAD BOY ENTERTAINMENT, L.L.C., CEOPCO, L.L.C.

Defendants.

**Case No. 2:25-cv-6031-AH-JPR**

**DECLARATION OF MELODIE HAN IN SUPPORT OF DEFENDANT VENTURA'S MOTION TO DISMISS <u>THE FIFTH AMENDED COMPLAINT</u>**

Hearing Date: October 21, 2026
Time: 1:30 PM
Judge: Hon. Anne Hwang
Courtroom: 9C

I, **Mélodie Han,** hereby declare and state as follows:

1. I am an attorney duly licensed to practice before this Court and am an associate with the law firm of Wigdor LLP, attorneys of record herein for Defendant Casandra Ventura.

2. I make this declaration in support of Defendant Ventura's Motion to Dismiss ("Motion") the Fifth Amended Complaint ("5AC"). I am aware of the facts set forth herein of my own knowledge and, if called to testify thereto, I could and would competently so testify.

3. Pursuant to Local Rule 7-3, on August 13, 2026, I participated in a Zoom call in which I met with Plaintiff Clayton Howard and conferred regarding the planned Motion, including Plaintiff's improper reliance on Defendant's trial testimony, Plaintiff's inability to assert any fraud that is material, and the general failure of the 5AC to assert any claims against Defendant Ventura. We were unable to reach an agreement regarding the legal propriety of the 5AC.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated: August 24, 2026

Mélodie Han