Mélodie Han (Bar No. 357207)
Douglas H. Wigdor (*pro hac vice forthcoming*)
Meredith A. Firetog (*pro hac vice forthcoming*)
mhan@wigdorlaw.com
dwigdor@wigdorlaw.com
mfiretog@wigdorlaw.com
WIGDOR LLP
85 Fifth Avenue, Floor 5
New York, NY 10003
Tel. (212) 257-6800
Fax. (212) 257-6845

*Counsel for Defendant Casandra Ventura*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CLAYTON HOWARD,<br><br>Plaintiff,<br><br>v.<br><br>SEAN COMBS, CASANDRA VENTURA, BAD BOY ENTERTAINMENT, L.L.C., CEOPCO, L.L.C.<br><br>Defendants. | **Case No. 2:25-cv-6031-AH-JPR**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT VENTURA'S MOTION TO DISMISS PLAINTIFF'S FIFTH AMENDED COMPLAINT**<br><br>Hearing Date: October 21, 2026<br>Time: 1:30 PM<br>Judge: Hon. Anne Hwang<br>Courtroom: 9C |

On August 24, 2026, Defendant Casandra Ventura moved to dismiss Plaintiff's Fifth Amended Complaint pursuant to Fed. R. Civ. Proc. 12(b)(6).

The Court, having considered Defendant Ventura's Motion to Dismiss, any opposition and/or reply papers, and finding good cause therefor, hereby GRANTS the Motion and **ORDERS** as follows:

1. Plaintiff's Fifth Amended Complaint is hereby **DISMISSED WITH PREJUDICE AS AGAINST CASANDRA VENTURA**.

**IT IS SO ORDERED**.

Dated:

______________________________
Honorable Anne Hwang