Mélodie C. Han (Bar No. 357207)
Douglas H. Wigdor (*pro hac vice* forthcoming)
Meredith A. Firetog (*pro hac vice* forthcoming)
mhan@wigdorlaw.com
dwigdor@wigdorlaw.com
mfiretog@wigdorlaw.com
WIGDOR LLP
85 Fifth Avenue, Floor 5
New York, NY 10003
Tel. (212) 257-6800
Fax. (212) 257-6845

*Counsel for Defendant Casandra Ventura*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

CLAYTON HOWARD,

Plaintiff,

v.

SEAN COMBS, CASANDRA VENTURA, BAD BOY ENTERTAINMENT, L.L.C., CEOPCO, L.L.C.

Defendants.

**Case No. 2:25-cv-6031-AH-DMK**

**DECLARATION OF MÉLODIE C. HAN IN SUPPORT OF REQUEST FOR REMOTE APPEARANCE**

Hearing Date: October 21, 2026
Time: 1:30 p.m.
Judge: Hon. Anne Hwang
Courtroom: 9C

I, **Mélodie C. Han**, declare as follows:

1. I am an attorney at Wigdor LLP and counsel of record for Defendant Casandra Ventura in the above-captioned action. I am admitted to practice in the State of California and am admitted to appear before this Court.

2. I have personal knowledge of the facts set forth herein and, if called upon to testify, could and would competently testify thereto.

3. I submit this Declaration in support of Defendant Casandra Ventura's request that counsel be permitted to appear remotely via Zoom at the October 21, 2026 hearing scheduled in this matter at 1:30 p.m. before the Honorable Anne Hwang, Courtroom 9C.

4. Counsel for Ventura is based in New York and attendance in person would require cross-country travel.

5. Remote appearance via Zoom will allow counsel to participate fully and will conserve the resources of the parties without any prejudice to any party.

6. Accordingly, I respectfully request that the Court permit counsel to appear remotely via Zoom for the October 21, 2026 hearing.

7. Both Plaintiff and counsel for Defendants Sean Combs, Bad Boy Entertainment and CeopCo indicated that they do not oppose this request.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct.

Dated: October 7, 2026

Respectfully submitted,

Mélodie C. Han