Clayton Howard
24 Orchard Street
Carteret, New Jersey 07008
(929) 781-7791
itsclaytonhoward@gmail.com
Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| CLAYTON HOWARD,<br>*Plaintiff*,<br>v.<br>SEAN COMBS;<br>CASANDRA VENTURA;<br>BAD BOY ENTERTAINMENT, LLC; and CeOPCO, LLC,<br>*Defendants*, | Case No. 2:25-cv-06031-AH-DMKx |

Underlying Motion (Dkt. 162):
October 21, 2026, 1:30 p.m.
Courtroom 9C
Hon. Anne Hwang
[No hearing requested; L.R. 7-19]

**DECLARATION OF CLAYTON HOWARD IN SUPPORT OF EX PARTE APPLICATION FOR LEAVE TO FILE A SUR-REPLY**

I, Clayton Howard, declare as follows:

1. I am the Plaintiff in this action and appear pro se. I have personal knowledge of the facts in this declaration and, if called as a witness, could and would testify competently to them. I submit this declaration in support of my Ex Parte Application for Leave to File a Sur-Reply Limited to New Matters Raised in Defendants' Reply (Dkt. 169).

2. Defendants Sean Combs, CeOpco, LLC, and Bad Boy Entertainment LLC filed their Motion to Dismiss the Fifth Amended Complaint on August 24, 2026 (Dkt. 162). I filed my Opposition on September 4, 2026 (Dkt. 165). The Court continued the hearing to October 21, 2026 (Dkt. 168). Defendants filed their Reply on October 7, 2026 (Dkt. 169).

3. I compared the Reply with the Motion's memorandum (Dkt. 162-1), including its Table of Authorities and text. The Motion does not cite *People v. Betts*, 34 Cal. 4th 1039 (2005); Cal. Civ. Proc. Code § 32; Cal. Penal Code § 9; *Scosche Industries, Inc. v. S & T Montgomery Distributors, Inc.*, 2024 WL 4003894 (C.D. Cal. June 5, 2024); *Fortaleza v. PNC Financial Services Group, Inc.*, 642 F. Supp. 2d 1012 (N.D. Cal. 2009); *Sapien v. Wells Fargo Bank, N.A.*, 2017 WL 8220418 (C.D. Cal. Jan. 31, 2017); *People v. Campbell*, 51 Cal. App. 5th 463 (2020); or *People v. Zambia*, 51 Cal. 4th 965 (2011). It does not mention Penal Code § 266i or make any argument under Federal Rule of Civil Procedure 8 as to Count I. It does not cite or refer to the YouTube video cited in footnote 2 of the Reply. Each of these authorities, arguments, and items appears for the first time in the Reply, at page 2, footnote 2, and pages 4–6.

4. A true and correct copy of my proposed sur-reply is attached as **Exhibit 1**. It does not exceed five pages and addresses only the matters identified in the Application.

5. On October 9, 2026, at approximately 2:44 p.m. Pacific Time, I telephoned Jonathan Gottlieb, of Schonbuch Hallissy LLP, counsel for Defendants

Combs, CeOpco, and Bad Boy Entertainment, and advised him that I intended to file this Application seeking leave to file a sur-reply of no more than five pages limited to the new matters in the Reply. Mr. Gottlieb asked that I wait until Tuesday, October 13, 2026, explaining that he needed to confer with his client. I agreed and delayed filing. On October 14, 2026, during a telephone call, Mr. Gottlieb stated that those Defendants oppose the Application.

6. On October 8, 2026, at approximately 9:44 p.m. Pacific Time, I emailed Melodie Han of Wigdor LLP, counsel for Defendant Casandra Ventura, at mhan@wigdorlaw.com, gave her notice of the date and substance of this Application, and told her I would call her on October 9, 2026. Ms. Han responded by email on October 9, 2026, that Ms. Ventura takes no position on the Application and that a call was unnecessary.

7. Concurrently with filing, I am serving the Application, this declaration and its exhibit, the Declaration Regarding Use of Artificial Intelligence, and the [Proposed] Order on all counsel by email, with notice that any opposition must be filed not later than forty-eight (48) hours following service or by 3:00 p.m. on the first court day after service, whichever is later. I am emailing the [Proposed] Order in Word format, with a PDF of the Application, to Yolanda_skipper@cacd.uscourts.gov, and I am arranging delivery of mandatory chambers copies.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 14, 2026, at Carteret, New Jersey.

Clayton Howard

/s/ Clayton Howard

Clayton Howard