Clayton Howard
24 Orchard Street
Carteret, New Jersey 07008
(929) 781-7791
itsclaytonhoward@gmail.com
Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

CLAYTON HOWARD,

*Plaintiff*,

v.

SEAN COMBS;
CASANDRA VENTURA;
BAD BOY ENTERTAINMENT, LLC; and
CeOPCO, LLC,

*Defendants*,

Case No. 2:25-cv-06031-AH-DMKx

Underlying Motion (Dkt. 162):
October 21, 2026, 1:30 p.m.
Courtroom 9C
Hon. Anne Hwang
[No hearing requested; L.R. 7-19]

**DECLARATION OF CLAYTON HOWARD**
**REGARDING USE OF ARTIFICIAL INTELLIGENCE**
**(CIVIL STANDING ORDER § E.5)**

I, Clayton Howard, declare as follows:

1. I am the Plaintiff in this action and appear pro se.
2. Under Section E.5 of the Court's Civil Standing Order, I disclose that I used a generative artificial intelligence tool (Prose.ai powered by Claude, developed by Anthropic, PBC) to assist in drafting portions of the following documents, filed or lodged concurrently with this declaration:
    a) Plaintiff's Ex Parte Application for Leave to File a Sur-Reply Limited to New Matters Raised in Defendants' Reply (Dkt. 169), and Memorandum of Points and Authorities;
    b) Declaration of Clayton Howard in Support of the Application, and its Exhibit 1, Plaintiff's [Proposed] Sur-Reply; and
    c) [Proposed] Order Granting the Application.
3. The tool was used to help organize the arguments, draft language, compare the Reply with the Motion, and format the documents under the Local Rules and the Standing Order. The facts stated in these documents come from my personal knowledge, the pleadings, and the docket of this action.
4. I have personally reviewed the source material for every factual assertion and every legal authority cited in these documents, including the statutes and the opinions quoted, and I have verified that the quotations, citations, and pinpoint citations are accurate. I certify that the artificially generated content is accurate and that these filings comply with my obligations under Federal Rule of Civil Procedure 11.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 11, 2026, at Carteret, New Jersey.

/s/ Clayton Howard

Clayton Howard