CLAYTON HOWARD
24 Orchard Street
Careteret, New Jersey 07008
Telephone: (929) 781-7791
Email: itsclaytonhoward@gmail.com
Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| CLAYTON HOWARD,<br>*Plaintiff*,<br>v.<br>SEAN COMBS,<br>CASSANDRA VENTURA,<br>BAD BOY ENTERTAINMENT LLC,<br>CEOPCO LLC,<br>*Defendants*. | **No. 2:25-cv-06031-AH-DMKx** |

**PLAINTIFF'S NOTICE OF LODGING OF [PROPOSED] ORDER RE: FIRST EX PARTE APPLICATION FOR LEAVE TO FILE SUR-REPLY (DKT. 173)**

Judge: Hon. Anne Hwang
Courtroom: 9C
Ex Parte Application – no hearing set
Underlying Motion (Dkt. 162): October 21, 2026, 1:30 p.m.

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 5-4.4.1 and at the direction of the Courtroom Deputy Clerk, Plaintiff Clayton Howard hereby lodges the attached **[Proposed] Order Granting Plaintiff's First Ex Parte Application for Leave to File Sur-Reply**, attached hereto as **Exhibit A**.

The proposed order relates to Plaintiff's First Ex Parte Application for Leave to File Sur-Reply to the Reply of Defendants Sean Combs, Bad Boy Entertainment LLC, and CeOpco LLC (Dkt. 169) in support of their Motion to Dismiss the Fifth Amended Complaint (Dkt. 162), which Plaintiff filed on October 14, 2026 (Dkt. 173). The Application is supported by the Declaration of Clayton Howard (Dkt. 173-1) and attaches the proposed Sur-Reply as Exhibit 1 (Dkt. 173-2).

Pursuant to Local Rule 5-4.4.2 and Section E.3 of the Court's Civil Standing Order, Plaintiff will submit a Microsoft Word version of the proposed order, together with a PDF of the Application, to Chambers by email.

Dated: October 14, 2026

Respectfully submitted,

Clayton Howard

/s/ Clayton Howard
CLAYTON HOWARD
Plaintiff, Pro Se