# EXHIBIT A

Gmail — Clayton Howard <[redacted]>

## Re: Howard v. Combs, No. 2:25-cv-06031-AH-DMKx: Request for Consent to Plaintiff's Remote Appearance at October 21, 2026 Hearing

**From:** Jonathan Gottlieb <[redacted]>
**Sent:** Wednesday, October 14, 2026 12:16 PM (ET)
**To:** Clayton Howard <[redacted]>; Melodie Han <[redacted]>
**Cc:** Michael Schonbuch <[redacted]>; Yvett Espinoza <[redacted]>; Monica Mejia <[redacted]>; Meredith Firetog <[redacted]>; Douglas Wigdor <[redacted]>

That's fine.

-JDG

Get Outlook for iOS

Prior messages quoted beneath this message in the original email have been omitted; this exhibit reproduces only the message identified above.