# EXHIBIT B

Gmail — Clayton Howard <[redacted]>

## RE: Howard v. Combs, No. 2:25-cv-06031-AH-DMKx: Request for Consent to Plaintiff's Remote Appearance at October 21, 2026 Hearing

**From:** Meredith Firetog <[redacted]>
**Sent:** Wednesday, October 14, 2026 12:21 PM (ET)
**To:** Jonathan Gottlieb <[redacted]>; Clayton Howard <[redacted]>; Melodie Han <[redacted]>
**Cc:** Michael Schonbuch <[redacted]>; Yvett Espinoza <[redacted]>; Monica Mejia <[redacted]>; Douglas Wigdor <[redacted]>

---

Defendant Ventura also does not oppose.

Meredith Firetog
Partner
[redacted]
wigdorlaw.com

This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail or phone. Thank you.

---

Redactions: email addresses, telephone number, and street address redacted by Plaintiff. Prior messages quoted beneath this message in the original email have been omitted; this exhibit reproduces only the message identified above.