# EXHIBIT C

Name: Clayton Howard | DOB:[redacted]1980 | MRN:[redacted] | PCP: YVONNE HANNA, MD | Legal Name: Clayton Howard

AdvantageCare PHYSICIANS

CLOVE ROAD MEDICAL OFFICE
CLOVE ROAD INTERNAL MEDICINE
[redacted]

October 14, 2026

Clayton Howard.
[redacted]

To Whom It May Concern:

Clayton Howard has a possible mensicus tear which is causing him extreme pain, swelling, and difficulty walking. It is my medical opinion that prolonged flights with his knee bent would greatly aggravate the injury.

Sincerely,

Yvonne Hanna, MD

MyChart® licensed from Epic Systems Corporation© 1999 - 2026