Clayton Howard
24 Orchard Street
Carteret, New Jersey 07008
(929) 781-7791
itsclaytonhoward@gmail.com
Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| CLAYTON HOWARD,<br>*Plaintiff*,<br>v.<br>SEAN COMBS;<br>CASANDRA VENTURA;<br>BAD BOY ENTERTAINMENT, LLC; and<br>CeOpco, LLC<br>(f/k/a Combs Enterprises, LLC,<br>d/b/a Combs Global),<br>*Defendants*, | Case No. 2:25-cv-06031-AH-DMKx |

**PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE TO SUBSTITUTE A REVISED [PROPOSED] SIXTH AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF CLAYTON HOWARD**

[L.R. 7-19, 7-19.1; Civil Standing Order § G.10]

Hearing on Motions to Dismiss (Dkts. 162, 163):
Date: October 21, 2026
Time: 1:30 p.m.
Courtroom: 9C
Hon. Anne Hwang
[No hearing requested on this Application]

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Plaintiff Clayton Howard, appearing pro se, applies ex parte for an order (1) granting him leave to lodge the Revised [Proposed] Sixth Amended Complaint (the "Revised Proposed 6AC"), lodged concurrently with a Notice of Lodging, in substitution for the proposed Sixth Amended Complaint submitted with his oppositions as Dkt. 166, ("Exhibit 1"); and (2) directing that, in determining whether leave to amend should be granted and whether amendment would be futile on the pending Motions to Dismiss the Fifth Amended Complaint (Dkts. 162, 163), the Court consider the Revised Proposed 6AC in place of Exhibit 1. In the alternative, Plaintiff requests that, if the Court grants leave to amend, he be permitted to file the Revised Proposed 6AC as his Sixth Amended Complaint.

Plaintiff seeks no change to the briefing schedule or to the October 21, 2026 hearing, and this Application presents no further argument on the merits of the Motions. A redline showing every addition to and deletion from the operative Fifth Amended Complaint (Dkt. 159), with an index of the page and line of each change, is attached as Appendix A.

This Application is based on this Application, the Memorandum of Points and Authorities, the Declaration of Clayton Howard, the Revised Proposed 6AC and Appendix A, the files and records of this case, and any matters the Court may consider.

**Notice to opposing counsel (L.R. 7-19, 7-19.1; Standing Order § G.10).**

On October 14, 2026, Plaintiff attempted to orally advised counsel for all Defendants, by telephone, of the date and substance of this Application. Counsel for Mr. Combs, BBE, LLC, and CeOpco, LLC oppose the filing. Counsel for Ms. Ventura also stated she opposes the application. Plaintiff served this Application by email on October 14, 2026 and advised counsel that any opposition is due within forty-eight hours of service or by 3:00 p.m. on the first court day after service, whichever is later. Declaration of Clayton Howard ("Howard Decl.") ¶¶ 6–7. Counsel are:

Counsel for Defendant Casandra Ventura: Melodie Han, Douglas Wigdor, and Meredith Firetog, WIGDOR LLP, 85 Fifth Avenue, Fifth Floor, New York, NY 10003; (212) 257-6800; mhan@wigdorlaw.com; dwigdor@wigdorlaw.com; mfiretog@wigdorlaw.com..

Counsel for Defendants Sean Combs, Bad Boy Entertainment, LLC, and CeOpco, LLC: Michael Schonbuch and Jonathan D. Gottlieb, SCHONBUCH HALLISSY LLP, 11999 San Vicente Boulevard, Suite 300, Los Angeles, CA 90049; (310) 556-7900; schonbuch@schonbuchhallissy.com; gottlieb@schonbuchhallissy.com.

Dated: October 15, 2026

Respectfully submitted,

Clayton Howard
Plaintiff, Pro Se