Clayton Howard
24 Orchard Street
Carteret, New Jersey 07008
(929) 781-7791
itsclaytonhoward@gmail.com
Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| CLAYTON HOWARD,<br>*Plaintiff*,<br>v.<br>SEAN COMBS;<br>CASANDRA VENTURA;<br>BAD BOY ENTERTAINMENT, LLC; and<br>CeOpco, LLC<br>(f/k/a Combs Enterprises, LLC,<br>d/b/a Combs Global),<br>*Defendants*, | Case No. 2:25-cv-06031-AH-DMKx |

## DECLARATION OF CLAYTON HOWARD

I, Clayton Howard, declare:

1. I am the Plaintiff in this action and appear pro se. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.

2. With my oppositions to the Motions to Dismiss (Dkts. 162, 163), I submitted a proposed Sixth Amended Complaint dated September 1, 2026, as Dkt. 166, Ex. 1 — confirm docket and exhibit number.

3. Defendants filed their replies on October 7, 2026 (Dkts. 169, 171). After reviewing them, I reviewed Exhibit 1 against the trial transcripts and exhibits in *United States v. Combs*, No. 1:24-cr-00542 (AS) (S.D.N.Y.), and against my own recollection.

4. Based on that review, I prepared the Revised [Proposed] Sixth Amended Complaint, a true and correct copy of which is lodged with the Notice of Lodging filed with this Application. Appendix A is a true and correct redline showing every change from Exhibit 1. The revision corrects statements in Exhibit 1 that I concluded were inaccurate, including the length of time I was held during the December 2016 Miami encounter and the statement that Mr. Combs's security personnel took my belongings; withdraws the Third Cause of Action; limits the Fourth Cause of Action to Mr. Combs; and adds the facts identified in Part II of the Memorandum.

5. I am not represented by counsel. I prepared this Application as promptly as I could after the replies were filed.

6. On October 14, 2026, I orally advised both Jonathan Gottlieb, counsel for Defendants Combs, BBE, and CeoPco, LLC. I advised Meredith Firetog, counsel for Defendant Ventura by email in an attempt to schedule a call. Ms Firetog responded that counsel for Defendant Ventura also opposed the application. On October 14, 2026, both counsel for Defendant Combs, Ventura, BBE and Ceopco opposed the application.

7. On October 14, 2026, I served this Application, the Notice of Lodging, the Revised Proposed 6AC, Appendix A, and the proposed order by email on all counsel at the addresses listed in the Application, and advised them that any

opposition is due within forty-eight hours of service or by 3:00 p.m. on the first court day after service, whichever is later.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 15, 2026, at Carteret, New Jersey..

Clayton Howard

Clayton Howard