Clayton Howard
24 Orchard Street
Carteret, New Jersey 07008
(929) 781-7791
itsclaytonhoward@gmail.com
Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CLAYTON HOWARD,<br>*Plaintiff*,<br>v.<br><br>SEAN COMBS;<br>CASANDRA VENTURA;<br>BAD BOY ENTERTAINMENT, L.L.C.;<br>CEOPCO, L.L.C.,<br>*Defendants*. | Case No. 2:25-cv-06031-AH-DMKx<br><br>ORDER RE SECOND EXPARTE APPLICATION TO APPEAR REMOTELY [175] |

The Court has considered Plaintiff Clayton Howard's Unopposed Ex Parte Application for Leave to Appear by Videoconference at the October 21, 2026 Hearing and the supporting Declaration of Clayton Howard and exhibits.

Good cause appearing, and no opposition having been filed, IT IS HEREBY ORDERED that:

1. The Application is GRANTED.

2. Plaintiff Clayton Howard may appear by videoconference at the October 21, 2026, 1:30 p.m. hearing on the Motions to Dismiss the Fifth Amended Complaint (Dkts. 162, 163).

3. This Order applies only to the October 21, 2026 hearing.

Counsel are directed to visit the ZOOM Webinar Information, that can be found on the Court's Website, under Judge Hwang's Procedures. Counsel may log in at least 15 minutes in advance of the hearing.

Counsel and the parties are reminded that there is a general prohibition against photographing, recording, and rebroadcasting of court proceedings (including those held by telephone or video conference) and any recording of a court proceeding held by video or teleconference, including "screenshots"or other visual copying of a hearing, is absolutely prohibited.

IT IS SO ORDERED.

Dated: OCTOBER 15, 2026

Anne Hwang

HON. ANNE HWANG

UNITED STATES DISTRICT JUDGE