UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 25-6031-AH(DMKx)** | Date | OCTOBER 21, 2026 |
| Title | Clayton Howard v. Sean Combs et al | | |

| | |
|---|---|
| Present: The Honorable | ANNE HWANG, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Yolanda Skipper | Lidia Perez |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Clayton Howard, In Pro Per, via zoom | Jonathan D.Gottlieb<br>Melodie Han, via zoom |

**Proceedings:** **HEARING RE:Defendants Bad Boy Entertainment LLC, CeOpco LLC, and Sean Combs motion to dismiss [162] and Defendant Cassandra Ventura's motion to dismiss [163]**

The case is called and counsel state their appearances. The Court and counsel confer. The Court is prepared to provide an oral ruling.

Following discussion with the parties, the Court advises counsel that the Defendants Bad Boy Entertainment LLC's motion [162] is hereby granted in part and denied in part, with leave to amend within 14 days. Defendant Combs shall file an answer within 14 days. Defendant Ventura's motion to dismiss [163] is hereby granted, this will be the order as stated on the record.

The Court further denies the ex parte application for Leave to file Substitute Proposed 6AC [176] and will consider the ex parte application for Leave to file Sur Reply to Defendants Combs, BBE,CEOPCO, LLC Reply to Plaintiff Opposition [173].

IT IS SO ORDERED.

cc: all parties

__: 30