Michael Schonbuch (Bar No. 150884)
schonbuch@schonbuchhallissy.com
Jonathan D. Gottlieb (Bar No. 339650)
gottlieb@schonbuchhallissy.com
SCHONBUCH HALLISSY LLP
11999 San Vicente Boulevard, Suite 300
Los Angeles, CA 90049
Tel.: (310) 556-7900
*Attorneys for Defendant Sean Combs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

CLAYTON HOWARD,

Plaintiff,

v.

SEAN COMBS, CASANDRA VENTURA, BAD BOY ENTERTAINMENT, LLC, and CEOPCO, LLC,

Defendants.

Case No. 2:25-cv-6031-AH-JPRx

**NOTICE OF DEFENDANT COMBS'S MOTION FOR AN EXTENSION OF TIME**

Fifth Amended Complaint Served:
August 3, 2026

Current Response Date:
November 4, 2026

New Response Date:
20 Days After Entry of the Court's Order on the Motion

PLEASE TAKE NOTICE that on December 2, 2026, at 1:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable Anne Hwang, United States District Judge, in the above-entitled Court, located at Courtroom 9C, United States Courthouse, 350 West 1st Street, Los Angeles, CA, 90012, Defendant Sean Combs will, and hereby does, move this Court for an order granting his motion for an extension of time to respond to the Fifth Amended Complaint (the "Motion").

The Motion is based upon this notice of motion, the accompanying memorandum of points and authorities, the declaration of Jonathan D. Gottlieb, dated October 26, 2026, the pleadings and papers on file in this action, and all other or further material, evidence, or argument as may be presented in connection with the hearing on the Motion, and such other matters as the Court may deem just and proper.

The Motion is made following a "meet and confer" between counsel for Defendant and Plaintiff that took place via email on October 22, 2026.

Dated: October 26, 2026

SCHONBUCH HALLISSY LLP

*/s/ Jonathan Gottlieb*

Michael Schonbuch
Jonathan D. Gottlieb
*Attorneys for Defendant Sean Combs*