Michael Schonbuch (Bar No. 150884)
schonbuch@schonbuchhallissy.com
Jonathan D. Gottlieb (Bar No. 339650)
gottlieb@schonbuchhallissy.com
SCHONBUCH HALLISSY LLP
11999 San Vicente Boulevard, Suite 300
Los Angeles, CA 90049
Tel.: (310) 556-7900

*Attorneys for Defendant Sean Combs,*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CLAYTON HOWARD,<br><br>Plaintiff,<br><br>v.<br><br>SEAN COMBS, CASANDRA VENTURA, BAD BOY ENTERTAINMENT LLC, and CEOPCO, LLC,<br><br>Defendants. | Case No. 2:25-cv-6031-AH-JPRx<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT COMB'S MOTION FOR AN EXTENSION OF TIME**<br><br>Fifth Amended Complaint Served: August 3, 2026<br><br>Current Response Date: November 4, 2026<br><br>New Response Date: 20 Days After Entry of the Court's Order on the Motion |

Defendant Sean Combs ("Mr. Combs") respectfully submits this motion for an extension of time to respond to the Fifth Amended Complaint (the "FAC") (the "Motion").

On October 21, 2026, the Court held a hearing on Defendants' pending motions to dismiss the FAC (the "10/21 Hearing") in which all claims were dismissed from the bench with prejudice against Defendants Casandra Ventura, CeOpco, LLC f/k/a Combs Enterprises LLC and d/b/a Combs Global, and Bad Boy Entertainment LLC.

The Court also dismissed with prejudice Plaintiff's First and Third Causes of Action against Mr. Combs, leaving only the Second Cause of Action under 18 U.S.C. § 1595 and the Fourth Cause of Action under N.Y. Soc. Servs. Law § 483-bb, both in limited respects.

The Court further ordered Mr. Combs to respond to the FAC by November 4, 2026 (*i.e.*, 14 days after the ruling). Mr. Combs, via counsel, immediately sought to obtain a copy of the transcript of the 10/21 Hearing the next day. As of the time of filing this Motion, Mr. Combs has continued his efforts to obtain the transcript, but has not yet received it.

Absent a written order or the Hearing transcript, Mr. Combs cannot fully evaluate his options in addressing the remaining limited claims against him and whether he has any alternative other than to file an answer to the FAC. Therefore, it is respectfully submitted that "good cause" exists to extend Mr. Combs's deadline to respond to the FAC by twenty days after entry of the Court's order on the motion to dismiss. Alternatively, if the Court does not issue a written order on the motions to dismiss, it should extend Mr. Combs's deadline to respond to the Complaint by twenty days after his receipt of the 10/21 Hearing transcript.

## ARGUMENT

Federal Rule of Civil Procedure 12 requires a defendant to respond to a complaint within 14 days after notice of a court's ruling on a motion to dismiss.

*See* Fed. R. Civ. P. 12(a)(4)(A). A court may extend this deadline upon a showing of "good cause." *See* Fed. R. Civ. P. 6(b)(1)(A).

Good cause exists to extend Mr. Combs's time to respond to the FAC. His request is not for purposes of delay or any improper purpose. Instead, the request is meant to move the case forward efficiently by providing Mr. Combs the opportunity to evaluate the Court's ruling, assess the remaining allegations in the FAC, and to prepare an appropriate response.

Mr. Combs's sought Plaintiff's consent before filing the Motion, but it was refused, as Plaintiff would only extend the time by six days. Plaintiff had no justification to deny consent other than to continue his strategy of forcing Mr. Combs to move for the requested relief and to increase his already substantial costs in defending this hopeless lawsuit.

Granting the Motion will not unfairly prejudice Plaintiff given the short extension requested and the fact that no other deadline is affected. The Motion is made solely to enable Mr. Combs the opportunity to thoughtfully consider his next steps in the case. Moreover, the Court's ruling was made in the midst of Mr. Combs's transfer from FCI-Fort Dix to FCI-Allenwood, where he is now incarcerated, which has interfered with his ability to communicate with his counsel.

## **CONCLUSION**

Based on the foregoing, Mr. Combs respectfully request the Court grant the Motion and extend Mr. Combs's deadline to answer the FAC to 20 days after either (i) entry of the order on Defendants' motions to dismiss, or (ii) alternatively, his receipt of the 10/21 Hearing transcript if no order is entered.

Dated: October 26, 2026

SCHONBUCH HALLISSY LLP

*/s/ Jonathan Gottlieb*

_______________________________

Michael Schonbuch
Jonathan D. Gottlieb
Attorneys for Defendant, Sean Combs

**CERTIFICATION OF COMPLIANCE**

The undersigned, counsel of record for Mr. Combs, certifies that the Motion contains 564 words, which complies with the word limit of L.R. 11-6.1.

Dated: October 26, 2026

*/s/ Jonathan Gottlieb*

Michael Schonbuch
Jonathan D. Gottlieb