Michael Schonbuch (Bar No. 150884)
schonbuch@schonbuchhallissy.com
Jonathan D. Gottlieb (Bar No. 339650)
gottlieb@schonbuchhallissy.com
SCHONBUCH HALLISSY LLP
11999 San Vicente Boulevard, Suite 300
Los Angeles, CA 90049
Tel.: (310) 556-7900

*Attorneys for Defendant Sean Combs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CLAYTON HOWARD,<br><br>Plaintiff,<br><br>v.<br><br>SEAN COMBS, CASANDRA VENTURA, BAD BOY ENTERTAINMENT LLC, and CEOPCO, LLC,<br><br>Defendants. | Case No. 2:25-cv-6031-AH-JPRx<br><br>**DECLARATION OF JONATHAN D. GOTTLIEB IN SUPPORT OF DEFENDANT COMBS'S MOTION FOR AN EXTENSION OF TIME**<br><br>Fifth Amended Complaint Served: August 3, 2026<br><br>Current Response Date: August 17, 2026<br><br>New Response Date: August 24, 2026 |

# DECLARATION OF JONATHAN D. GOTTLIEB

I, Jonathan D. Gottlieb, hereby declare as follows:

1. I am an attorney duly licensed to practice before this Court and all the courts in the State of California and am an associate with the law firm of Schonbuch Hallissy LLP, attorneys of record herein for Defendant Sean Combs ("Mr. Combs").

2. I am sufficiently familiar with the facts set forth herein to competently testify to them if required to do so.

3. This declaration is made in support of Mr. Combs's motion for an extension of time to respond to the Fifth Amended Complaint ("FAC") (the "Motion").

4. On October 21, 2026, the Court held a hearing on Defendants' pending motions to dismiss the FAC (the "10/21 Hearing") in which all claims were dismissed from the bench with prejudice against Defendants Casandra Ventura, CeOpco, LLC f/k/a Combs Enterprises LLC and d/b/a Combs Global, and Bad Boy Entertainment LLC. The Court also dismissed with prejudice Plaintiff's First and Third Causes of Action against Mr. Combs, leaving only the Second Cause of Action under 18 U.S.C. § 1595 and the Fourth Cause of Action under N.Y. Soc. Servs. Law § 483-bb, both in limited respects.

5. The Court further ordered Mr. Combs to respond to the FAC by November 4, 2026 (*i.e.*, 14 days after the ruling). I attempted to obtain a copy of the transcript of the 10/21 Hearing the next day. As of the time of filing this Motion, I have continued my efforts to obtain the transcript, but have not yet received it.

6. On October 22, 2026, I contacted Plaintiff by email to request a 20-day extension of time for Mr. Combs to answer the FAC. Plaintiff responded later that day, refusing my request and notifying me that he would consent only to a six-day extension.

7. Mr. Combs's current deadline to respond to the Fifth Amended Complaint is November 4, 2026.

8. Mr. Combs's request is not for purposes of delay or any improper purpose, but instead to move the case forward efficiently by providing Mr. Combs the opportunity to evaluate the Court's ruling, assess the remaining allegations in the FAC, and to prepare an appropriate response.

9. Mr. Combs has made efforts to meet his existing deadline. If necessary, and in spite of the above-discussed issues, he is prepared to respond to the Fifth Amended Complaint by November 4, 2026. These efforts highlight that Mr. Combs's request is not for purposes of delay, but instead driven from a genuine desire to streamline the case and fully address its relevant issues.

10. The Motion is the first request by Mr. Combs to extend his time to answer the FAC.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated: October 26, 2026

SCHONBUCH HALLISSY LLP

*/s/ Jonathan Gottlieb*

______________________________

Michael N. Schonbuch
Jonathan D. Gottlieb
Attorneys for Defendant Sean Combs