Michael Schonbuch (Bar No. 150884)
schonbuch@schonbuchhallissy.com
Jonathan R. Gerber (Bar No. 339650)
gottlieb@schonbuchhallissy.com
SCHONBUCH HALLISSY LLP
11999 San Vicente Boulevard, Suite 300
Los Angeles, CA 90049
Tel.: (310) 556-7900

*Attorneys for Defendant Sean Combs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CLAYTON HOWARD,<br><br>Plaintiff,<br><br>v.<br><br>SEAN COMBS, CASANDRA VENTURA, BAD BOY ENTERTAINMENT LLC, and CEOPCO, LLC,<br><br>Defendants. | Case No. 2:25-cv-6031-AH-JPRx<br><br>**JOINT STIPULATION TO EXTEND THE TIME TO RESPOND TO THE FIFTH AMENDED COMPLAINT AND TO MOVE FOR RECONSIDERATION**<br><br>Fifth Amended Complaint Served: August 3, 2026<br><br>Current Response Date: November 4, 2026<br><br>New Response/Moving Date: 20 Days after obtaining a copy of the 10/21 Hearing transcript |

# JOINT STIPULATION

Plaintiff Clayton Howard ("Plaintiff"), on the one hand, and Defendant Sean Combs ("Mr. Combs") on the other, (collectively, the "Parties") hereby stipulate as follows:

1. On October 21, 2026, the Court held a hearing on Defendants' pending motions to dismiss the FAC (Dkt. Nos. 162 and 163) (the "10/21 Hearing") in which all claims were dismissed from the bench with prejudice against Defendants Casandra Ventura, CeOpco, LLC f/k/a Combs Enterprises LLC and d/b/a Combs Global, and Bad Boy Entertainment LLC. The Court also dismissed with prejudice Plaintiff's First and Third Causes of Action against Mr. Combs, leaving only the Second Cause of Action under 18 U.S.C. § 1595 and the Fourth Cause of Action under N.Y. Soc. Servs. Law § 483-bb, both in limited respects.

2. The Court further ordered Mr. Combs to respond to the FAC by November 4, 2026 (*i.e.*, 14 days after the ruling). Mr. Combs attempted to obtain a copy of the transcript of the 10/21 Hearing the next day. As of the filing of this joint stipulation, he has continued his efforts to obtain the transcript, but has not yet received it.

3. Plaintiff has also independently attempted to obtain a copy of the transcript of the 10/21 Hearing, but as of the filing of this joint stipulation, has similarly not yet received it.

4. Mr. Combs's deadline to answer the FAC is currently November 4, 2026. The Parties' deadline to move for reconsideration of the Court's order on the motions to dismiss is also currently November 4, 2026.

5. On October 26, 2026, Mr. Combs filed a motion for an extension of time to answer the FAC (the "Motion"), stemming from the difficulties encountered with obtaining a copy of the 10/21 Hearing transcript. (Dkt. No. 184.) The motion sought to extend Mr. Combs's deadline to answer the FAC to 20 days after either (i) entry of the order on Defendants' motions to dismiss, or (ii) alternatively, his receipt of the 10/21 Hearing transcript if no order is entered.

6. The earliest available hearing date for the Motion was after Mr. Combs's current deadline to answer the FAC, as well as the Parties' current deadline to move for reconsideration of the Court's order on the motions to dismiss.

7. On October 27, 2026, counsel for Mr. Combs contacted Plaintiff to seek a joint resolution an extension of the answer and reconsideration deadlines in light of the hearing date on the Motion and the Parties' difficulties in obtaining a copy of the 10/21 Hearing transcript.

8. The Parties ultimately agreed on a mutual extension of these deadlines to give them sufficient time to obtain a copy of the 10/21 Hearing transcript and assess their available courses of action in light of the Court's order on Defendants' motions to dismiss.

9. The Parties' request is not for purposes of delay or any improper purpose, but instead to move the case forward efficiently by providing the Parties the opportunity to evaluate the Court's order, assess the remaining allegations in the FAC, and formulate an appropriate strategy and response to the Court's order (in whatever form that may take).

10. The Parties have made efforts to meet their existing deadlines. If necessary, and in spite of the above-discussed issues, they are prepared to meet their respective deadlines by November 4, 2026. These efforts highlight that their request is not for purposes of delay, but instead driven by a genuine desire to streamline the case and fully address its relevant issues.

11.This request is without prejudice to any defenses, contentions, and/or remedies any party may have, all of which are hereby expressly preserved. To the extent this joint stipulation and the Court's order thereon is not signed prior to November 4, 2026, the Parties agree that Plaintiff shall not argue that Mr. Combs's answer to the FAC was untimely, or that Plaintiff or Mr. Combs's potential motions for reconsideration are untimely, or that either of them should be prejudiced in any

way, if the answer or potential motions are filed within 20 days after obtaining a copy of the 10/21 Hearing transcript.

Based on these recitals, the Parties hereby STIPULATE to the following modification of Mr. Combs's deadline to answer the FAC and the Parties' deadline to move for reconsideration of the Court's order on Defendants' motions to dismiss:

1. Mr. Combs's time to answer the FAC is extended to **20 days after obtaining a copy of the 10/21 Hearing transcript**.
2. The Parties time to move for reconsideration of the Court's order on Defendants' motions to dismiss is extended to **20 days after obtaining a copy of the 10/21 Hearing transcript**.

SO STIPULATED.

Dated: October 29, 2026

SCHONBUCH HALLISSY LLP

*/s/ Jonathan Gottlieb*

Jonathan D. Gottlieb
Attorneys for Defendant Sean Combs

Dated: October 29, 2026

CLAYTON HOWARD

*/s/ Clayton Howard*

Pro Se Plaintiff

**Certification in Compliance with Local Rule 5-4.3.4**

I certify that, under Local Rule 5-4.3.4(a)(2)(i), I have obtained the authorization from the above-noted signatories, representing the above-noted parties, to file the above-referenced document, and that the above-noted signatories concur in the content of the filing.

Executed on October 29, 2026, in Los Angeles, California.

*/s/ Jonathan Gottlieb*

Jonathan D. Gottlieb