Michael Schonbuch (Bar No. 150884)
schonbuch@schonbuchhallissy.com
Jonathan D. Gottlieb (Bar No. 339650)
gottlieb@schonbuchhallissy.com
SCHONBUCH HALLISSY LLP
11999 San Vicente Boulevard, Suite 300
Los Angeles, CA 90049
Tel.: (310) 556-7900

*Attorneys for Defendant Sean Combs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CLAYTON HOWARD,<br><br>Plaintiff,<br><br>v.<br><br>SEAN COMBS, CASANDRA VENTURA, BAD BOY ENTERTAINMENT LLC, and CEOPCO, LLC,<br><br>Defendants. | Case No. 2:25-cv-6031-AH-JPRx<br><br>**DECLARATION OF JONATHAN D. GOTTLIEB IN SUPPORT OF THE JOINT STIPULATION TO EXTEND THE TIME TO RESPOND TO THE FIFTH AMENDED COMPLAINT AND TO MOVE FOR RECONSIDERATION**<br><br>Fifth Amended Complaint Served: August 3, 2026<br><br>Current Response Date: November 4, 2026<br><br>New Response Date: 20 Days after obtaining a copy of the 10/21 Hearing transcript |

**DECLARATION OF JONATHAN D. GOTTLIEB**

I, Jonathan D. Gottlieb, hereby declare as follows:

1. I am an attorney duly licensed to practice before this Court and all the courts in the State of California and am an associate with the law firm of Schonbuch Hallissy LLP, attorneys of record herein for Defendant Sean Combs ("Mr. Combs").

2. I am sufficiently familiar with the facts set forth herein to competently testify to them if required to do so.

3. This declaration is made in support of Mr. Combs's motion for an extension of time to respond to the Fifth Amended Complaint ("FAC") (the "Motion").

4. On October 21, 2026, the Court held a hearing on Defendants' pending motions to dismiss the FAC (the "10/21 Hearing") in which all claims were dismissed from the bench with prejudice against Defendants Casandra Ventura, CeOpco, LLC f/k/a Combs Enterprises LLC and d/b/a Combs Global, and Bad Boy Entertainment LLC. The Court also dismissed with prejudice Plaintiff's First and Third Causes of Action against Mr. Combs, leaving only the Second Cause of Action under 18 U.S.C. § 1595 and the Fourth Cause of Action under N.Y. Soc. Servs. Law § 483-bb, both in limited respects.

5. The Court further ordered Mr. Combs to respond to the FAC by November 4, 2026 (*i.e.*, 14 days after the ruling). I attempted to obtain a copy of the transcript of the 10/21 Hearing the next day. As of the time of filing this Motion, I have continued my efforts to obtain the transcript, but have not yet received it.

6. Mr. Combs's deadline to answer the FAC is currently November 4, 2026. The Parties' deadline to move for reconsideration of the Court's order on the motions to dismiss is also currently November 4, 2026.

7. On October 26, 2026, Mr. Combs filed a motion for an extension of time to answer the FAC (the "Motion"), stemming from the difficulties encountered with obtaining a copy of the 10/21 Hearing transcript. (Dkt. No. 184.) The motion sought to extend Mr. Combs's deadline to answer the FAC to 20 days after either (i) entry of the order on Defendants' motions to dismiss, or (ii) alternatively, his receipt of the 10/21 Hearing transcript if no order is entered.

8. The earliest available hearing date for the Motion was after Mr. Combs's current deadline to answer the FAC, as well as the Parties' current deadline to move for reconsideration of the Court's order on the motions to dismiss.

9. On October 27, 2026, I contacted Plaintiff to seek a joint resolution an extension of the answer and reconsideration deadlines in light of the hearing date on the Motion and the Parties' difficulties in obtaining a copy of the 10/21 Hearing transcript.

10.The Parties ultimately agreed on a mutual extension of these deadlines to give them sufficient time to obtain a copy of the 10/21 Hearing transcript and assess their available courses of action in light of the Court's order on Defendants' motions to dismiss.

11. Mr. Combs's desire to enter into the joint stipulation is not for purposes of delay or any improper purpose, but instead to move the case forward efficiently by providing the Parties the opportunity to evaluate the Court's order, assess the remaining allegations in the FAC, and formulate an appropriate strategy and response to the Court's order (in whatever form that may take).

12. Mr. Combs has made efforts to meet his existing deadlines. If necessary, and in spite of the above-discussed issues, he is prepared to meet his deadlines by November 4, 2026. These efforts highlight that the Parties' request is not for purposes of delay, but instead driven by a genuine desire to streamline the case and fully address its relevant issues.

13. The Parties' joint stipulation is their first request to extend Mr. Combs's time to answer the FAC (excluding the Motion) and to extend their time to move for reconsideration of the Court's order on Defendants' motions to dismiss.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated: October 29, 2026

SCHONBUCH HALLISSY LLP

*/s/ Jonathan Gottlieb*

Jonathan D. Gottlieb
Attorneys for Defendant Sean Combs