Clayton Howard
24 Orchard Street
Carteret, New Jersey 07008
Telephone: (929) 781-7791
Email: itsclaytonhoward@gmail.com
Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLAYTON HOWARD,<br>*Plaintiff*,<br><br>v.<br><br>SEAN COMBS, et al.,<br>*Defendants*. | Case No. 2:25-cv-06031-AH-DMKx<br><br>**JOINT STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO FILE AN AMENDED COMPLAINT TO 20 DAYS AFTER RECEIPT OF THE OCTOBER 21, 2026 HEARING TRANSCRIPT** |

Current Deadline: November 4, 2026
New Deadline: 20 days after Plaintiff receives the 10/21 Hearing transcript
(projected no later than December 22, 2026)
Hon. Anne Hwang

TO THE HONORABLE COURT:

Plaintiff Clayton Howard ("Plaintiff") and Defendant Sean Combs ("Mr. Combs") (together, the "Parties"), through Mr. Combs's counsel of record,

stipulate as follows under Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 7-1.

**RECITALS**

1. On October 21, 2026, the Court heard Defendants' motions to dismiss the Fifth Amended Complaint (Dkt. Nos. 162, 163) (the "10/21 Hearing"). The Court granted in part and denied in part the motion at Dkt. 162, "with leave to amend within 14 days," ordered Mr. Combs to file an answer within 14 days, and stated that its order would be as stated on the record. (Dkt. 181.) Both deadlines fall on November 4, 2026.

2. Because the Court gave its reasons on the record, the Parties need the transcript of the 10/21 Hearing to identify the specific grounds for the ruling and to respond to it.

3. Plaintiff has tried to obtain the transcript. On October 23, 2026, Plaintiff filed an audio recording order (Dkt. 182). The Clerk issued a notice of deficiency because the hearing was not digitally recorded (Dkt. 183). On October 26, 2026, Plaintiff filed a transcript order (Dkt. 185). Mr. Combs filed his transcript order on October 29, 2026 (Dkt. 187). As of the date of this stipulation, neither Party has received the transcript.

4. On October 27, 2026, counsel for Mr. Combs offered to pay for and provide Plaintiff a copy of the transcript once Mr. Combs obtains it.

5. On October 29, 2026, the Parties filed a Joint Stipulation (Dkt. 186) extending Mr. Combs's time to answer the Fifth Amended Complaint, and both Parties' time to move for reconsideration of the Court's October 21, 2026 ruling, to 20 days after obtaining a copy of the 10/21 Hearing transcript. Dkt. 186 does not address Plaintiff's deadline to amend under Dkt. 181.

6. On November 2, 2026, the Parties conferred by telephone. They agreed that Plaintiff's deadline to amend should, like Mr. Combs's deadline under Dkt. 186, run from receipt of the transcript, so that both sides have the same time

to respond to the Court's ruling. Later that day, counsel for Mr. Combs approved this stipulation in writing.

7. An ordinary transcript is ordinarily delivered within 30 days after it is ordered. The Parties therefore anticipate that the transcript will be received on or before December 2, 2026, which would make Plaintiff's deadline under this stipulation no later than December 22, 2026.

8. This is Plaintiff's first request to extend the deadline to amend set at the 10/21 Hearing. The request is made before that deadline expires, is not made for delay or any improper purpose, and will not affect any other date set by the Court. Good cause exists. Fed. R. Civ. P. 6(b)(1)(A).

**STIPULATION**

IT IS HEREBY STIPULATED by and between the Parties, subject to the Court's approval, that:

1. Plaintiff's deadline to file an amended complaint under the Court's October 21, 2026 ruling (Dkt. 181) is extended from November 4, 2026 to 20 days after Plaintiff receives a copy of the 10/21 Hearing transcript, whether from the court reporter or from counsel for Mr. Combs, whichever occurs first.

2. Counsel for Mr. Combs shall provide Plaintiff a copy of the transcript, at Mr. Combs's expense, within two court days after Mr. Combs receives it.

3. Within two court days after receiving the transcript, Plaintiff shall file a notice stating the date of receipt and the resulting deadline under paragraph 1.

4. If Plaintiff has not received the transcript by December 2, 2026, the Parties shall file a joint status report on or before December 7, 2026, stating the status of the transcript and proposing a deadline.

5. If Plaintiff files an amended complaint within the period in paragraph 1, Mr. Combs shall respond to it within the time set by Federal Rule of Civil Procedure 15(a)(3), and Mr. Combs need not answer the Fifth Amended Complaint if it has been superseded before his deadline under Dkt. 186.

6. The Parties request that Mr. Combs's Motion for an Extension of Time (Dkt. 184) be deemed moot upon entry of the order on this stipulation and on Dkt. 186.

7. This stipulation is without prejudice to any claims, defenses, contentions or remedies any Party may have, all of which are expressly preserved. If the Court has not ruled on this stipulation before November 4, 2026, Mr. Combs agrees that he will not argue that Plaintiff's amended complaint is untimely, or that Plaintiff should be prejudiced in any way, if the amended complaint is filed within the period in paragraph 1.

IT IS SO STIPULATED.

Dated: November 2, 2026

/s/ Clayton Howard
Clayton Howard
Plaintiff, Pro Se

Dated: November 2, 2026

SCHONBUCH HALLISSY LLP
By: /s/ Jonathan D. Gottlieb
Jonathan D. Gottlieb
Attorneys for Defendant Sean Combs

**ATTESTATION UNDER LOCAL RULE 5-4.3.4**

Under Local Rule 5-4.3.4(a)(2)(i), I attest that I have obtained the authorization of all other signatories listed above, on whose behalf this filing is submitted, and that they concur in the filing's content. By email dated November 2, 2026, counsel for Mr. Combs, Jonathan D. Gottlieb, confirmed that this stipulation is acceptable and authorized me to affix his electronic signature.

Executed on November 2, 2026.

/s/ Clayton Howard