**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| CLAYTON HOWARD,<br><br>Plaintiff,<br><br>v.<br><br>SEAN COMBS, CASANDRA VENTURA, BAD BOY ENTERTAINMENT LLC, and CEOPCO, LLC,<br><br>Defendants. | Case No. 2:25-cv-6031-AH-JPRx<br><br>**ORDER EXTENDING DEFENDANT COMBS'S TIME TO RESPOND TO FIFTH AMENDED COMPLAINT AND EXTENDING THE PARTIES TIME TO MOVE FOR RECONSIDERATION [186]**<br><br>NOTE CHANGES MADE BY COURT |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the Joint Stipulation extending the time for Defendant Sean Combs to answer the Fifth Amended Complaint, and extending the time for Defendant Sean Combs and Plaintiff Clayton Howard to move for reconsideration of the Court's October 21, 2026, bench order on Defendants' motions to dismiss, is APPROVED in part. Any answer to the Fifth Amended Complaint, or motions to reconsider the Court's October 21, 2026, bench order, must be filed within **14 days after obtaining a copy of the transcript of the October 21, 2026, hearing on Defendants' motions to dismiss**.

Defendant's motion for an extension of time, Dkt. No. 184, is denied as moot.

IT IS SO ORDERED.

Dated: NOVEMBER 2, 2026

Hon. Anne Hwang
United States District Judge